# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TOMS KING (OHIO) LLC, *et al.*,[1] | ) Case No. 23-50001 (AMK) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Judge Alan M. Koschik |
| | ) |

## NOTICE OF FILING OF TRANSCRIPT OF AUCTION PROCEEDINGS
### (DOC. NOS. 310 and 351)

**PLEASE TAKE NOTICE** that attached hereto as <u>Exhibit A</u> is a copy of the Transcript of

the Stenographic Notes of the Auction Proceedings conducted on March 21, 2023 by TOMS King

(Ohio) LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned

chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. taxpayer identification number, are: TOMS King (Ohio) LLC (9126); TOMS King LLC (4221); TOMS King (Illinois) LLC (9171); TOMS King (Penn.) LLC (7148); TOMS King (Virginia) LLC (8226); TOMS King (Ohio II) LLC (4081) and TOMS King III LLC (No EIN Number). The Debtors' corporate headquarters is located at 220 N. Smith Street, Suite 305, Palatine, IL 60067.

Dated: April 3, 2023

/s/ Richard K. Stovall

**ALLEN STOVALL NEUMAN & ASHTON LLP**
Thomas R. Allen        (0017513)
Richard K. Stovall       (0029978)
James A. Coutinho       (0082430)
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
Telephone: (614) 221-8500
Facsimile:  (614) 221-5988
Email: allen@ASNAlaw.com
            stovall@ASNAlaw.com
            coutinho@ASNAlaw.com

- and -

**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward, Admitted *Pro Hac Vice*
Ericka F. Johnson, Admitted *Pro Hac Vice*
Morgan L. Patterson, Admitted *Pro Hac Vice*
Todd A. Atkinson        (0077374)
William D. Curtis, Admitted *Pro Hac Vice*
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com
            ericka.johnson@wbd-us.com
            morgan.patterson@sbd-us.com
            todd.atkinson@wbd-us.com
            will.curtis@wbd-us.com

*Counsel to the Debtors and*
*Debtors in Possession*

**EXHIBIT A**



March 21, 2023

**IN RE: TOMS KING (OHIO) LLC Debtor**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

1        IN THE UNITED STATES BANKRUPTCY COURT

2          FOR THE NORTHERN DISTRICT OF OHIO

3                  EASTERN DIVISION

4                    - - -

5  In re:                    :CHAPTER 11

6                            :

7  TOMS KING (OHIO) LLC      :CASE NO.

8        Debtor              :23-50001 (AMK)

9  ---------------------------

10

11

12        T R A N S C R I P T of the stenographic

13  notes of the auction proceedings in the above-

14  entitled matter, as taken by and before Amanda

15  Brooks, a Professional Court Reporter and Notary

16  Public, taking place at Hotel Dupont, 42 West 11th

17  Street, Wilmington, Delaware, 19801, commencing on

18  March 21st, 2023, at approximately 10:34 a.m.

19  Eastern time pursuant to notice.

20

21

22

23                    ORIGINAL

24

```
 1    APPEARANCES:

 2

 3    DEBTOR REPRESENTATIVES

 4    Dan Dooley (host)

 5    Ericka Johnson

 6    Matthew Ward

 7    Pat Schuetz

 8    Matt Carpenter

 9    David Rego

10    Katrina Nunez

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1    APPEARANCES:

 2

 3    John Northern

 4    Kuljeet Singh

 5    Gianfranco Finizio

 6    Paul Battista

 7    Peter Perdue

 8    Adam Prescott

 9    Sarah Schultz

10    Josh Young

11    Frank DeBorde

12    Paul Battista

13    Sarah Crow

14    Cindi Giglio

15    Steven Flemming

16    Mike Verdisco

17    John McDiffie

18    Lee Rooney

19    Ben Jarratt

20    Chris Jones

21    RJ Dourney

22    Terri Stratton

23    David Posner

24
```

1                      - - -

2                  PROCEEDINGS

3                      - - -

4          MR. DOOLEY:  Okay.  Amanda, on the record,

5   please.  Good morning, everyone.  This is Dan

6   Dooley from Morris Anderson.

7              My apologies for starting late this

8   morning.  Copies of the Hotel Dupont are

9   apparently very, very difficult to get.  Should

10  have walked back to the office and made copies.

11  It took 20 minutes to do so.  Should have taken

12  five minutes.

13             Anyway, we are going to start out with

14  the introduction.  First, this is the auction for

15  TOMS King, LLC, debtor, affiliates.  That's a

16  bankruptcy case, Northern District Ohio, case

17  numbers-23-50001.

18             My name is Dan Dooley with Morris

19  Anderson.  I'm the chief instruction officer.

20  With me this morning, starting at the far right,

21  is debtor's counsel, Matthew Ward of Womble.  And

22  then we have Katrina Nunez.  She is Reinvest

23  Capital.

24             Next to me on the right is David Rego,

1  our lead investment banker for Invest Capital.  To

2  my left, Ericka Johnson, who is with Womble Bond

3  as well.  And lastly, is my colleague, Pat

4  Schuetz, of Morris Anderson.

5            To the far left is Amanda.  Amanda is

6  our court reporter.  We are recording this

7  proceeding for later.  Pat is going to hand out

8  two documents to each table.  We have a number of

9  copies we waited a long time with.

10           One is something what we call auction

11 process structure.  It's a document that you

12 should look at.  I'm going to go through that in

13 detail as we start the auction.  The second has to

14 do with cure costs.  As you know, there are

15 significant cure costs on a

16 restaurant-by-restaurant basis.

17           The cure costs consist basically of

18 delinquent fees to Burger King for royalty and

19 advertising over a number of months.

20           Burger King has been kind enough to

21 defer to those during the bankruptcy process.

22 Secondarily, we have some delinquent rents for

23 landlords that were not paid a month or so before

24 bankruptcy.  We are paying rents occurred during

1  the bankruptcy process.

2            And lastly, as in any transaction that
3  involves real estate, there is property taxes.
4  And at the point in time of sale, property taxes
5  will need to be bought current to an accrued
6  basis.

7            So those are the documents.  So Pat,
8  if you can hand out one to each table.  We'll give
9  you time after the end point through the process
10  here this morning to look and review these.  And
11  I'll go through what these are.

12            These are documents that describe how
13  we are going about the process this morning.  So
14  Pat is going to hand that packet out.

15            So let me walk through what we are
16  calling the 363 auction, the process structure
17  document with you.  By the way, there will be
18  plenty of time before we get going for people to
19  ask questions.

20            So if you could hold your questions
21  until the end.  Let me run through this, so
22  everyone understands how we are going to go about
23  operating through the course of this auction.  We
24  are really down to Point-5.  We have already done

 1   introductions.

 2              And by the way, I will stop and have

 3   each of the bidders introduce themselves as well,

 4   so we are all aware who the qualified bidders are.

 5              So first off, we are at point Number-

 6   5.  This just says the debtor has the right to

 7   establish reasonable, what I'm calling, ground

 8   rules for the auction to determine what bid or

 9   bids constitute the highest and otherwise best

10   offer for the assets of the debtor.

11              We have consultation parties.  Those

12   consultation parties by court order consists of

13   Bank Of America, Burger King, and the committee.

14   Since Burger King is one of the qualified bidders,

15   Burger King acknowledges they no longer are a

16   consultation party.  So that leaves us with two.

17              The debtor's assets will be auctioned

18   in whole or part.  This is going to be a little

19   complicated, because it's possible that the assets

20   be sold in one bulk or two bulks.  Or it's

21   possible there could be five or six bids that are

22   put together to be the highest and otherwise best

23   offer.

24              We are obligated to meet with the

1  consultation parties, which we will do, at least

2  at the end of the auction, if not during

3  intermediate points.

4         Some additional data that we want to

5  communicate, that's real important.  The second

6  hand-out is going to speak to this.  Is it's not

7  just about cash bid here.

8         It's also about any adjustments to the

9  APA.  So certain buyers that have made changes to

10  the APA either favorable or unfavorable to the

11  estate will advise people whether that adds value

12  or detracts value.

13         So you could bid X number of dollars.

14  And there could be an add.  Or because you deleted

15  a provision that took away value, or you deleted a

16  provision that added value.  So we may make

17  adjustments.  We'll tell you about that.

18         Also, we have the cures, okay?  Burger

19  King cures, the landlord cures in the accrued

20  property taxes.  So looking for the highest net

21  value, not necessarily just the highest price.

22         The point of that is that you can

23  increase value by eliminating cures or eliminating

24  liabilities to the estate.

1          It's important when the bidders bid

2    and we have six qualified bidders -- and I'll go

3    through those in a few minutes -- that not only do

4    you identify for the court reporter who you are,

5    who you represent, but also how many stores you

6    are bidding for and whatever price you are

7    offering, because that all enters into the mix in

8    terms of what the highest and otherwise best

9    bidder, if you will.

10          This is the order we intend to go to

11   today.  We are calling this groupings.  I'm not

12   sure what you should call it.  But really

13   geographic groupings, if you will.

14          The groupings are Cleveland and

15   Youngstown considered together.  The Illinois

16   restaurants are considered together.  The Dayton,

17   Ohio restaurants are considered together.

18   Pittsburgh, Pennsylvania restaurants are

19   considered together.

20          Virginia.  And Virginia includes two

21   North Carolina restaurants.  So it's Virginia

22   slash North Carolina.  All restaurants except for

23   Virginia and North Carolina.  And then, lastly,

24   all the restaurants, okay?  That's how the auction

1    will be.

2              A couple of things we need to advise

3    everyone about first has to do with the Virginia

4    grouping.  We have one situation in Emporia,

5    Virginia.  It's Restaurant-6600.  Where we have a

6    convenience store that's located with the

7    restaurant.

8              That means they are in the same real

9    estate, same lease.  It is impossible -- not

10   impossible.  Highly difficult to decouple those.

11   So basically anyone that includes Virginia or at

12   least Emporia, Virginia in their bids, understand

13   that the trailing EBITDA on that convenience store

14   is $223,000.

15             That was not included in the data room

16   as part of the restaurant level trailing EBITDA.

17   So it's kind of like an additional value you are

18   getting.  We thought about how to break this off

19   separately.  It doesn't work because of the lease.

20   And we are putting it in.

21             So anyone who has bid for Virginia,

22   understand that your restaurant level EBITDA has

23   just moved up by $223,000 on a trailing basis.

24             In Cleveland, in the Cleveland slash

1 Youngstown grouping, we kind of have the opposite

2 situation.  I believe all the bidders remained

3 aware we had a restaurant fire in Madison, Ohio,

4 Restaurant-3298.

5          That was three weeks ago.  The

6 restaurant was pretty much totaled and destroyed

7 by the fire.  That is going to be what we call

8 Matt Carpenter would call -- I would agree -- is a

9 scrape and rebuild.

10          Pretty much, you have to rebuild the

11 restaurant.  That will take a long period of time,

12 at least a year, especially in the current

13 environment.

14          And so we are just pulling that out,

15 assuming we don't want to go through the hassle.

16 If you want to negotiate with that landlord, if

17 you want to define that geographic area, God bless

18 you.  But we are going to reject that lease.

19 That's pulled out of the package.

20          Secondarily, also in Ohio, we have a

21 restaurant in Warren, Ohio.  It's Restaurant-8597.

22 We have a dispute with the landlord on this

23 situation.  The landlord contends they terminated

24 the restaurant via petition.

1              We have some arguments that, that may

2   not be true, relative to how they went about the

3   notification of the termination.  But we

4   determined that it isn't worth the risk.  So we

5   are pulling that restaurant out as well, intending

6   to allow the landlord, uncontested to basically

7   terminate that lease.

8              The trailing on these two restaurants,

9   on the one with fire, Madison, Ohio, 3298, the

10  trailing restaurant level cash flow is $91,000.

11  And on the Warren, Ohio restaurant, 8597, the

12  trailing restaurant level cash flow was

13  $61,000,000.

14             Because of that, the debtors have

15  executed an amendment.  $61,000.  Pardon me.

16  $61,000.

17             Because of that, the debtors have

18  executed an amendment to the stalking-horse bid

19  with 13th Floor Capital that basically reduces the

20  bid for the non-Virginia restaurants from ten

21  million to nine-and-a-half million.  Ten thousand

22  different from that.  We rounded for the take of

23  this, if you will.

24             Lastly, in terms of unusual

1  adjustments.  As you know, the debtor has engaged
2  a real estate firm called A&G.  And they have been
3  working with the debtor, primarily with our CEO,
4  Matt Carpenter, to do -- negotiate lease savings
5  on restaurants.  And they have approached all of
6  the 90 restaurants and all the various landlords.
7           And the lease savings are summarized
8  on this document.  These are lease savings that
9  either agree with the amendment, signed amendment,
10 or alternatively are committed in writing by the
11 landlords, and we are in the process of
12 documenting.
13          And this chart basically summarizes
14 that.  So this is by restaurant grouping,
15 Cleveland/Youngstown, et cetera.
16          And if you see down at the bottom, the
17 total number of restaurants that have agreed to
18 lease concessions is 41, of which 20 is in
19 Cleveland/Youngstown, seven in Dayton, seven in
20 Illinois, three in Pennsylvania/Pittsburgh, and
21 four in Virginia.
22          Obviously, the reason there is lower
23 in Virginia is Virginia is the most profitable for
24 the restaurants we have.  So there is less

1  leverage, if you will, in Virginia to extract

2  lease concessions.

3          The second column over is basically

4  the estimated savings the first year, which

5  totaled $216,000 across the whole restaurants.

6  And you see it's broken down.  Cleveland by far,

7  the greatest at 284, and Virginia just over

8  $100,000 -- $108,000.

9          And then you see the relative

10 percentage savings just for those number of

11 restaurants.  So an aggregate 12 percent there is

12 between 10 and 21, depending on the market.

13         The one additional thing that we'll

14 point out is in the stalking-horse bid, there was

15 a calculation done on estimated savings, lease

16 reduction savings, just for Virginia, not for

17 everything non-Virginia.

18         And that was up there, 21 million

19 dollars original stalking-horse bid, 1.5, 1.5

20 million was a function of assumed lease savings.

21 And we stretched that to be three times $500,000,

22 assumed savings.

23         As you can see, the actual savings at

24 least today -- could get greater, but shouldn't be

1  much greater than this -- is only 108 versus

2  $500,000.

3          Although there is no adjustment to the

4  APA, that effectively means we closed on the

5  stalking-horse bid with 13th Capital today.  There

6  is no more bidding for anything else, that there

7  be a pretty significant reduction in value because

8  of that.

9          The reduction in value would be

10  $1,173,000.  That's calculated as $500,000 less,

11  $109,000 rounded times three.  And that reduces

12  that bid from 21 million to 19 eight point seven.

13  And the same similar reduction just under Virginia

14  grouping as well.

15          All right.  Page-3.  Bidders.  If you

16  are -- we are going to give you a little bit of --

17  I would say nudges here on things that you can do.

18  One of the things you can do if you are interested

19  in the Virginia grouping is you can delete this

20  annual lease savings adjustment.

21          We have had one bidder that's done

22  that already in their bid.  But that's a

23  significant improvement in the net proceeds,

24  because it's cash, less cured costs, right?

1          This only applies to the Virginia

2   grouping.  We also have an APA provision when

3   buyer buys all title five causes-of-action.  Those

4   are basically primarily preferences.  And agrees

5   not to prosecute these claims.

6          If you would like to delete that

7   provision from the APA, the debtor is ascribing a

8   value of $100,000 to that.  If you wish to delete

9   that term, understand that valuation has no

10  binding effect.  It's only for the auction, only

11  for the auction, okay?

12          The sequence.  We are intending to do

13  that.  I think I've already talked about the

14  sequence.  We are going to start with Cleveland.

15  And there is 28 restaurants in Cleveland.

16          The minimum bid is going to be

17  six-and-a-half million.  These are all bids, based

18  either on what the stalking-horse has done, what

19  the overbid has done, or alternatively arbitrarily

20  struck by the debtor, based upon the cure costs,

21  if you will.

22          So Cleveland, 6.5, will be the

23  minimum, for 28 or less restaurants, up to 28.

24  Illinois, the minimum would be 1.745, based upon

1  up to ten restaurants or less.  Dayton, 1.314.  Up

2  to eight restaurants or less.  Pittsburgh 700,000,

3  based upon four restaurants or less.

4            Virginia slash North Carolina, 22

5  million, which is a bid, less -- up to 40.

6  Everything other than Virginia, North Carolina,

7  which is up to 50 restaurants, minimum is 95.  And

8  all restaurants in the whole package, right now

9  the bid would be 30 and-a-half-million, which is a

10  bid.

11            I know that's a little confusing to

12  explain each of those as opposed to expect

13  everyone to memorize all of those different

14  numbers.  It even confuses me.  It's somewhat

15  complicated, okay?

16            There also is a couple of additional

17  assets within each restaurant grouping that are

18  included.  One is what we'll called spare

19  equipment.  As you know, the debtor shut down 35

20  locations, two months, or a month before

21  bankruptcy.

22            So we have all of the equipment that

23  we have pulled out of those restaurants that are

24  basically kitchen equipment and a little bit more.

1  That equipment for those 35 restaurants is

2  identified on one of your charts, attached.

3            I believe it's the first attachment,

4  which listed -- which lists the spare equipment

5  that we have, where it is physically located on

6  this.  The first column.

7            So wherever that equipment is

8  located -- wherever that equipment is located,

9  that's -- the person who buys that area, the

10 groupings, gets that equipment.  We are not going

11 to be allocating equipment between territory.

12            So for example, the first group pods

13 are located in Elgin, Illinois.  Presumably

14 somebody will buy them all.  They will get that

15 equipment.  Second group is in Dayton, Ohio.

16 Whoever gets Dayton, Ohio will get that equipment,

17 et cetera, et cetera.  All right.  Hopefully

18 everyone understand that.

19            We also have a small number of

20 vehicles that company operates.  I think it's

21 seven, as I recall.  Eight.  Sorry.  It's close.

22 Eight vehicles.  Thank you, Pat.

23            And they will also be allocated based

24 upon the geographic list of the location they are

1  at.  They are on the attached page, the last page,

2  called Nathan's Fans.

3              Whatever territory or whatever

4  grouping a buyer gets, they will get vehicles

5  within that geographic grouping.  That debtor

6  ascribes the value based upon, I believe, Kelley

7  Blue Book of -- based on the year, age of the

8  vehicle, and how many miles we ascribe the value

9  of 103 million dollars for those vehicles to

10 become part of that.

11             $103,000.  I keep trying to bid it up.

12 $103,000.  Whatever grouping.  And again, this

13 valuation is for auction purposes only.  Sorry

14 about being confused.

15             Recognize that the way an auction

16 works in bankruptcy is that there will be

17 eventually declared a winning bidder or bidders.

18 It could be multiple.  And a back-up bidder or

19 bidders.

20             Those parties are both bound until the

21 bid -- winning bidder closes or the winning bidder

22 doesn't close.  And we go to the back-up bidder.

23 They are closed.  They are both basically bound

24 for purposes of this deal.

1          The auction is going to be an open

2     format.  What that means is we have -- I'll go

3     through this in a second -- six qualified bidders.

4     Everyone will be invited to bid if they choose for

5     anything they want.  They are a qualified bidder

6     as far as the debtor is concerned.

7          You only bid for Virginia, but you

8     decide today you really want Dayton, Ohio, that's

9     Okay.  We'll let you bid for Dayton, Ohio, all

10    right?  So once you are qualified, you can bid on

11    any asset grouping that you want.

12          We are going to go sequentially to

13    each table.  And you can either bid or pass if you

14    want.  Bid increments.  Bid increments will be

15    $100,000 of the largest groupings.  The largest

16    groupings will be Cleveland/Youngstown; Virginia,

17    including North Carolina; all restaurants, except

18    for Virginia and North Carolina; and then all

19    restaurants.

20          The others, which include Illinois,

21    Dayton, Ohio, and Pittsburgh, the bid increments

22    will be $50,000.

23          All right.  Last thing and then we'll

24    take questions.  I think we have already said the

1   court reporter is going to be present here.

2            It's important when you bid that not

3   only do you state your name so the court reporter,

4   Amanda, gets your name, but the name of your

5   bidder, the name of the firm you are bidding for,

6   the bid amount and the number of restaurants you

7   are bidding for.

8            We may want to drill down on the

9   specific restaurants if we get close between two

10  bidders, because there are a difference between

11  restaurants.  But right now, all we care about how

12  many restaurants is included in your bid, whether

13  it's the full group within that grouping or it's

14  half or some portion like that.

15           In terms of breaks, we will probably

16  break once or twice during the day, and huddle, if

17  you will, with the consultation parties.

18           If a bidder would like a break, just

19  ask, and we'll try to accommodate you as best as

20  we can.  Although we are not going to break seven

21  times during the day, just because people want to

22  make phone calls.

23           We'll try to accommodate you.  We do

24  have lunch coming pretty close.  It's only an

1  hour-and-a-half until 12:30.  And if we are still

2  here, we'll have dinner.

3            At the conclusion of the auction, the

4  debtor's team will meet with each of the

5  consultation parties.  We'll decide jointly -- or

6  at least we'll consult with the parties, deciding

7  who the winning bidder or bidders are, the break

8  up bidders.  And then we are going to ask for a

9  couple of confirmations on the record.

10           What we are going to ask that they

11  including bidder and back-up bidders, that they

12  did not engage in any collusion.  Sorry.  Tough

13  word to pronounce.  Collusion during the process

14  in whether or not they had any affiliation with

15  the debtor or the debtor's management or

16  ownership.  And then we'll declare the winner of

17  the auction.

18           That is the long intro to this whole

19  thing.  Let me tell you what this last document

20  is, and then we'll take questions.

21           Every group got a copy of this.  This

22  basically is the cures in aggregate format by

23  market.  And cures, as I said earlier -- we're

24  calling property taxes cures.  I know it's not

1 quite cures, but it's similar.

2               That we have cures with rent, because

3 of unpaid rent, either pre-bankruptcy or during

4 that bankruptcy.  We have cures with Burger King,

5 because of deferred payments.  And we had to

6 estimate the future payments, because we don't

7 know what the sales are going to be, going forward

8 to closing.

9               And then we have accrued property

10 taxes, which vary somewhat by geographic area.

11 Certain property taxes are paid more for than

12 others, depending on the geography.  So you can

13 see an aggregate, where everything shakes down.

14               Page-2 are the primary bids.  Not the

15 only bids, because we have more than this.  So you

16 can see, first off, the stalking-horse bid with

17 13th floor capital for 77 restaurants.  You see

18 what the purchase price is, just under

19 $29,000,000, as adjusted.  Less cure costs with a

20 net price of 13, 353.

21               That's how we are going to evaluate

22 the bids, based upon that number, okay?  The next

23 two are what's bid for Virginia.  And you can see

24 that one of the alternate bidders, DC Burger, has

1  bid significantly more, that is heavily driven by

2  change in terms as well as a higher price, okay?

3              And the cures are less, because they

4  have less restaurants.  The non-Virginia group,

5  you can see the alternate bidder, one of the

6  alternate bidders, Karali Group, their bid is

7  actually lower because -- primarily because of the

8  store differential.

9              They are taking all the stores, where

10 13th Floor is only taking 13 less than all the

11 stores.

12             And then lastly, we have two bids from

13 Burger King.  Actually, this is the 2.1 million on

14 Illinois.  This is the number -- it's not the

15 actual number.  It's 1.7 million dollars.  We'll

16 deal with that later.

17             So that's really just -- the last page

18 is just the Cleveland/Youngstown market, where we

19 think it's probably the most complicated market.

20 For those that are interested in

21 Cleveland/Youngstown, we decided to detail out

22 store-by-store of the detail cure costs.

23             If anyone wants the same detail on

24 Virginia, on Dayton, on Pittsburgh, on Illinois,

1  no problem.  We'll e-mail that to you and give it

2  to you.  But this is probably where the most

3  complication is in my mind.

4          All right.  That was that long, long,

5  long, long lead-up.  Let's take questions.  And

6  then we are going to introduce the qualified

7  bidders.  Yes, ma'am?

8          MS. GIGLIO:  Hi.  Cindi Giglio,

9  representing Karali group.  Couple of questions.

10         MR. DOOLEY:  Amanda, can you hear her?

11         THE COURT REPORTER:  Yes.

12         MS. GIGLIO:  Couple of questions.  First,

13 if you pass, are you out?  How many passes does

14 each bidder get?

15         MR. DOOLEY:  In general, what I do is one

16 pass is free, the second pass you are out.

17         MS. GIGLIO:  Okay.  And are you going to

18 announce -- because people are bidding on

19 different groupings or buckets, are you going to

20 announce the leading bidder for each bucket?

21         MR. DOOLEY:  Yes.  The way we are going to

22 do it is after each section is concluded, we will

23 announce the leading bidder and the back-up bidder

24 for that section.  They are not the winning bidder

1  yet, because we have to consult.  But yes, we'll

2  declare at that point in time a leading bidder.

3          MS. GIGLIO:  Right.  That's at the end.

4  How are we starting?  Are you just starting at a

5  number?

6          MR. DOOLEY:  We are going to start with a

7  suggestive number for every grouping.

8          MS. GIGLIO:  How do we know who you are

9  going to open the bidding at?

10          MR. DOOLEY:  I'll point out who the bidder

11  is.

12          MS. GIGLIO:  Thank you.

13          MR. DOOLEY:  Paul, you have your hand up.

14          MR. BATTISTA:  I just have a few

15  questions.  Paul Battista, representing Burger

16  King Company, perhaps following up on some of

17  these questions.

18              So for example, starting with

19  Cleveland/Youngstown, you go around the room.  If

20  there is only one bid for Cleveland/Youngstown --

21          MR. DOOLEY:  We'll have no back-up bidder.

22          MR. BATTISTA:  Will you come back to

23  Cleveland/Youngstown at the end?

24          MR. DOOLEY:  We'll reserve the right to do

1  that.  We'll reserve the right to do that.  But I

2  think, in general, once we have a winning bidder

3  for the territory, we are not going to give people

4  the last and final offer at that point.  That's

5  not how I typically do this.

6          MR. BATTISTA:  So someone wouldn't know

7  whether they wanted to come back to

8  Cleveland/Youngstown based on where they ended up

9  on all the other bids?

10          MR. DOOLEY:  That's correct.

11          MR. BATTISTA:  Okay.  Secondly, can you

12  identify -- can you give me who the qualified

13  bidders are?

14          MR. DOOLEY:  We are going to do that here

15  after the questions.  We are going to go around

16  and ask everyone to introduce themselves.  Franco?

17          MR. FINIZIO:  For the record, Gianfranco

18  Finizio, Kilpatrick Townsend & Stockton, counsel

19  for the creditors' committee.

20              Not really a question.  I just want to

21  state on the record that the committee was not

22  consulted regarding certain of the rules of the

23  road of the auction and the committee reserves all

24  of its rights.

1            MR. DOOLEY:  Thank you.  Anyone else have

2  a question?  Yes, sir.

3            MR. MCNULTY:  Kind of a two-part question.

4  My name is Emmett McNulty.  I'm with General

5  Management Group.

6                We are looking at this in two pieces.

7  One was there was an exclusion made in the final

8  APA that adjustments could be made to the purchase

9  price.  What happens if a contract is not assumed

10 after the bid?  Does that change a purchase price

11 of a successful bidder?

12           MR. DOOLEY:  I don't understand.  Give me

13 an example.

14           MR. MCNULTY:  So say they -- someone bids

15 on a whole package.  They are awarded all of the

16 restaurants.

17           MR. DOOLEY:  Okay.

18           MR. MCNULTY:  At the end, some of the

19 restaurants that are on their inclusion list, they

20 say, "Oh, we are actually going to exclude.  We

21 are not going to assume the lease.  We are not

22 going to assume the franchise agreement."  Does

23 that adjust their purchase price?

24           MR. DOOLEY:  It does if you tell us during

1  the auction.  It doesn't if you do it after the

2  fact.

3          MR. MCNULTY:  Okay.  So at the end of the

4  auction, it's a fixed-purchase price if they

5  assume --

6          MR. DOOLEY:  Exactly.  You can change --

7  you are going to buy less at the end if the price

8  doesn't change.

9          MR. MCNULTY:  Okay.  Second part to that

10 question on the same lines.  So as we are looking

11 at some of these cure costs, can we exchange cure

12 costs for value in our bids?

13          MR. DOOLEY:  Absolutely.

14          MR. MCNULTY:  All right.  And then kind of

15 drill down one step further on that.

16              Part of the way we constructed our

17 offer in our bid, we said, hey, we will settle

18 outside of the court.  So it would be removed from

19 the debtor's responsibility to take certain cure

20 costs.  Would that be counted dollar-for-dollar in

21 our bid?

22          MR. DOOLEY:  Absolutely.  If you are going

23 to pay -- I'm sorry.  Just give me a second.

24          MR. MCNULTY:  Sure.

1          MR. DOOLEY:  We have an issue about how to

2    handle this mechanically.  So just give us a

3    second.

4          Counsel is going to talk about that.

5    Before we start, we are going to answer them.

6    It's not a straightforward answer on that.  Any

7    other questions before we get going?  We are not

8    going to wait until they come back.  Anyone else?

9    Yes?

10          MS. SCHULTZ:  Sarah Schultz, Akin,  Gump,

11   Strauss & Feld on behalf of Restaurant

12   Consultants.  When you said "one pass," one pass

13   per grouping --

14          MR. DOOLEY:  Yes.

15          MS. SCHULTZ:  Or one pass for the auction?

16          MR. DOOLEY:  One pass per grouping.  So

17   let's just do a hypothetical.  We go around.

18   There are six qualified bidders.  Two of them pass

19   once.  They come back.  They have a choice to pass

20   or bid.  If they pass a second time, they are out

21   for that grouping.

22          MS. SCHULTZ:  All right.  And I think we

23   talked about this with you prior to the auction

24   via e-mail.  But we want to make sure the rules of

1  the road are clear with us talking to other

2  bidders.  We want to try to combine the bid to

3  drive value.

4        MR. DOOLEY:  At least right now I think

5  the answer is people need to bid individually as

6  opposed to combined value.  If there is an option

7  to do that, then that makes sense to you, you

8  probably should ask for a recess for that reason

9  if you would like to chat with another bidder, and

10  we'll consider wether we should grant that, Sarah.

11        MS. SCHULTZ:  Okay.

12        MR. DOOLEY:  But I think that's a -- we

13  don't want to encourage collusion.  On the other

14  hand, we do understand that there might be pieces

15  that go together that isn't really collusive that

16  creates value for the estate.

17        All right.  As soon as the attorneys

18  come back, we'll answer your question.  The cures

19  are kind of complicated.  Yes, Paul?

20        MR. BATTISTA:  I'm sorry.  I didn't want

21  to interrupt you.  Paul Battista again.  When

22  everyone comes back and is ready to go, I would

23  like to request a break before you start the

24  actual auction.

1          And I want to speak to Mr. Rego and

2   perhaps somebody else, just to get clarity on

3   giving the rules you just described.

4          MR. DOOLEY:  Fair enough.  Yes, John?

5          MR. NORTHERN:  John Northern for DC

6   Burger.  I just want to give a request for one of

7   those great colored-coded charts for the cure

8   costs for the Virginia, North Carolina stores.

9          MR. DOOLEY:  You would like one of those?

10          MR. NORTHERN:  Yes.

11          MR. DOOLEY:  Just give your -- anyone who

12   wants more detail on this, just give a business

13   card to Pat.

14          MR. DOOLEY:  Amanda, Cindi asked -- Cindi,

15   why don't you state your name for the record?

16          MS. GIGLIO:  Sure.  Cindi Giglio from

17   Katten, representing Karali.

18          My question was, my client has

19   submitted a bid for various groupings right now.

20   And what I'm trying to get clarification on is

21   whether or not that bid, which I have been told is

22   the leading bid for that group of stores, if I --

23   can I bid on other parts right now?  And would I

24   still be obligated to close on my bid that I

1    submitted for the auction?

2              I'm just unclear on how some of the

3    parts and the pieces are working.

4         MR. DOOLEY:  So Cindi, the answer is if

5    you are a qualified bidder, you can bid on

6    whatever you choose.  We are not qualifying you

7    for one specific grouping.  You are qualified for

8    the auction.  You can bid and bid on everything or

9    nothing.

10             To the extent that you have already

11   submitted a bid or submit a bid, you are bound by

12   all of those bids.

13        MS. GIGLIO:  Got it.

14        MR. DOOLEY:  So for example, let's say

15   that you are the qualified or the leading bidder

16   for Virginia.  No one else bids on Virginia.  You

17   have Virginia.  And you decide to bid for Dayton

18   as well.  You get Dayton, too.

19        MS. GIGLIO:  Got it.  So just bringing it

20   back to my personal situation, I am bound on the

21   bid that I put forward with the deductions we

22   discussed for the stores that have been removed,

23   and if I wanted to bid on anything, it would be

24   extra?

1          MR. DOOLEY:  Absolutely.

2          MS. GIGLIO:  And if I overbid on my

3    stores, I can bid on pieces.

4          MR. DOOLEY:  Absolutely correct.

5    Absolutely correct.

6          MS. GIGLIO:  Okay.

7          MS. JOHNSON:  Apology for that delay,

8    while we confer with the consultation parties.

9    Ericka Johnson, Womble Bond Dickinson.

10              To answer the last question about cure

11   costs, the more the APA has with a debtor will pay

12   cure costs.  And that's going to be part of a

13   purchase price if you want to include those

14   liabilities and the value that you are getting,

15   you can increase the purchase price by that cure

16   cost.

17         MR. DOOLEY:  Which accomplishes the same

18   thing.

19         MS. JOHNSON:  It accomplished the same

20   thing, but it's not going to be assume liability.

21   You won't structure it that way.  It needs to

22   stick to the same way as EPA, where the debtor

23   will assume liabilities and a payment on those

24   cures.

1          MS. GIGLIO:  Sorry.  Cindi Giglio.  So

2   just to clarify, that means you actually are not

3   using cure costs as currency?  It's really just

4   purchase price?

5          MS. JOHNSON:  Correct.

6          MS. GIGLIO:  Okay.

7          MR. DOOLEY:  Does that answer your

8   questions?  Thank you.  Anyone else?  All right.

9   We have one clarification.  Excuse me, everyone.

10          I'm Dan Dooley.  There is one

11   exception to the rule here.  There are probably at

12   least one bidder that is bidding more for

13   locations than Burger King operations.

14          In that case, if the bidder does not

15   want Burger King, basically the franchise

16   agreements, we'll make an adjustment, not of the

17   bid, but the valuation of the bid, if you are

18   going to reject the Burger King bid, because that

19   reduces the cure costs to the debtor.

20          MR. MCNULTY:  What is the valuation

21   described at?

22          MR. DOOLEY:  The valuation is on the

23   sheet.

24          MR. MCNULTY:  So they would pay the same

1   and then you would reimburse them?

2          MR. DOOLEY:  No, no, no.  In terms of what

3   the debtor has to cover in terms of the cure

4   costs, and that price to the debtor.

5               So theoretically, let's have

6   theoretically, you are buying one restaurant,

7   okay?  And the cure costs of them are $200,000.

8   You bid $300,000.  Of that cure cost, let's say,

9   $100,000 is Burger King franchise referrals.

10              If you keep the Burger King franchise

11  agreement, assume the sign, your net price is 300,

12  minus 200, 100.  But if you choose to not use --

13  not assume the sign, essentially have the debtor

14  reject that contract, your net price is 300 minus

15  100 net, 200.

16              It's an evaluation issue, valuation

17  issues, not a bid issue.

18          MR. MCNULTY:  Okay.  So the bid remains

19  the same?

20          MR. DOOLEY:  The bid remains the same,

21  other than you strike the assumption of the Burger

22  King franchise.

23          MR. MCNULTY:  Okay.  So the amount to the

24  debtor increases actually, right?

1          MR. DOOLEY:  Correct.  Without you

2  changing your price, just by eliminating that

3  liability for the debtor.

4          MR. MCNULTY:  Okay.

5          MR. DOOLEY:  Yes, Paul?

6          MR. BATTISTA:  Thank you.  On that exact

7  example, would you consider the post petition

8  charges of the Burger King agreements still be

9  paid Chapter-11 taxes expenses, although

10  technically not cures?

11          MR. DOOLEY:  We are not going to answer

12  that right now.

13          MR. BATTISTA:  Trying to figure out how

14  you are going to value a bid.  That's why I'm

15  asking.

16          MR. WARD:  It's on us to dispute admin

17  costs for Burger King.  That's not in terms of

18  valuing bids.

19          MR. BATTISTA:  So your answer is you don't

20  know?

21          MR. WARD:  I think we have an idea.

22          MR. DOOLEY:  Okay.  Let's do

23  introductions.  Obviously, if you have questions

24  up during the day, you know, just say, "Dan, we

1   want to ask."

2           Let's start with the table to the

3   right.  R.J, do you want to introduce yourself

4   quickly.

5           MR. DOURNEY:  R.J. Dourney.  I'm the

6   independent director for Thomas King.  I was

7   brought in prepetition just prior to the start of

8   the process.

9           MR. DOOLEY:  Matt?

10          MR. CARPENTER:  Hi.  Matt Carpenter.  I'm

11  a member of TOMS King, LLC.  And I'm the CEO of

12  TOMS King Services.

13          MR. DOOLEY:  Thanks, Matt.  Josh?

14          MR. YOUNG:  Josh Young with 13th Floor

15  Capital.

16          MR. PRESCOTT:  Adam Prescott with

17  Bernstein Shur.  Counsel for 13th Floor.

18          MR. NORTHERN:  John Northern.  Counsel

19  for DC Burger.

20          MR. DOOLEY:  Sarah?

21          MS. SCHULTZ:  Sarah Schultz from Akin Gump

22  Strauss Haur & Feld on behalf of Restaurant

23  Concepts.

24          MS. CROW:  Sarah Crow, representative from

1  Restaurant Concepts.

2        MS. STRATTON:  Terri Stratton, Hilco

3  Corporate Finance, representing Restaurant

4  Concepts.

5        MS. GIGLIO:  Cindi Giglio, with Katten

6  Muchin Rosenman on behalf of the Karali group.

7        MR. FLEMMING:  Steven Flemming.

8        MR. BATTISTA:  Paul Battista on behalf of

9  Burger King Company.  To my left is Peter Perdue,

10 Burger King Company.  And his left Jose Padilla.

11       MR. MCNULTY:  Emmett McNulty with General

12 Management Group.

13       MR. DeBORDE:  Frank DeBorde on behalf of

14 Bank Of America.  Mike Verdisco, our financial

15 advisor.  John McDiffie.

16       MR. FINIZIO:  Gianfranco Finizio,

17 Kilpatrick Townsend, counsel for the creditor's

18 committee.  I'm jointed by my partner, David

19 Posner, Lee Rooney, financial advisor to the

20 committee.  We are also joined by the Chairperson

21 of the committee, Ben Jarratt, and Chris Jones.

22       MR. DOOLEY:  Super.  Welcome, everyone.

23 Okay.  We are going to go around the room and do a

24 couple of things with each bidder.

1                There is six qualified bidders.  And

2  make sure we identify who they are.  One thing I

3  would like to do is I would like to have one

4  spokesperson for each bidder, so we won't have a

5  free-for-all at each table.

6                So let's start with 13th Floor.  Do

7  you guys understand the rules of the auction?

8          MR. YOUNG:  Yes.

9          MR. DOOLEY:  Who is going to be the

10  spokesperson?

11          MR. YOUNG:  I'll speak.

12          MR. DOOLEY:  Okay.  So Josh will speak.

13          MR. NORTHERN:  I'm John Northern, and I'll

14  speak for DC Burger.

15          MR. DOOLEY:  Do you guys understand the

16  rules?

17          MR. NORTHERN:  We do.

18          MR. DOOLEY:  Super.  Sarah?

19          MS. SCHULTZ:  Sarah Schultz.  We

20  understand the rules.  And I will speak for

21  Restaurant concepts.

22          MR. DOOLEY:  Cindi?

23          MS. GIGLIO:  We understand the rules.  I

24  will speak for Karali.

1          MR. DOOLEY:  Super.  Paul?

2          MR. BATTISTA:  I will speak for Burger

3  King Company.  I think I understand the rules.  I

4  may have more questions.

5          MR. DOOLEY:  I'll try to get my units of

6  measurement right for the rest of the day, Paul.

7          MR. BATTISTA:  I think we understand the

8  rules.  I will be the speaker.

9          MR. DOOLEY:  All right.  Super.  With

10  that, it's time to get going.  We are going to

11  start first.

12          MR. BATTISTA:  I asked if we could take a

13  quick break.

14          MR. DOOLEY:  That's right.  Why don't we

15  take ten minutes?  Ten is it?  It's 11:15.  We are

16  going to start at 11:25.  Thank you, Paul.

17                    - - -

18              (Whereupon, a short break was

19  taken.)

20                    - - -

21          MR. DOOLEY:  All right, guys.  All right.

22  Are we ready?  Back on the record, please.

23              I think we have proven one thing.  Any

24  break you take is going to be three to four times

1  as long as you give people for the break.  Big

2  surprise to everyone in this room, probably.

3              All right.  We are going to start with

4  Cleveland and Youngstown and go through the

5  individual groupings before we get to the large

6  groupings.  And so the sequence of all of these

7  bids, just so understand, is we are going to go

8  subsequentially.  Bidder by bidder.  Across this

9  way.  Across this way and end with the group at

10  the end.

11              That's how we are going to do every

12  single grouping.  So we are going to start with

13  Cleveland and Youngstown.  We are going to assumes

14  the terms are the same under submitted APA, unless

15  you tell us otherwise, right?

16              You tell us otherwise you are going to

17  make a change, assume this, delete that,

18  otherwise, we are going to assume the terms are

19  the same.  Cleveland and Youngstown, we'll start

20  with 13th Floor.  Josh, what would you like to

21  bid?

22        MR. YOUNG:  We'll bid six-and-a-half

23  million.

24        MR. DOOLEY:  Six-and-a-half-million.

1  Second bidder is JC Burger.  What would you like

2  to do?

3         MR. NORTHERN:  Pass.

4         MR. DOOLEY:  We are going to Sarah,

5  Restaurant Concept, six-and-a-half million for

6  Cleveland and Youngstown.

7         MS. SCHULTZ:  We will bid 5-25 for four

8  stores.

9         MR. DOOLEY:  Five point five for four

10  stores?

11         MS. SCHULTZ:  5-25.

12         MR. DOOLEY:  5-25 for four stores.  Going

13  to take us a second here.  Sarah, can I ask you to

14  specify what four stores they are, please?

15         MS. SCHULTZ:  Yes.  Store-9830.

16         MR. DOOLEY:  930?

17         MS. SCHULTZ:  9830.  Store-5535.

18         MR. DOOLEY: 5535?

19         MS. SCHULTZ:  5535.  Store-6051 and Store-

20  23534.

21         MR. DOOLEY:  I missed the second one

22  again.  What was the second one?

23         MS. SCHULTZ:  535.

24         MR. DOOLEY:  There it is.  I see it.  Give

1    us a second.  Take off the record.

2                          - - -

3         (Whereupon, the following discussion was

4    held off the record.)

5                          - - -

6         MR. DOOLEY:  Back on the record, Amanda.

7    So I'm going to go through what we get to be the

8    numbers, so you would agree or understand the

9    difference.

10              At 6.5 million dollars this bid by

11   13th Capital, we see cure costs for Cleveland

12   Youngstown to be roughly 5.2 million dollars.

13   That's 1.3 million dollars.  Do you agree with

14   that?  Give you a second.

15              13th Floor bid for Cleveland and

16   Youngstown, 6.5 million dollars.  If you look at

17   the sheet we handed out earlier, the total cure

18   costs BK Burger King Company, rents, and incurred

19   property taxes for Cleveland/Youngstown is roughly

20   5.2 million.

21              It's a little bit more than that.  By

22   a couple of thousand dollars.  That creates the

23   net value of the estate of 1.3 million dollars,

24   round numbers.

1            MS. SCHULTZ:  We agree.

2            MR. DOOLEY:  Okay.  And Sara, your bid

3    again was 525.  And we calculate that the cure

4    costs, assuming there is no Burger King cures to

5    be 336.  There is obviously an issue with some of

6    the Burger King cures.  So we get $200,000.  So

7    for us, it's a million dollars alike.  Do you

8    agree?

9            MS. SCHULTZ:  We agree that it's less than

10   their bid.

11           MR. DOOLEY:  So the way this bid might be

12   viable is if some or all of the restaurants you

13   are interested in are included in the leader

14   bidding bid; is that correct?

15           MS. SCHULTZ:  Or as a back-up bid.

16           MR. DOOLEY:  Or as a back-up bid.  And

17   again, just to qualify 5-25, and excluded

18   restaurants.  I have them in a different order,

19   Sarah, on my sheet.  6051, 9830, 23534, 5535.  So

20   not an overbid, but it's a back-up bid.

21           MS. SCHULTZ:  Correct.

22           MR. DOOLEY:  Okay.  Good enough.  The bid

23   on the table is still 6.5, Restaurant Management,

24   Emmett?

1          MR. MCNULTY:  We are passing.

2          MR. BATTISTA:  One second.

3          MR. DOOLEY:  Of course.

4          MR. BATTISTA:  Burger King Company will be

5    on Cleveland/Youngstown five million, 112.

6          MR. DOOLEY:  For all of the restaurants or

7    not?

8          MR. BATTISTA:  All of the restaurants.

9    And we will waive one-half of our cure, which is

10   about 1.6 million dollars.

11         MR. DOOLEY:  One more time, Paul.

12         MR. BATTISTA:  Cash of five million, 112.

13         MR. DOOLEY:  Five, 112?

14         MR. BATTISTA:  And we will waive 1.6

15   million of our cure, which is as we understand it.

16   Will bring our total bid would be six million,

17   750.  Combine those two pieces.

18         MR. DOOLEY:  The way you calculate it is

19   that you believe that you added $250,000 to the

20   gross bid because of the waiver of the half of the

21   cures of the Burger King?

22         MR. BATTISTA:  Yes, sir.  Give us a

23   second.  Off the record, please, Amanda.

24                    - - -

1              (Whereupon, a short break was

2 taken.)

3                   - - -

4         MR. DOOLEY.  Okay.  Back on the record.  I

5 want to go back to you, Josh.  I want to go back

6 to your clarification.  Your bid is 6.5 million

7 dollars.  There are 28 restaurants of the

8 Cleveland/Youngstown market.  Does it include 28

9 restaurants or is it less than the number of

10 restaurants?

11        MR. YOUNG:  I think it is now 26.

12        MR. DOOLEY:  I'm sorry.  26 after the two.

13 The fire restaurant and the police restaurant.

14 They include 26.

15        MR. YOUNG:  26.

16        MR. DOOLEY:  Okay.  Great.  And Paul, you

17 are talking about the same 26 restaurants for the

18 Burger King Company?

19        MR. BATTISTA:  27, just excluding the one

20 with the fire.  Excluding the one with the fire.

21        MR. DOOLEY:  Are you including the one

22 where we believe we lost it because of the lease?

23        MR. BATTISTA:  Give me one second.

24        MR. DOOLEY:  Sure.  Just for everyone's

1  clarification, that is Store-8597.

2          MR. BATTISTA:  8597?

3          MR. DOOLEY:  Correct.

4          MR. BATTISTA:  26.  We'll go with that.

5          MR. DOOLEY:  So we do certify that as

6  roughly $250,000 higher.  It's a little bit

7  complicated.  But for the sake of this argument,

8  we are going to assume it's six million, 750.  I

9  know it's not that, but there is cure waiver.

10  Just to make it simple, if somebody else wants to

11  do something a little complicated, we'll take a

12  second.

13          MR. BATTISTA:  That's why I wanted to tell

14  you what two components.

15          MR. DOOLEY:  I understand.  Sarah, did you

16  have a question?

17          MS. SCHULTZ:  I did.  What are you

18  calculating the net to that estate to be under

19  that bid, please?

20          MR. DOOLEY:  I think it's 12, 80, 58.  Is

21  that what it was, Pat?  It has to be more than

22  that.  It has to be one five.  Give us a second,

23  Amanda, again, off the record, please.

24                      - - -

1                    (Whereupon, the following

2     discussion was held off the record.)

3                         - - -

4          MR. DOOLEY:  Back on the record, Amanda.

5     First off, we have a correction.

6               Because we believe those two stores of

7     the cures, that's one point five million.  Burger

8     King Company is a revised bid, and that's one

9     point seven, five million, so it's 250 better.  So

10    195.  All right.  Let's move on to Karali group.

11    Cleveland/Youngstown?

12         MS. GIGLIO:  No.  We are going to pass.

13         MR. DOOLEY:  You are going to pass? Okay.

14    Back to the beginning.  13th Floor, would you like

15    to bid again?

16         MR. BATTISTA:  Pass.

17         MR. DOOLEY:  Sarah, at Restaurant

18    Concepts?

19         MS. SCHULTZ:  We'll pass.

20         MR. DOOLEY:  Emmett?

21         MR. MCNULTY:  Pass.

22         MR. DOOLEY:  Paul?

23         MR. NORTHERN:  I don't think I want to out

24    bid myself.

1              MR. DOOLEY:  Cindi, second time?  You get

2  two changes.

3              MS. GIGLIO:  Still passing.

4              MR. DOOLEY:  Okay.  Second time around.

5  Josh?

6              MR. YOUNG:  Pass.

7              MR. DOOLEY:  You guys have passed twice.

8  Sarah do you want to pass or do you want to bid?

9              MS. SCHULTZ:  Pass.

10             MR. DOOLEY:  And lastly, Emmett, do you

11 want to pass or bid?

12             MR. MCNULTY:  Pass.

13             MR. DOOLEY:  Okay.  So everyone has passed

14 twice.  The leading bidder -- this is not the

15 winning bidder on this group of restaurants, which

16 is Cleveland and Youngstown, is the Burger King

17 group, Burger King Company rather.

18                 The back-up bidder in this situation

19 is 13-4.  And the bid as just to clarify is --

20 help me here.  Gross bid first and then what they

21 are willing to do.

22             MR. BATTISTA:  I can repeat.  The cash

23 portion is five million, 112, waiving one-half of

24 our cures, which we estimate to be 1.64 million.

1          MR. DOOLEY:  Got it.  And back to the

2  estate then is 1.7 million dollars.

3          MR. BATTISTA:  1.7 five.

4          MR. DOOLEY:  Fair enough.  So leading

5  bidder, back-up bidder, move on.  We are going to

6  go to Dayton, next.  Dayton, Pittsburgh, and

7  Illinois before we go to -- I guess Burger King is

8  after that.

9          So let's go to Dayton.  Let's see.  I

10  believe the leading bidder on Dayton I believe was

11  Burger King Company.  And your bid on Dayton I

12  believe was $1,314,000.  Paul, is that correct?

13          MR. BATTISTA:  That is correct.

14          MR. DOOLEY:  Super duper.  So we'll go

15  with the same sequence.  Cindi, would you guys

16  like to bid with your group?

17          MS. GIGLIO:  We would like to pass.

18          MR. DOOLEY:  Go back to the beginning, I

19  believe.  13th Floor, would you like to bid on

20  Dayton?

21          MR. YOUNG:  Pass.

22          MR. DOOLEY:  DC Burger, would you like to

23  bid on Dayton?

24          MR. NORTHERN:  Pass.

1          MR. DOOLEY:  Sarah?

2          MS. SCHULTZ:  Pass.

3          MR. DOOLEY:  So with that, everyone has

4   passed, except Burger King.  Pass Burger King last

5   time, Cindi?

6          MS. GIGLIO:  Still pass.

7          MR. DOOLEY:  Still pass?  13th floor?

8          MR. NORTHERN:  Pass.

9          MS. SCHULTZ:  Pass.

10          MR. DOOLEY:  So we only have one pass for

11   Dayton.  It's at Burger King Corporation,

12   $1,314,000.  They are the leading bidder and we

13   have no back-up bidder, correct?

14               All right.  Moving on to the third

15   category, which is Pittsburgh, Pennsylvania, there

16   is no bidder for Pittsburgh, Pennsylvania.  The

17   debtor has arbitrarily decided the minimum bid

18   will be $700,000.  That's based on the cure if you

19   will.

20               So we are going to start to go around

21   the circles on this, go around in sequence.  13th

22   Floor, would you like to bid on Pittsburgh?

23          MR. YOUNG:  Pass.

24          MR. DOOLEY:  John?

1        MR. NORTHERN:  Pass.

2        MR. DOOLEY:  Sarah, would you like to bid

3  on Pittsburgh?

4        MS. SCHULTZ:  Can we have a minute,

5  please?

6        MR. DOOLEY:  Of course.  Off the record,

7  please.

8                    - - -

9               (Whereupon, the following

10  discussion was held off the record.)

11                   - - -

12        MR. DOOLEY:  Back on the record, Amanda.

13  Give us a second here.  So Sarah, Restaurant

14  Concepts, back to you, please.

15        MS. SCHULTZ:  Restaurant Concepts bids

16  $220,000 for Store-4192 and Store-12789.

17        MR. DOOLEY:  Again.

18        MS. SCHULTZ:  $220,000.

19        MR. DOOLEY:  $220,000 for the two stores.

20        MS. SCHULTZ:  4192 and 12789.

21        MR. DOOLEY:  Okay.  Give us a second off

22  the record.

23                   - - -

24               (Whereupon, the following

1  discussion was held off the record.)

2                        - - -

3          MR. DOOLEY:  All right.  Back on the

4  record.

5              So Sarah from Restaurant Concepts, if

6  we take a look at this, and we say, if we take a

7  look at the accrued property taxes, the rent

8  delinquency that needs to be cured in the

9  post-petition Burger King costs, we calculate

10  $217,000 for that; is that what you calculated?

11          MS. SCHULTZ:  Yes.

12          MR. DOOLEY:  Therefore, with $3,000 to the

13  estate, the minimus amount of money, but it is

14  positive.  It is positive; so therefore, it does

15  qualify a leading bid.

16          MS. SCHULTZ:  Thank you.

17          MR. DOOLEY:  Super.  Emmett, would you

18  like to bid on Pittsburgh?

19          MR. MCNULTY:  Pass.

20          MR. DOOLEY:  Paul, at Burger King, would

21  you like to bid on Pittsburgh?

22          MR. BATTISTA:  Pass.

23          MR. DOOLEY:  Cindi, with Karali Group,

24  would you like to bid on Pittsburgh?

1          MS. GIGLIO:  I need a minute, please.

2          MR. DOOLEY:  Of course.  Off the record,

3    Amanda.

4                    - - -

5                    (Whereupon, the following

6    discussion was held off the record.)

7                    - - -

8          MR. DOOLEY:  Back on the record, everyone.

9    Cindi, before you go -- before you go, we have

10   been asked to clarify something with Restaurant

11   Concepts.

12                    Sarah, at least as we understand it,

13   your client is -- does not wish to maintain Burger

14   King operations, but wants to use those locations

15   for other purposes; is that correct?

16         MS. SCHULTZ:  That's correct.

17         MR. DOOLEY:  There are restaurant

18   furnishings within the Pittsburgh area.  Are those

19   included or not included in your bid?

20         MS. SCHULTZ:  Not the off-site ones.  We

21   had an enumerated list of equipment attached to

22   our purchasing agreement.

23         MR. DOOLEY:  The equipment that's inside

24   the stores, I'm not referring to.  I'm referring

1  to the equipment --

2         MS. SCHULTZ:  No.  We don't want it.

3         MR. DOOLEY:  You don't want that, so that

4  will not be part of your bid?

5         MS. SCHULTZ:  Correct.

6         MR. DOOLEY:  Thank you for clarifying.

7  Cindi with Karali Group.

8         MS. GIGLIO:  Okay.  So I have a bid for

9  Pittsburgh, minus Stores-4192 and 12789, which, if

10  you can just check my math, I believe those are

11  the stores that Sarah is bidding on.  And then

12  plus the Cleveland/Youngstown stores.

13         MR. DOOLEY:  We are not doing that right

14  now.

15         MS. GIGLIO:  You are not going to let me

16  combine the bid?

17         MR. DOOLEY:  Only Pittsburgh.  If you want

18  to bid for some section of the four stores, that's

19  fine.  There is no bid for --

20         MS. GIGLIO:  I don't want to bid.  I mean

21  I don't have a bid.

22         MR. DOOLEY:  So you didn't bid on

23  Cleveland/Pittsburgh?

24         MS. GIGLIO:  I'm asking if I can combined

1    them right now.

2          MR. DOOLEY:  The answer is no.  Possibly

3    later in the day, but the answer is not right now.

4          MS. GIGLIO:  Okay.  Then pass.

5          MR. DOOLEY:  Pass?  Okay.  Back to 13th

6    Floor, would you like to bid?

7          MR. YOUNG:  Pass.

8          MR. FINIZIO:  Why would you hear the bid

9    before you move on?

10         MR. DOOLEY:  Because right now we are

11   bidding just for Pittsburgh.  We will consider

12   some other combination later in the day.  Right

13   now we are only looking at Pittsburgh.

14         MS. GIGLIO:  Can I tell them what my bid

15   was going to be?

16         MR. DOOLEY:  We can talk later.  I'm not

17   disqualifying your option of doing that.  I'm just

18   saying right now that is not what we are doing.

19         MS. GIGLIO:  Okay.  Karali is passing in

20   this round.  Thank you.

21         MR. DOOLEY:  All right.  John, DC Burger?

22         MR. NORTHERN:  Pass.

23         MR. DOOLEY:  Super.  Sarah, I think you

24   are the only bid; is that correct?

1          MS. SCHULTZ:  I think that's right.

2          MR. DOOLEY:  Obviously, you don't need to

3     re-bid.  Emmett, second time?

4          MR. MCNULTY:  Pass.

5          MR. DOOLEY:  Paul, second time?

6          MR. BATTISTA:  Pass.

7          MR. DOOLEY:  And lastly, back to Cindi in

8     Karali Group.

9          MS. GIGLIO:  We are out.  We are not

10    bidding.

11         MR. DOOLEY:  Okay.  So the leading bidder

12    on Pittsburgh is Restaurant Concepts.  Their bid

13    was $220,000.  It was for two of the four stores

14    with the net of roughly $3,000 of the estate after

15    cures and the Burger King post petition adding

16    expenses.

17              All right.  That brings us to, I

18    believe, Illinois; is that right?  Illinois?  All

19    right.  Let's see.  I believe the --

20         MS. GIGLIO:  Young, 220.

21         MR. DOOLEY:  All right.  We are at

22    Illinois now.  We only have one bid for Illinois.

23    And that was from Burger King Company.

24              Just to refresh everyone's memory, the

1  bid for Illinois, I believe, was one million, 745.

2  $1,745,000.  That was for the ten stores in the

3  Illinois that's by Burger King Company.  The total

4  cures at Illinois is two million, 194 and some

5  change.

6            So that bid is actually $450,000

7  negative to the estate.  And so let's start with

8  Burger King Company and see if they want to make

9  any change to their bid and then we'll go around.

10 Paul?

11           MR. BATTISTA:  I need a couple of minutes

12 for that, and I'll try to get an answer.

13           MR. DOOLEY:  I don't think we can do that.

14 You can pass at this point in time and come back

15 later.

16           MR. BATTISTA:  Give me a couple of

17 minutes.

18           MR. DOOLEY:  Okay.  Off the record.

19                      - - -

20            (Whereupon, a short break was

21 taken.)

22                      - - -

23           MR. BATTISTA:  On behalf of Burger King

24 Company, we are going to keep our bid at a

1  million, 745.  We are going to waive $450,000 of

2  our cure costs.

3          MR. DOOLEY:  Waive $450,000 in cure costs,

4  which gives you to --

5          MR. BATTISTA:  Gives you a number.

6          MR. DOOLEY:  Gets you to break even

7  basically, which at least is nominally a leading

8  bid.  Thank you, Burger King.  Thank you, Paul.

9  Cindi, at Karali Group?

10          MS. GIGLIO:  No bid.

11          MR. DOOLEY:  No bid for Illinois?

12          MS. GIGLIO:  Not as a standalone basis.  I

13  reserve my rights.

14          MR. DOOLEY:  Understood.  Just for the

15  record, Karali would like to make a bid for a

16  grouping we have not contemplated.  Once we get

17  done with the group, take the break, we'll have a

18  discussion with Karali and consult with the

19  consultation parties, and decide what to do.

20          MS. GIGLIO:  Okay.  Great.  Sounds good.

21          MR. DOOLEY:  I'm not disqualifying what

22  you want to do.  It's just outside of the way we

23  have structured this.  Doesn't mean it doesn't

24  work.  Doesn't mean it's not great.

1            MS. GIGLIO:  Okay.  Great.  Sounds good.
2  Thank you.
3            MR. DOOLEY:  All right.  I believe we are
4  at 13th Floor.
5            MR. YOUNG:  Pass.
6            MR. DOOLEY:  DC Burger passes?  Restaurant
7  Concepts, Illinois?
8            MS. SCHULTZ:  Pass.
9            MR. DOOLEY:  Pass?  Emmett?
10            MR. MCNULTY:  Can I take five minutes and
11  confer with Burger King?  Can we set up a group
12  discussion?  Is that possible?
13            Because the way they structured the
14  bid, which I think we want to stand behind as
15  at-minimum back-up bidder, is that if we are using
16  offsets for cure costs any ways, I mean that's how
17  our bid is originating, which would make it even
18  and then we would be adding an additional $100,000
19  to the estate.
20            MR. DOOLEY:  Let me consult with counsel
21  before I answer that question.
22            MR. MCNULTY:  Sure.
23            MR. DOOLEY:  Okay.  Back on the record.
24  So Emmett, I don't think we object to this

1  conversation.  The problem is you are both bidding

2  for the same thing.  So it's a little close to

3  collusion.

4         So if you are going to have that

5  discussion, we are okay with it.  But I think you

6  should have an open group in front of all of us.

7         MR. MCNULTY:  Okay.

8         MR. DOOLEY:  If you are willing to do that

9  with Burger King right now, we are all willing to

10  listen to it.

11         MR. MCNULTY:  All right.

12         MR. DOOLEY:  It's up to you and Burger

13  King whether you want to have that discussion.

14         MR. BATTISTA:  For the record, Burger King

15  doesn't know what is coming.

16         MR. DOOLEY:  I don't either.

17         MR. MCNULTY:  I'm just trying to see if we

18  can keep our bid to pull water on the way that we

19  presented to begin with.

20         I mean that's really what we are

21  asking for.  Because you are kind of treating

22  these cure costs as credit bids, right?  Even

23  though they are not.  And if that is a -- if

24  that's a mechanism for us to enter in, we are a

1   group franchisee.  We would love to do business

2   with Burger King.  That's what we want to do.

3            So ultimately, that's -- we spent the

4   time and made an effort to do that.  We are

5   willing to put money on top of the cure costs and

6   work on it outside.  We thought that it was more

7   from our standpoint by entering into the franchise

8   agreements.

9            We think that there is additional

10  value in that as opposed to what currently exists

11  which is the assumption of an existing franchise

12  agreement.  So there is -- we thought we added

13  extra value in those capacities and would be

14  willing to -- we are going to spend the money

15  obviously to go into new franchise agreements with

16  Burger King Corporation.

17           So because of that, that accumulative

18  value, we thought there was an offset there, that

19  what we are asking is for our bid to basically be

20  held as it stands.

21           I don't want to make a modification to

22  it.  But be considered as a back-up bidder if

23  Illinois is -- if it passes, just we reserve our

24  spot.  It doesn't really make sense.  You're

1  right.

2       MR. BATTISTA:  Can we know what restaurant

3  we are talking about.

4       MR. MCNULTY:  All ten restaurants.

5       MR. BATTISTA:  Bid.

6       MR. MCNULTY:  Our bid was literally to

7  take these cure costs.  Our bid is $100,000 on top

8  of cure costs, not settled by paying the estate.

9            They are settled external to the

10  estate through the use of a franchise agreement

11  with Burger King Corporation and entering into new

12  lease agreements, with the lease stores.  Having

13  operated some of these stores, we felt that new

14  leases would be beneficial.

15            We also felt that new long-term

16  franchise agreements with Burger King would be

17  beneficial, and that was the -- we saw value in

18  that.  In terms of dollars and cents, it's out of

19  your hands.  You don't have to pay these cure

20  costs, right?  But the cure costs, I mean you

21  don't have to pay them.  They are pre-petitioned.

22       MR. DOOLEY:  I understand that.  But we

23  also have Burger King's administrative costs for

24  royalties and advertising.

1           MR. MCNULTY:  That's why I wanted to talk

2    to them.  That's the subject of the conversation.

3           MR. DOOLEY:  Again, discuss it right here

4    in front of everybody.

5           MR. BATTISTA:  If I'm understanding, agree

6    to give you new franchise agreements into waive

7    the payment of the cure costs?

8           MR. MCNULTY:  Correct.

9           MR. BATTISTA:  We are not doing that.

10          MR. MCNULTY:  Okay.

11          MR. DOOLEY:  So with that caveat, we would

12   still have to satisfy the Burger King post-

13   petition royalties and advertising costs.  So your

14   bid is insignificant to do that.  It's not enough

15   numbers to do that.

16          MR. MCNULTY:  Fair enough.  We are not

17   prepared to --

18          MR. DOOLEY:  Okay.  Essentially you pass.

19   Burger King is the top bid.  Cindi at Karali, do

20   you have --

21          MS. GIGLIO:  Can I get a clarification?

22          MR. DOOLEY:  Sure.

23          MS. GIGLIO:  What is the total value to

24   the estate of the bid that has been put on the

1    table right now?

2            MR. DOOLEY:  I didn't hear you.

3            MS. GIGLIO:  The total value to the estate

4    of the bid that is currently on the table.

5            MR. DOOLEY:  This bid?

6            MS. GIGLIO:  Yes.  It's zero, right?

7            MR. DOOLEY:  Karali has asked for

8    clarification on what the net bid is for

9    Illinois.  I believe it's a whopping zero.

10           MS. GIGLIO:  Okay.  Great.  Pass.

11           MR. BATTISTA:  At least you used the word

12   whooping.

13           MR. DOOLEY:  Okay.  13th Floor.  Second

14   time around?  Pass?  DC Burger, second time

15   around?

16           MR. NORTHERN:  Pass.

17           MR. DOOLEY:  Restaurant Concepts, second

18   time around?

19           MS. SCHULTZ:  Pass.

20           MR. DOOLEY:  Emmett?

21           MR. MCNULTY:  Pass.

22           MR. DOOLEY:  And then lastly --

23           MS. GIGLIO:  Pass.

24           MR. DOOLEY:  Pass?  Okay.  So we only have

1  one bid for Illinois, which is 13, 140, thousand
2  for Illinois, plus -- excuse me.  17.  I got the
3  wrong number.  A net value of the zero to the
4  estate.
5          Okay.  We are going to do one more
6  grouping and then we are going to break.  It will
7  be about lunchtime.  Lunchtime is actually now.
8  We are going to go to Virginia and then we'll
9  break.  We'll consult with consultation parties
10 during lunch, and we'll come back.  We'll tell you
11 what time we'll come back in a second.
12         All right.  So Virginia, I believe the
13 way this works out is 13th Floor, if you look at
14 Page-2 of the hand-out, we have two bids for
15 Virginia, one from 13th Floor, and one from DC
16 Burger.  And the DC Burger bid is significantly
17 higher for, I believe, three reasons, right?
18         Reason number-1, they are paying, I
19 believe, a million dollars more.  Reason number-2
20 is that there is less restaurants acquired for the
21 cure costs to go down.  And reason Number-3
22 variable and pricing having to do with three times
23 lease savings has been eliminated, which is
24 significant.  It's a 1.2 million dollar pick-up.

1            Therefore, DC Burger is by far the way

2    right now the leading bidder at this point in time

3    with 13th Floor being in second place.  So we are

4    going start with them.  Did I explain your bid

5    right, John?

6            Restaurant Concepts, do you have

7    anything you would like to do with the bid in

8    Virginia?

9        MS. SCHULTZ:  Pass.

10        MR. DOOLEY:  Pass?  Emmett, anything you

11    would like to do for general management?  Paul,

12    anything you would like to do for Burger King

13    Company in Virginia?

14        MR. BATTISTA:  Pass.

15        MR. DOOLEY:  Karali, Cindi, anything you

16    would like to do in Virginia?

17        MS. GIGLIO:  Pass.  Can I have a minute

18    again?

19        MR. DOOLEY:  Cindi, you are complicated.

20    Of course you had a question.

21        MS. GIGLIO:  We'll make a bid of 16

22    million.  We understand it's not a higher and

23    better.  But we are giving you the possibility of

24    being back-up.

1          MR. DOOLEY:  16 million for how many

2  stores?

3          MS. GIGLIO:  For the Virginia portfolio.

4          MR. DOOLEY:  All 40 stores?

5          MS. GIGLIO:  Yes.

6          MR. DOOLEY:  Okay.  It's not an over bid.

7  It's not a back-up bid at this point in time, but

8  it's an option.

9          MS. GIGLIO:  It's there.  It's an option.

10          MR. DOOLEY:  I understand.  Fair enough.

11  We respect that.  13th Floor, would you like to

12  bid higher on Virginia?  Would you like to out bid

13  the 22 million?

14          MR. YOUNG:  One second.

15          MR. DOOLEY:  I'm sorry.  Amanda, off the

16  record.

17                    - - -

18                    (Whereupon, the following

19  discussion was held off the record.)

20                    - - -

21          MR. DOOLEY:  Back on the record.

22          MR. YOUNG:  We pass.  We don't have a bid

23  on the table for Virginia to be fair.

24          MR. WARD:  That's not true.  Your bid is

 1  currently the back-up bid.

 2          MR. YOUNG:  Our bid is for 79 stores.

 3          MR. DOOLEY:  I believe your bid is for 21

 4  million dollars, with the regular adjustment of

 5  the leases of roughly one point two less.  I take

 6  it you don't want to overbid?

 7          MR. YOUNG:  We do not want to overbid.

 8          MR. DOOLEY:  Okay.  Fair enough.  You guys

 9  are the leading bidder.  Sarah, Restaurant

10  Concepts, second time around?

11          MS. SCHULTZ:  Can I have just a minute?

12          MR. DOOLEY:  Of course.  Take a break.

13                      - - -

14               (Whereupon, a short break was

15  taken.)

16                      - - -

17          MS. SCHULTZ:  We want to know if you would

18  consider peeling off Stores-7923 for $100,000?

19          MR. NORTHERN:  If we would exclude that

20  store?

21          MS. GIGLIO:  Yes.

22          MR. NORTHERN:  Which stores?

23          MS. SCHULTZ:  7923.  Just one store.

24  $100,000 for Store-7923 if DC Burger will exclude

1  it from their bid.

2        MR. DOOLEY:  Just to be clear, some people

3  may have not heard.  Restaurant Concepts has asked

4  DC Burger to peel off one store.  And that was

5  what number?

6        MS. SCHULTZ:  Store-7923.

7        MR. DOOLEY:  7923.

8        MR. NORTHERN:  The answer to that is no.

9        MS. SCHULTZ: Okay.

10        MR. DOOLEY:  The answer was no?

11        MS. SCHULTZ:  Okay.  Then we'll pass.

12        MR. DOOLEY:  Okay.  I'm going to go back

13  to DC Burger for a second and ask a question.  The

14  estate would like to know -- the debtor would like

15  to know whether or not you would be willing to

16  peel off and decline purchasing the chapter five

17  causes-of-action as part of this?

18        MR. NORTHERN:  Would that increase the

19  value of our bid?

20        MR. DOOLEY:  No.  It increases it for

21  purposes of this auction by $100,000, which is

22  nonbinding on anyone else.  Certainly for purposes

23  of the auction.  And I understand you object.

24        MR. FINIZIO:  I haven't objected yet.

1  Don't speak for me.  Let me answer the question
2  first.
3          MR. NORTHERN:  The answer is yes, we would
4  agree to peel off the chapter five.
5          MR. DOOLEY:  And the debtor describes the
6  value of $100,000 of that purpose of the auction.
7          MR. NORTHERN:  Purpose of the auction
8  only.
9          MR. FINIZIO:  For the record, Gianfranco
10 Finizio for the committee.  We were not consulted
11 about this.  And we object to this modification.
12         MR. DOOLEY:  Fair enough.  So noted.  Back
13 to the auction.
14         MR. BATTISTA:  I apologize.  I want to
15 make sure I understand that DC Burger bid on three
16 restaurants.  Did not take the cure amounts that
17 tied to this, so we know the value bid.
18         MR. DOOLEY:  We do.  It's on the sheet
19 that was passed out earlier.
20         MR. BATTISTA:  Oh, I'm sorry.
21         MR. DOOLEY:  Let's take a break, Amanda.
22                     - - -
23             (Whereupon, a short break was
24 taken.)

1                              - - -

2          MR. DOOLEY:  All right.  Back on the

3   record.  Let's see.  Where did we leave off?  We

4   left off with General Management Corp, I believe.

5          MR. YOUNG:  Pass.

6          MR. DOOLEY:  Burger King, Paul?

7          MR. BATTISTA:  Pass.

8          MR. DOOLEY:  Cindi, Karali?

9          MS. GIGLIO:  Pass.

10         MS. SCHULTZ:  Can we get clarity on which

11  three stores they are not talking?

12         MR. DOOLEY:  We'll get those in a second.

13  All right.  Just for the record, we have been

14  asked to clarify what three stores.

15              The DC Burger bid is for 37 of the 40

16  stores in Virginia, the three stores that are not

17  part of the bid are as follows 11058, 11135 17007.

18  I'll give everyone a second to digest that before

19  we go back to -- we're almost done with the

20  bidding.  We'll go back to that.

21                             - - -

22         (Whereupon, the following discussion was

23  held off the record.)

24                             - - -

1          MR. DOOLEY:  We're ready to go back on the

2   record, guys.  We are on Virginia.  I believe we

3   are on Restaurant Concepts with Sarah.

4          MS. SCHULTZ:  We passed.

5          MR. DOOLEY:  You passed.  Has everyone

6   passed twice?  Let's just go around one time.  I'm

7   sorry.  We have had so many delays at this part, I

8   really don't recall where we are at here.  Emmett?

9          MR. MCNULTY:  Pass.

10          MR. DOOLEY:  Okay.  Burger King on

11   Virginia?  Second go round.

12          MR. BATTISTA:  One second.  Pass.

13          MR. DOOLEY:  Cindi, relative to Virginia?

14          MS. GIGLIO:  We are staying at the 16.  16

15   if you need it.

16          MR. DOOLEY:  Which is not a topping bid or

17   a back-up bid.  I believe the last bid was --  all

18   right.

19          So the leading bidder on this

20   situation is DC Burger.  The back-up bidder is, in

21   fact, 13th Floor Capital.  All right.  We are

22   going to make one change at the request.  I'm

23   going to make sure the consultation parties don't

24   have a problem with this.

1                    But we have been asked to have a

2   combination bid with Cleveland slash Youngstown

3   and Pittsburgh, see whether that might be a higher

4   and best if you added these pieces together.

5                    Bank Of America, do you have any

6   objection to that?

7              MR. DeBORDE:  No.

8              MR. DOOLEY:  Committee, do you have any

9   objection to that?

10             MR. FINIZIO:  No.

11             MR. DOOLEY:  Okay.  I guess we should

12  start probably with Karali, with people asking for

13  this bid, with this combination, asking what they

14  would bid for that and how many restaurants would

15  be included.

16             MS. GIGLIO:  Okay.  So this is for

17  Pittsburgh and Cleveland/Youngstown, less stores,

18  4192 and 12789.

19             MR. DOOLEY:  What market are they in?

20             MS. SCHULTZ:  Those are the stores that I

21  believe that those guys --

22             MR. DOOLEY:  Are they in Pittsburgh?

23             MS. GIGLIO:  Pittsburgh, right.  And so we

24  might -- as of our bid that we submitted, it's an

1  up-to, so we won't have a purchase price deduct,

2  but we are not necessarily going to take every

3  store in Cleveland/Youngstown.

4          MR. DOOLEY:  But we have to assume you

5  are.  So it's 26 stores in Cleveland/Youngstown,

6  plus two of the four stores in Pittsburgh.

7          MS. GIGLIO:  Well, then, let's take it out

8  now so we can back up, because I'm getting -- I

9  can tell you what we don't want, and then we'll

10  have a more value, because you won't assume that

11  we need to carry these stores.  Sorry.  It's a

12  little bit --

13          MR. DOOLEY:  Uh-huh.

14          MS. GIGLIO:  Sorry.  Bear with me.

15          MR. DOOLEY:  That's okay.

16          MS. GIGLIO:  I don't want to get a deduct.

17          MR. DOOLEY:  I understand.  You don't want

18  to make a mistake.  I understand.  Off the record,

19  Amanda.

20                    - - -

21              (Whereupon, the following

22  discussion was held off the record.)

23                    - - -

24          MR. DOOLEY:  We are back on the record.

1  Go ahead, please.

2          MS. GIGLIO:  Okay.  Our bid is for -- we

3  are in the region of Pittsburgh and

4  Cleveland/Youngstown.  We are excluding

5  Stores-4192 and 12789, which are from Pittsburgh.

6  And we are excluding from Ohio Stores-5204, 5535,

7  6611, 7322.

8          So that would be a modification to our

9  purchase price agreement.

10          MR. DOOLEY:  So just so I'm clear, Cindi,

11  you are excluding two of the four stores in

12  Pittsburgh and four of the 20 -- how many?  28

13  stores.  26 stores.  Two of those were the fire

14  store and the lease store.  So two additional

15  beyond that is 24.

16          MS. GIGLIO:  No, no.  Four additional.  22

17  stores.

18          MR. DOOLEY:  For the record, can you read

19  the four stores again in Cleveland/Youngstown?

20          MS. GIGLIO:  Excluding -- other than in

21  addition to the ones that are previously excluded

22  from the auction by the debtors, we will be

23  excluding 5204, 5535, 6611, and 7322.

24          MR. DOOLEY:  Anyone need them to repeat

1  those four numbers?.

2          MR. DOOLEY:  Can you repeat the first?

3          MS. GIGLIO:  5204.

4          MR. DOOLEY:  Thank you.  Okay.  And how

5  many millions of dollars are you going to bid for

6  this?

7          MS. GIGLIO:  Seven million dollars.

8          MR. DOOLEY:  Seven million dollars even?

9          MS. GIGLIO:  Yes.

10         MR. DOOLEY:  Any change to the terms, in

11 terms of the agreement, in terms of what --

12         MS. GIGLIO:  I mean modification -- like

13 conforming changes will be needed to make the --

14         MR. DOOLEY:  I understand, but no change

15 to your bid?  Okay.  Seven million dollars, two

16 stores in Pittsburgh, Cleveland and Youngstown.

17 All right.

18         We are going to take a second to calculate

19 what the net is of that if we do that for the

20 estate.  Off the record.

21                 - - -

22                 (Whereupon, the following

23 discussion was held off the record.)

24                 - - -

1           MR. DOOLEY:  All right.  Back on the

2    record.  I want to just go through the numbers

3    with you to make sure your team agrees with the

4    numbers.

5           MS. GIGLIO:  Okay.

6           MR. DOOLEY:  So as I understood your bid,

7    it was for seven million dollars, which included

8    two Pittsburgh restaurants, 44 restaurants, and

9    the grouping we call Cleveland and Youngstown.

10          MR. BATTISTA:  22.

11          MS. GIGLIO:  22.

12          MR. DOOLEY:  22 restaurants in Cleveland

13   and Youngstown.  The cure, as we calculated, are

14   the two restaurants that you want to acquire,

15   Pittsburgh, $620,000, and some change; does that

16   agree with your numbers?

17          MS. GIGLIO:  I mean we can't reconcile it

18   right now.  But it is -- this is -- this is solely

19   how you are valuing the bid, right?  This is cash

20   neutral.

21          MR. DOOLEY:  I just want to make sure we

22   don't have any significant discrepancies.

23          MS. GIGLIO:  That's fine.  We are doing

24   our best.  And we are trying to not be as high

1    maintenance as we appear to be.

2          MR. DOOLEY:  Okay.  Since I'm going to

3    have a hard time describing what the bid is, which

4    we calculate that the deduct for the cures, as we

5    have called them, $626,000 in change for the two

6    Pittsburgh restaurants, $4,288,000 on 22

7    Cleveland/Youngstown's restaurants.

8               That creates a total cures, if you

9    will, of $4,914,000 and some change.  Called four

10   point nine million in round numbers.  Which would

11   create a natural bid of 2.1 million dollars in

12   round numbers.

13              So that is the bid for this grouping

14   restaurant.  As I said at the beginning of the

15   auction, we have got lots of pieces.  We are going

16   to put it all together, consult with the

17   consultations paries, come back and advice how we

18   beat the highest and best offer.  Is everyone

19   clear on that offer?

20          MR. BATTISTA:  So the two restaurants if

21   they proposing to buy Pittsburgh, that cure is

22   626?

23          MR. DOOLEY:  Yes.

24          MR. BATTISTA:  Okay.  And the 22

1  restaurants they are supposedly buying, excluding,

2  that cure is four million, 228.

3        MR. DOOLEY:  288.

4        MR. BATTISTA:  288.  And the total of

5  those, as we calculate it, is four million, 914.

6  I'm forgetting the dollars.

7        MR. BATTISTA:  That's okay.  Seven million

8  minus 2.1 million dollar net bid for those two and

9  22 restaurants.

10       MR. DOOLEY:  That is correct.  That's how

11 we calculate it.  All right.  We are going to go

12 around the table and see if anyone wants to bid

13 more than that.  Let's start with 13th Floor.

14       MR. YOUNG:  Pass.

15       MR. DOOLEY:  13th Floor passing.  John?

16       MR. NORTHERN:  DC Burger passes.

17       MS. SCHULTZ:  We would like to make an

18 offer on Store-5535, which I believe was excluded,

19 for $130,000.

20       MR. DOOLEY:  4435.

21       MS. SCHULTZ: 5535.

22       MR. DOOLEY:  What market is that in?

23       MS. SCHULTZ:  5535.

24       MR. DOOLEY:  What market is that in?

1          MS. SCHULTZ:  In the Cleveland/Youngstown

2  market.

3          MR. DOOLEY:  And how much again?

4          MS. SCHULTZ:  $130,000.

5          MR. DOOLEY:  Any other restaurants that

6  you want to make an offer on?

7          MS. SCHULTZ:  No.

8          MR. DOOLEY:  On that 185, 187.  I'm sorry

9  so it's actually less than the cure amount.

10          MS. SCHULTZ:  What are the components of

11  that, please?

12          MR. DOOLEY:  Our mistake.  Pardon me.

13  122.  So it is 8,000 more than the cured costs,

14  excluding Burger King.  That include Burger King

15  post-petition costs.  All right.  Thank you.  Back

16  to General Management.

17          MR. YOUNG:  Pass.

18          MR. DOOLEY:  Burger King, Paul?

19          MR. BATTISTA:  Pass.

20          MR. DOOLEY:  Obviously, Karali is not

21  going to re-bid itself.  DC Burger, second to last

22  time.

23          MR. NORTHERN:  Pass.

24          MR. DOOLEY:  Any change to your bid at

1  all?

2          MS. SCHULTZ:  No.

3          MR. DOOLEY:  Okay.  Lastly, Paul, at

4  Burger King?

5          MR. BATTISTA:  Pass.

6          MR. DOOLEY:  Okay.  So the leading bidder

7  here is the Karali Group at seven million dollars

8  for 22 Cleveland/Youngstown, two Pittsburgh, point

9  and the next 2.1, and we have also got a side bid

10 on one of the restaurants, excluding for $130,000,

11 which is $8,000 in excessive cure costs for a

12 restaurant in the Cleveland and Youngstown market.

13         MR. BATTISTA:  Which by the way, that's

14 part of our Cleveland/Youngstown bids, to be

15 clear.

16         MR. DOOLEY:  I understand.  I understand.

17 Putting this together is going to be a little bit

18 of a jigsaw puzzle.

19              All right.  We are going to break for

20 lunch right now.  It is 1:10 p.m.  There is food

21 out there.  We are going to try to do this in one

22 hour.  So if everyone comes back in three hours,

23 we are all going to be here all night.

24              So I would suggest we all get back at

1  2:15 so we can continue.  Please help yourself to

2  lunch.  We will see you at 2:15.

3                    - - -

4                (Whereupon, a lunch break was

5  taken.)

6                    - - -

7          MR. DOOLEY:  All right, guys.  We are

8  ready to go.  Back on the record, please, Amanda.

9                First off, sorry for the delay.  I was

10 grossly underestimating how long lunch would take.

11 It took an hour and 50 minutes.  Not one hour.

12 Also, want to compliment the Karali Group on doing

13 the politically correct thing on getting all sorts

14 of Burger King during a Burger King auction.

15               All right.  Couple of things we want

16 to handle first.  First we want to explain why we

17 took so long at lunch.  We have had numerous

18 discussions with the consultation parties as well

19 as having a discussion with the Karali Group.

20 There is an issue with Karali Group's APA,

21 relative to a number of things.

22               They did a fairly significant to the

23 APA, at which we are still under discussion to

24 them.  We decided to push that discussion to after

1  we have done completed the auction before we have

2  announced the winning bid and back-up bidder.

3          So we'll have a discussion once we get

4  done with the auction.  Hopefully, it'll only take

5  a little bit of time, so we don't keep people here

6  all night.

7          There are some issues relative to

8  additional assets they want to acquire,

9  significant assets, additional liabilities they

10 want to push on the debtor, and certain numerous

11 terms and conditions that are frankly unacceptable

12 for the debtor.

13         So we'll see if we can resolve that or

14 not.  All right.  Two additional things I want to

15 go through here.

16         We had a couple of people approach us

17 on the break of additional situations they want to

18 have discussed during the auction.  The first is

19 DC Burger has asked about the ability to acquire

20 the equity of Thomas King Virginia; is that right?

21 Thomas King Virginia?  Is that correct, guys?

22     MR. NORTHERN:  It really should be the

23 four operating companies.

24     MR. DOOLEY:  You want to acquire the

1   equity of all four entities?

2          MR. NORTHERN:  Right.  For Thomas King

3   Illinois, Thomas King Ohio, Thomas King Virginia,

4   if that can be done.  At minimum, it would be

5   Thomas King Virginia.

6          MR. SINGH:  That would negate the million

7   dollars that's owed to the IRS.  We'll take that

8   on ourselves.

9          MR. NORTHERN:  So our offer that was in

10  the APA is a separate additional item, not part of

11  the 22 million bid.

12         MR. DOOLEY:  You offered that as an option

13  within your APA?

14         MR. NORTHERN:  Correct.  That was $500,000

15  in cash to acquire the equity interest in Toms

16  King Virginia for transition purposes.  We would

17  have to create a new entity.

18         MR. DOOLEY:  Sure.  Sure.

19         MR. NORTHERN:  We would do that and do

20  that transition.  We also said during the course

21  of that discussion, if it was more attractive to

22  the parties that are here today, the debtor and

23  the committee, the primary ones who have an

24  interest in this, I believe.

1            Instead of $500,000 in cash, we could

2   agree that the entity that takes over the equity

3   interest would assume -- agree to pay the tax

4   liabilities that we understand are due with

5   respect to those federal tax liabilities up to one

6   million dollars to be paid when they are due,

7   which I think is like later.

8         MR. DOOLEY:  They are actually due

9   December 30th of 2022.  We already paid the first

10  half.  So we were delinquent on that.

11         MR. NORTHERN:  Okay.  So that's the

12  proposal.  We could do it either way, which I

13  don't know which would be more beneficial.

14         MR. DOOLEY:  Give me a second.  Stop the

15  record.

16                  - - -

17             (Whereupon, the following

18  discussion was held off the record.)

19                  - - -

20         MR. DOOLEY:  Amanda, back on the record.

21  All right.  I guess the debtor's position is we

22  would be open to the notion of selling Thomas

23  Virginia equity, not the other entities.  Not

24  really involved in that.

1                    We have a stronger preference for cash

2    versus the assumption of liability.  Half million

3    dollars of cash.  There would be a couple of

4    caveats.

5                    One, it would have to be a separate

6    transaction, not a combined transaction.  We want

7    a separate document to convey those interests as

8    opposed to putting together into -- for the

9    record, I want to clarify that what whatever

10   liability that exposes the buyer to is the

11   liability.

12                   And it could be exposed to, you know,

13   the ERC Referral.  It could be exposed to

14   pre-petition AP.  I just want to make sure we are

15   clear that you are taking a risk on doing that.

16           MR. SINGH:  Do we have information on how

17   much our risk is or what that looks like?

18           MR. DOOLEY:  Disclosed in the schedules.

19   I don't know off the top of my head.  Unknown

20   risk.  We can meet with you later.  Would you like

21   time to think about this before we confirm this?

22           MR. SINGH:  Yes.

23           MR. DOOLEY:  We are in favor of doing it

24   for half a million dollars in cash.  You

1  understand, we want to make sure you enter in this

2  eyes opened, and we don't have litigation later,

3  because you misunderstood.  Make sense?

4          MR. SINGH:  Yes.

5          MR. DOOLEY:  Okay.  All right.  Good

6  enough.  And the last thing we want -- we

7  obviously need to clarify all of the assets with

8  the three stores that are not part of your bid for

9  Virginia are excluded from this, right?

10          MR. SINGH:  Say that again.

11          MR. DOOLEY:  You had made a bid for 37 of

12  the 40 stores in the Virginia territory, Virginia

13  grouping.  I want to make sure that all of the

14  assets associated with those three stores are

15  carved out.

16          MR. NORTHERN:  Right.  So that would be

17  the equipment in the stores as well as any --

18          MR. DOOLEY:  Anything associated with

19  those stores.  Primarily equipment.

20          MR. NORTHERN:  Can we have --

21          MR. DOOLEY:  Of course.  Of course you

22  can.

23                      - - -

24                  (Whereupon, a short break was

1    taken.)

2                              - - -

3         MR. DOOLEY:  All right.  Let's get back to

4    business here.

5         MR. FINIZIO:  Gianfranco Finizio,

6    Kilpatrick Townsend, counsel to the committee.

7    What other modification to the bid from DC Burger

8    that DC Burger has allowed me to make subject to

9    any comments from them, they will be purchasing

10   non-insider chapter five causes-of-auction.

11             They agree, as do the other

12   consultation paries, and I have confirmed with

13   Bank Of America on this point, that the

14   approximate value of those assets is $100,000, and

15   that there will be a covenant not to pursue those

16   chapter five causes of action.  Did I recite that

17   correctly?  Does Bank Of America confirm?

18        MR. DeBORDE:  Yes.

19        MR. DOOLEY:  Any objection to that?  I

20   know you are not a consultation.  I just want to

21   make sure we are not buying ourselves an

22   objection.

23        MS. GIGLIO:  I guess I'm a little

24   confused.  It's just related to the businesses

1  that they are buying, because you are $100,000.

2  I'm just -- what are the causes-of-action that

3  they are buying slash leaving behind?  I think we

4  are doing the same thing in our bid.

5       MR. FINIZIO:  My understand significant is

6  that all bids and originally their bid

7  contemplated the purchase of non-insider chapter

8  five causes-of-action with a covenant not to

9  pursue.

10         There was a point in the auction where

11  that was changed by them.  And we are now going

12  back to their original form.

13       MR. NORTHERN:  So that means the bid is

14  reduced by $100,000?

15       MR. NORTHERN:  It would have gone up by

16  $100,000 if we let that go.

17       MR. BATTISTA:  That's not happening.

18       MR. NORTHERN:  That's not happening.  We

19  are back where we were.  Our bid is 22 million.

20       MR. DOOLEY:  It hasn't changed at all.

21  They have just agreed to a value consultation

22  parties of $100,000 of their 22 million dollar

23  bid.

24         Let's move forward.  All right.

1  Burger King approached us during the break and

2  indicated that they might want to make bid for

3  something else.  Paul, for Burger King, can you

4  explain what else you might want to do here?

5          MR. BATTISTA:  Thank you.  So Paul

6  Battista for Burger King Company.  As you know, we

7  are the, I guess, second bidder on the Cleveland

8  Youngstown group, which is assuming the lead

9  bidder at present.  There was one location that

10  they excluded from their bid, 5535.

11          MR. DOOLEY:  In Cleveland?

12          MR. NORTHERN:  Yes.  In Cleveland.  They

13  excluded from their bid.  And a bid was made by --

14          MR. DOOLEY:  Restaurant Concepts?

15          MR. BATTISTA:  Thank you.  Restaurant

16  Concepts.  We would like to make a bid on that

17  location.  And this, of course, is in a situation

18  where we are the winning bidder for this group,

19  and we are not buying it twice.

20              If they are the winning bidder on this

21  group, that restaurant would be offering subject

22  to Restaurant Concepts' bid.  So we would bid for

23  5535 in that situation, at $135,000 gross, which

24  includes the landlord cures, one-half of the

1   Burger King post-petition cures, plus $5,000, and

2   my friend, Mr. DeBorde, same deal.

3            So apples to apples.  It would be

4   $135,000.  I believe their bid was 130 for that

5   location.  And naturally, you can put it back to

6   whatever they want to do with that.

7            The second one is in Pittsburgh.

8   4192.  Restaurant Concepts made an offer on that.

9   They also made an offer on two Pittsburghs, 4192.

10           We would offer $107,000 on a gross

11  bid.  Landlord cures, plus one half of the DKC

12  post-petition, plus $5,000.  The 107.  We think

13  that's higher than their one bid on 4192.  They

14  didn't separate their bid.  I think we did that.

15           MR. DOOLEY:  Okay.  I think I understand.

16  So you are looking at two separate stores, one in

17  Pittsburgh, one in Cleveland.  You want to bid

18  $5,000 more than how you interpret Restaurant

19  Concepts' bid on those same stores; is that right?

20           MR. BATTISTA:  It's 5,000 on the 4192.  So

21  bid on two of them, Pittsburgh, and you indicated

22  that the $3,000.  We are thinking one if we stayed

23  at $5,000.

24           MR. DOOLEY:  I understand.

1          MR. BATTISTA:  And that's 5535 in

2  Cleveland.  We are bidding 135 against their 130.

3          MR. DOOLEY:  Okay.  I think I understand.

4  Sarah, do you understand for Restaurant Concepts

5  or not?

6          MS. SCHULTZ:  I'm not 100 percent sure I

7  actually understand nor do I understand how we got

8  here, because I thought once you passed twice, you

9  were done on these assets.  That's actually what

10  you said.

11          MR. DOOLEY:  I did.  Off the record.

12                    - - -

13          (Whereupon, the following

14  discussion was held off the record.)

15                    - - -

16          MR. DOOLEY:  Okay.  Back on the record.

17  Take Sarah's point to Restaurant Concepts.  That

18  was procedure that you got two options to bid,

19  chances to bid.  Burger King did pass on that.  I

20  would also like to note we are talking about the

21  minimus amount of money.  The debtor is probably

22  earning $5,000-and-hour legal fees and consulting

23  fees just being here.  So the answer is no offers.

24          MR. BATTISTA:  So the reason we are back

1  at 5535 at Cleveland/Youngstown, based on the bid

2  after that.  So we didn't know that one store was

3  going to be offered, and that's why we came back

4  out.

5          MR. DOOLEY:  I understand.

6          MR. BATTISTA:  We had already bid on

7  Cleveland/Youngstown.

8          MR. DOOLEY:  I understand.

9          MR. BATTISTA:  And that's why we came back

10  on that one.

11          MR. DOOLEY:  Fair enough.  The answer

12  still stands.  Does anybody have any other

13  clean-up.  Somebody is asking about whether or not

14  we should have an auction for everything that no

15  one wants.

16          MR. MCNULTY:  We would be happy with the

17  same way, no assumptions.  We have the right to

18  elect6 what we assume, don't assume after the

19  auction.  We would bid $50,000.

20          MR. DOOLEY:  $50,000.  No one wants

21  obviously less than cure costs, right?

22          MR. MCNULTY:  Yes.

23          MR. DOOLEY:  You would not need Burger

24  King franchise agreement?  You are looking for the

1    leases?

2           MR. MCNULTY:  I think we want the option

3    to sit down and talk to everyone about it

4    afterwards.

5           MR. DOOLEY:  It's pretty hard to find

6    people to bid on, because it's contingent upon

7    other people's consent to something.  So I'm not

8    sure how that would work.

9           MR. MCNULTY:  Or our assumption or not

10   assumption.  We would have the right after the

11   auction.  I think there is five days at the APA to

12   make a final election, right, to assume or not

13   assume.

14          MR. DOOLEY:  I guess the advise I would

15   give you is that's really not a part of the

16   auction.  To the extent that there are assets that

17   are not final approved or not approve, selected

18   highest otherwise best bidder, come back to us and

19   put you in contact.  You cut deals or not cut

20   deals.  If it creates value for the estate, great.

21   If it doesn't.  I don't think it's part of the

22   auction today.

23               Okay.  All right.  Anyone else, any

24   clean-up items before we move to the last two

```
 1   sections to auction?
 2              All right.  I believe the next is the
 3   Virginia stores, is that correct, everyone?  And
 4   that would include Cleveland/Youngstown, Dayton,
 5   Illinois, Pittsburgh.
 6              I believe there is 50 stores,
 7   potentially up to 50 stores, potentially there.
 8   And we have the stalking-horse bid from 13th Floor
 9   Capital.  It was for 37 stores, $9,490,000 less
10   cure costs.  This is in your sheets.  This is the
11   documents we handed out this morning.  Was less
12   cure costs creates a net purchase price of
13   basically two point two million dollars.
14              The Karali Group had also bid
15   ostensibly a little bit higher, 95, 90, $100,000
16   more, but that was for 50 stores.  So the cure
17   cost is substantially higher, being that there is
18   actually a negative to the estate.
19              Plus, I would note that we still have
20   the issue with Karali's APA in the APA that has
21   lots of issues.  So I just want to confirm I have
22   described to 13th Floor Capital.
23              Josh, did I describe the right at
24   $9,490,000 for 37 stores?
```

1          MR. YOUNG:  Yes.

2          MR. DOOLEY:  Okay.  So we are going to

3   start with that bid and go around.

4          MR. WARD:  If the sum of the three

5   individuals is in excess of that nine million and

6   change --

7          MR. DOOLEY:  We will likely accept that if

8   we deem it to be the highest and otherwise best.

9          MR. WARD:  My math today right now is in

10  excess of this nine million.

11         MR. DOOLEY:  Assuming probably.

12         MR. WARD:  Okay.

13         MR. DOOLEY:  I aggress.

14         MR. WARD:  I just want to make sure the

15  math is right.

16         MR. DOOLEY:  All right.  So the bid right

17  now is $9,490,000 for 37 stores.  This is

18  non-Virginia.  Again, Cleveland/Youngstown;

19  Dayton, Ohio; Pittsburgh; and Illinois.  So go

20  around and say more than we have the whole day and

21  go to DC Burger.  Would you like to bid?

22         MR. NORTHERN:  Pass.

23         MR. DOOLEY:  Sarah, with Restaurant

24  Concepts, would you like to bid?

1          MS. SCHULTZ:  Pass.

2          MR. DOOLEY:  Emmett, with General

3  Management, would you like to bid?

4          MR. MCNULTY:  Pass.

5          MR. DOOLEY:  Paul, Burger King, would you

6  like to bid?

7          MR. BATTISTA:  Pass.

8          MR. DOOLEY:  Cindi, Karali?

9          MS. GIGLIO:  Yes.  I want the to make a

10  bid.  I'm not really sure -- I'm just not entirely

11  clear on what we are bidding on.  Are we bidding

12  on the 50 stores -- like the 50 stores that I

13  submitted our initial bid on?

14          MR. DOOLEY:  Yes.

15          MS. GIGLIO:  Okay.

16          MR. DOOLEY:  Or less.

17          MS. GIGLIO:  Or less.

18          MR. DOOLEY:  But you are substantially

19  below, because the cure costs with 50 stores is

20  way more than the cure costs of 37 stores.

21          MS. GIGLIO:  Okay.  I understand that.

22          MR. DOOLEY:  I'm assuming that the

23  problems with the APA that get resolved between

24  the debtor and your group --

1          MS. GIGLIO:  I think -- you know,

2  respectfully, I think the problems with our APA

3  were probably overstated.  And we can probably

4  work through them.

5          Had we had the opportunity before the

6  auction to work through it, I think we would have

7  been there.  So with that, you know, I think that

8  said, I acknowledge that some parts was larger.

9          And what we would be willing to bid on

10  is the stores that we set forth in our Pittsburgh

11  bid, which is two stores in Pittsburgh.  The

12  stores we set forth in our Cleveland bid, which is

13  four stores in Cleveland.

14          MR. DOOLEY:  Four stores in Cleveland?

15          MS. GIGLIO:  I'm sorry.  22 minus.  Sorry.

16          MR. DOOLEY:  22 stores, right?

17          MS. GIGLIO:  22 stores in Cleveland.  And

18  we would add three stores in Dayton, Stores-5589,

19  6074, and 8206.

20          MR. DOOLEY:  We get those, guys?  One more

21  time?

22          MS. GIGLIO:  5589, 6074, 8206.  That's a

23  grand total of 27 stores.  We understand that this

24  would be an approved franchise -- that we would be

1    an approved franchisee for this.  So we would be

2    willing to make appropriate modifications to the

3    APA to reflect that.

4              We welcome the opportunity to

5    transition services with both -- whoever is the

6    winning bidder for the rest of the locations,

7    Thomas King Services, and discuss it today, a

8    potential remodel schedule with Burger King, so

9    that we can remove some conditionality from our

10   APA.

11             And that bid is seven point six

12   million dollars.  And we would modify our APA to

13   agree to a store that is today, so the debtors

14   would have certainty on what the cures that they

15   are assuming would be, so we would build out, take

16   out the flexibility.

17             MR. DOOLEY:  Okay.  Just so I understand,

18   the case value is seven point six million dollars.

19   I calculate 27 stores total; is that right?

20             MS. GIGLIO:  That is correct.

21             MR. DOOLEY:  Two in Pittsburgh.  22 in

22   Cleveland slash Youngstown.  And three in Dayton,

23   Ohio?

24             MS. GIGLIO:  Correct.

1          MR. DOOLEY:  Nothing in illinois; is that

2    correct?

3          MS. GIGLIO:  Nothing in Illinois.

4          MR. DOOLEY:  Nothing in Illinois?  Okay.

5    Off the record for a second.

6                    - - -

7               (Whereupon, the following

8    discussion was held off the record.)

9                    - - -

10          MR. DOOLEY:  Okay, guys.  Back on the

11   record.

12              First, let me start off with our

13   spreadsheet that you have been provided earlier.

14   As you recall, one of the auction rules was at

15   least $100,000 overbid.  We have a situation here,

16   where Karali has offered significant -- to buy

17   significant less restaurants.

18              So we think $100,000 overbid needs to

19   be applied against the net purchase price.  There

20   is no way to do apples and apples at the gross

21   level, okay?

22              So here's the numbers that I would

23   like Karali to confirm real quickly.  We show the

24   cures as follows by market.  Dayton, $551,000.

1   I'm not asking you to do this immediately.  I'll

2   give you a break, and let you look at this.

3                  551 for Dayton.  626 for Pittsburgh.

4   $4,288,000 for Cleveland and Youngstown.  Those

5   three numbers add up to five four six six

6   thousand, $5,466,000.

7                  If you compare that to a seven point

8   six million bid, we end up with a net value for

9   the estate of two million, 133.  It's actually

10  $55,000 less than the 13th Floor bid.

11                 And if you would like to make that

12  bid, you need to true up that difference by 100

13  more than their bid, which means you are about 150

14  short.  So let's give you the question, please.

15                 MS. GIGLIO:  Yes, I do, because isn't the

16  way that you should be thinking about this that

17  it's our bid, plus the bid that is there for

18  Illinois?  Because that's what we have excluded.

19                 They are taking Illinois.  So if you

20  combine us, our bid, that we just made, with the

21  winning bid for Illinois, and with the bid that

22  Sarah has made, then you can create apples to

23  apples, because we can all coexist.

24                 MR. DOOLEY:  It does other than one fact.

1  Their Illinois mission relative to covering the

2  appear costs.

3           It's actually -- I think you cleaned

4  that up to be almost zero, right, Paul, like 20 or

5  30 almost over?  So it's over.  So no,

6  unfortunately, I disagree with you, Cindi.

7           Please verify the numbers and then we

8  can -- you can decide what you want to do.  Thank

9  you.  Off the record.

10                    - - -

11           (Whereupon, the following

12  discussion was held off the record.)

13                    - - -

14      MR. DOOLEY:  Let's go back on the record.

15  So Karali team, you confirm those numbers or not?

16      MS. GIGLIO:  We agree.

17      MR. DOOLEY:  You agree?

18      MS. GIGLIO:  Yes.

19      MR. DOOLEY:  Okay.  And we judge the bid

20  to be $150,000.  We are selling groups.  We are

21  not selling combinations right now.  That may be

22  where we end up.  That's not what we are doing.

23  So would you like to increase the bid by $150,000

24  and be the highest offer, the highest and best

1  offer at this point in time?  That's your option.

2      MS. GIGLIO:  Can I actually -- I'm going

3  to answer the question with a question.

4          If Burger King is willing, I would

5  think if we could step out and agree a remodel

6  schedule right now for the stores that we are

7  dealing with, we can remove a significant closing

8  condition from the APA.

9          And you know, if we are talking about

10  $150,000, I mean there is administrative savings

11  that the estate will reap by not having to

12  litigate a sale, having -- going to a contested

13  sale hearing.

14      MR. DOOLEY:  Well, I appreciate your

15  advise on legal issues.

16      MS. GIGLIO:  Okay.

17      MR. DOOLEY:  But we are an auction.

18      MS. GIGLIO:  Okay.

19      MR. DOOLEY:  I'm not a lawyer.  And

20  frankly, no kidding, I don't really care.  We are

21  going to do what we think is the right thing to do

22  here.  So would you like to increase your offer by

23  150 or not?

24      MS. GIGLIO:  Can we take a break?

1          MR. DOOLEY:  Five minutes.  No one else

2    leave.

3                    - - -

4                    (Whereupon, a short break was

5    taken.)

6                    - - -

7          MR. DOOLEY:  Back to Karali.  Cindi, what

8    would you like to do?

9          MS. GIGLIO:  I would like to bid -- so we

10   are trying to -- we are crunching numbers in

11   realtime.  And we want to be respectful of your

12   five-minute rule.

13               But here is -- the concept is the 27

14   stores that we bid on, plus seven stores in

15   Illinois.  And we will -- for that, will be 100 --

16   our bid is whatever number, plus 100 to get there.

17         MR. DOOLEY:  Whatever number plus 100?

18         MS. GIGLIO:  Plus the minimum overbid.

19         MR. DOOLEY:  150,000?

20         MS. GIGLIO:  It's the Burger King number.

21         MR. DOOLEY:  Burger King bid for illinois?

22         MS. GIGLIO:  Correct.  However, this bid

23   is subject on Burger King's approval on granting

24   us a franchise agreement.

1          MR. DOOLEY:  That's not an acceptable bid.

2   We can't accept a bid that's contingent upon

3   anything.

4          MS. GIGLIO:  You've already accepted a bid

5   that is contingent upon lots.

6          MR. DOOLEY:  Contingent upon what?

7          MS. GIGLIO:  You have already accepted a

8   bid that has been contingent upon a remodel

9   schedule of 13th Floor.

10          MR. FINIZIO:  13th Floor bid is the

11   stalking-horse bid.  And that was contingent to

12   the same Burger King approval.  Why are you

13   treating them differently?

14          MR. DOOLEY:  Guys, we have way too many

15   conversations going on.  Way too many

16   conversations.  I'm still confused at what you are

17   getting at.  Can you please make it clear?

18          MS. GIGLIO:  I am bidding on 27 stores

19   that I have previously bid on for Pittsburgh,

20   Cleveland, and Dayton.

21          MR. DOOLEY:  Yes.

22          MS. GIGLIO:  I am adding seven Illinois

23   stores, which I am trying to figure out which once

24   if you give me some time.

1          MR. DOOLEY:  Okay.

2          MS. GIGLIO:  And that value of that bid or

3    the total value of that bid will be the seven six

4    I bid.  Plus, I will match what Burger King bid on

5    Illinois.  Plus, I will add 100,000 for the

6    minimum overbid.

7          MR. DOOLEY:  So Burger King bid two point

8    two million?  You are adding two point two

9    million?

10         MS. GIGLIO:  2, 0, 9, 5, yes.

11         MR. DOOLEY:  So your total bid is now

12   worth 9.95?

13         MS. GIGLIO:  Give or take.  That's right.

14   But it is subject to Burger King approving a

15   franchise agreement.  If they don't, I'll still

16   close on the 7, 6.

17         MR. DOOLEY:  Guys, this doesn't work well

18   if we have 12 conversations going on at once.

19         MS. GIGLIO:  I think we need a break.

20         MR. DOOLEY:  Can you handle it right at

21   the table here?  The problem with a break, a break

22   is like 30 minutes.

23         MS. GIGLIO:  What is the rush?

24         MR. DOOLEY:  There is no rush.  The rush

1   is try to efficiently get the auction done.

2          MS. GIGLIO:  I'm not going to be rushed.

3          MR. DOOLEY:  Either you are prepared or

4   you are not prepared.  We'll give you a break.

5   We'll give you five minutes.  We'll give you ten

6   minutes.  Is ten minutes sufficient?

7          MS. GIGLIO:  We will endeavor.  The ten

8   minutes will be sufficient.

9          MR. DOOLEY:  Thank you.  We are on a

10  break.

11                    - - -

12               (Whereupon, the following

13  discussion was held off the record.)

14                    - - -

15         MR. DOOLEY:  Okay.  Guys, let's go back.

16  All right.  Back on the record, please, Amanda.

17  Thank you.  Cindi, for Karali, you have clarity on

18  what you want to do, please.

19         MS. GIGLIO:  I do.

20         MR. DOOLEY:  Thank you.

21         MS. GIGLIO:  We are going to bid for 34

22  stores.

23         MR. DOOLEY:  Yes.

24         MS. GIGLIO:  The 27 that we previously

1   stated, plus the following seven in Illinois. 2179

2   6252 7269, 8240, 9926, 11505, 25936.

3            Our bid is nine point three five

4   million, subject to an agreed upon CapEx and

5   franchise agreement for the Illinois stores or we

6   will hold at seven six for the 27 locations

7   previously bid on.

8            And we will remove from our APA any

9   conditionality on a franchise agreement.  And we

10  will go into the hall right now with Burger King

11  and agree at a schedule.  And we'll remove that

12  conditionality from the APA by the time we leave

13  today.

14       MR. DOOLEY:  Okay.  We now need a little

15  bit of time to redo a recount.

16       MR. BATTISTA:  So Dan, can I add something

17  to help the process?  So burger King will make the

18  bid, which will be in conjunction Karali's bid.

19  We are going to affirm our bid now.  That's what

20  we did previously.  We are prepared to bid for

21  seven of the non-Virginia stores --

22       MR. DOOLEY:  All the non-virginia stores

23  --

24       MR. BATTISTA:  Seven of the non-Virginia

1  stores put the two together.

2          MR. DOOLEY:  So I'm not sure of the math

3  on the stores.  They had said 27?  27 plus 7.  Oh,

4  34.  34.

5          MR. BATTISTA:  But I'm talking about

6  non-Virginia.  We are confirming our bid.  I think

7  what Karali said is they would stick with our

8  non-Virginia bids at 7.6 million for 27 locations.

9  So I'm focused on that.  Accretive to that piece

10  of the bid.

11          MR. DOOLEY:  Yes.

12          MR. BATTISTA:  And that's adding seven

13  non-Virginia restaurants as follows.  5535, 4192,

14  5226, 6623, 7562, 10847, 12701.  And our total bid

15  for those seven restaurants is $1,257,000, which

16  we calculate to be $183,000 over the curables.

17          MR. DOOLEY:  Can you repeat?

18          MR. BATTISTA:  5535, which is in

19  Cleveland/Youngstown.  4192, which is in

20  Pittsburgh.  And then five Dayton restaurants,

21  5226, 6623, 7562, 10847, 12701.

22              With their three Dayton restaurants,

23  the entire date.  Put it in that.  And our bid for

24  those seven, $1,207,000, $183,000 over the

1 curables, which I think Dan, when you combine the

2 two bids, you exceed your $100,000 bid.

3          MR. DOOLEY:  Give us a while to do the

4 calculation.

5          MR. BATTISTA:  Of course.  That's helpful.

6          MR. DOOLEY:  Thank you.

7          MS. SCHULTZ:  Sorry.  Dan, again, I'm not

8 sure how we are getting back to this.  If we are

9 going back to stores that I thought were closed.

10          MR. BATTISTA:  You asked for non-Virginia

11 stores.  That's a non-Virginia store.  Part of the

12 package.

13          MR. DOOLEY:  Non-Virginia stores.

14          MR. BATTISTA:  I understand.

15          MR. DOOLEY:  I'm not sure if we can talk

16 about that.  Off the record.

17                    - - -

18               (Whereupon, the following

19 discussion was held off the record.)

20                    - - -

21          MR. DOOLEY:  Back on the record, please,

22 Amanda.  All right.  Cindi, just to clarify again.

23 I want to run some numbers.  I do believe you have

24 a qualified overbid now is for the non-Virginia

1    stores, you have bid $9,350,000.  That's correct,

2    right?

3           MS. GIGLIO:  Yes.

4           MR. DOOLEY:  And you bid for two stores in

5    Dayton, seven stores in Illinois, two stores in

6    Pittsburgh, and 22 stores in Cleveland and

7    Youngstown, which I think is 34 stores total; is

8    that the right number?

9           MS. GIGLIO:  That's right.

10           MR. DOOLEY:  Okay.  And we calculate the

11   cures, including accrued property taxes, by market

12   as follows.  I think several of these numbers we

13   gave you before.

14              $551,000 to Dayton.  Same as before.

15   626 for Pittsburgh.  Same as before.  $4,288,000

16   for Cleveland/Youngstown.  Same as before.  And

17   then for the seven Illinois stores that you have

18   added to this revision of the bid, we calculate

19   1,588,000.

20              The total of those four cures is

21   7,054,000, which creates net value of $2,295,000,

22   which is a little over $100,000.  $6,000 better

23   than the alternative bid for 13th Floor Capital.

24   Are those numbers correct, guys?

1          MS. GIGLIO:  Yes.

2          MR. DOOLEY:  Okay.  So that is, in fact, a

3  qualified overbid for sure?

4              Now, Burger King and Paul, you

5  mentioned that you wanted to make a complementary

6  bid.  There is some issue about whether that is

7  qualifying.  We'll discuss that in a second.  Can

8  you clarify what you were suggesting you would bid

9  to kind of somewhat add in to more of those

10  stores?

11          MR. BATTISTA:  Sure.  So I'm focused on a

12  complementary bid of Karali's bid for 27 stores.

13  And that was three in Dayton, 22 in

14  Cleveland/Youngstown, and two in Pittsburgh.  They

15  had bid seven point six million.  We were adding

16  to that bid, stores 5535.

17          MR. DOOLEY:  What market, Paul?

18          MR. BATTISTA:  That's Cleveland.  4192,

19  Pittsburgh.  And then the remaining five Dayton

20  locations that they did not bid, which was 5226,

21  6623, 7562, 10847, 12701.  So if you take their

22  27, plus those seven, you get the 34.  And we

23  would add to their bid seven point six million,

24  one million, 257.

1          MR. DOOLEY:  Is Burger King's

2   complementary, a proposed complementary bid, is

3   that only in regards to seven point six

4   non-Illinois bid that Karali posited before we

5   broke, or is it also in relation to the bid that

6   Cindi just gave for Karali?

7          MR. BATTISTA:  So my understanding of the

8   bid is she just gave, to answer your question,

9   included seven Illinois locations.

10          MR. DOOLEY:  Yes.

11          MR. BATTISTA:  We have re-affirmed our bid

12   for all ten Illinois locations.  So ours would not

13   necessarily be complementary for nine point three

14   five million dollar bid, because it's overlap.

15               So I was focused on what she said end

16   of her proposal, which is they would stick at

17   seven point six million for 27 locations, which

18   would exclude Illinois.

19               And so we are adding -- we are

20   affirming our bid in Illinois.  So we covered that

21   portion of non-Virginia.  And we are adding seven

22   locations to pick up the balance of the

23   non-Virginia locations that they have not bid on.

24          MR. DOOLEY:  So you are proposing a bid

1  for 17 stores, including the Illinois piece?

2        MR. BATTISTA:  Yes.  That's the way to put

3  it, yes.

4        MR. DOOLEY:  Okay.  Give us a second on

5  that.  Sarah, I hear your point.  So we are going

6  to talk about whether Sarah has a valid point or

7  not.

8        MS. SCHULTZ:  And actually, I think it

9  would be helpful if somebody could walk through

10  the math on how you are valuing that, because I'm

11  looking back, and I thought the Illinois Burger

12  King bid had a net value of zero to the estate.

13            Whatever it was that they were

14  affirming, I thought had a net value of zero.  So

15  I'm trying to put the pieces together here to

16  understand what the actual net value is to the

17  estate.

18        MR. BATTISTA:  That's correct.  Let me

19  answer that.  That's correct.  Illinois paid the

20  net zero value of the estate.

21            When I just gave you the seven

22  additional restaurants, that added 183,000 of

23  additional value over the cures for those seven

24  locations.

*Reliable Court Reporting*

1          MR. DOOLEY:  Just for those seven stores?

2          MR. BATTISTA:  Yes.

3          MR. DOOLEY:  Okay.  Give us a second.

4  Sarah, I will not forget your point.  We will

5  address that.

6                    - - -

7                    (Whereupon, a short break was

8  taken.)

9                    - - -

10          MR. DOOLEY:  All right.  Back on the

11  record, Amanda.  Sorry for the delay, guys.

12              We have concluded that Karali's last

13  bid is, in fact, a qualifying bid, and at least

14  $100,000 over 13th Floor Capital.  What we have

15  been working on here is the combination of the

16  seven point six; is that the right number for

17  Karali?

18              Plus whether what Burger King offered

19  up as the combination bid was higher and better.

20  It appears to be over $100,000 better on a net

21  basis than the other bid.

22              I don't think we are going to declare

23  that a qualifying combination bid.  We are going

24  to take that under advisement in terms of what we

1  do.  I hear Sarah's objection, which is this kind
2  of reopens some of the old issues.
3          However, it is under the context of
4  this grouping.  Nobody has bid outside of this
5  grouping.  So we have to discuss this with the
6  consultation parties, whether this works.  But I
7  note for the record that this is clearly at least
8  $100,000 combined over the Karali standalone bid.
9  Sarah?
10         MS. SCHULTZ:  Could you please walk
11  through the math for that?
12         MR. DOOLEY:  I will.  Of course.
13         MS. SCHULTZ:  Thank you.
14         MR. DOOLEY:  That's a fair question.  So
15  under gross basis, I'm going to add these
16  together, okay?
17         So under gross basis, Karali bid seven
18  point six million dollars, the Burger King bid for
19  Illinois of two point two million dollars, and the
20  Burger King bid for seven non-Virginia,
21  non-bid-for locations within outside of the Karali
22  bid is one point two five seven million dollars.
23         That comes to a total of $11,057,000.
24  I'll walk through that again, okay?

1                    Karali's bid was seven point six for

2     27.  Burger King Company's bid was for Illinois,

3     which I believe is ten.  Add two point two

4     million, and for seven -- sorry.  Seven locations,

5     not within Karali's bid of 27, which is one point

6     two five seven million, total 11 million, 057.

7                    The Dayton cures, which includes three

8     Karali, five Burger King, all Dayton restaurants,

9     per our sheet passed out at the beginning of the

10    auction, one million, 295.  Dayton cures, one

11    million, 295, three Karali, five Burger King.

12                    Illinois, all ten Burger King.

13    $2,194,000, $2,194,000.  Pittsburgh cures, which

14    would be two Karali, one Burger King.  One

15    restaurant left behind would be $780,000.  Two

16    Karali, one Burger King, three and four

17    restaurants, Pittsburgh, $780,000.

18                    Finally, Cleveland/Youngstown, which

19    is the 23 Karali, same number as we have given a

20    couple of times.  $4,475,000.  $4,475,000.  That

21    creates a total of 44 restaurants in the

22    combination of those two bids.  44 restaurants and

23    cures of $8,746,000, $8,746,000.

24                    The net on that is two million, three

1    hundred and ten, two million, three hundred and

2    ten, which is in round number of $182,000 superior

3    to what Karali did.

4              So we are not saying we are accepting

5    those combination bids.  We are noting for the

6    record that they are clearly together and higher

7    by over $100,000.  We will take that under

8    advisement and discuss that with the consultation

9    parties.  I hear Sarah's objection.

10              It's a valid point to raise.  And I

11   want to make sure we consult with the parties

12   before we decide that.  All right.  Let's go back.

13   Yes, Sarah?

14        MS. SCHULTZ:  I'm sorry.  Can you clarify?

15   Because I thought the net on the Karali bid was

16   two million, 295.  And if that's correct, we are

17   not $100,000 over.

18        MR. DOOLEY:  I have got two million -- off

19   the record.

20                   - - -

21              (Whereupon, the following

22   discussion was held off the record.)

23                   - - -

24        MR. DOOLEY:  I'm sorry.  Back on the

1  record, Amanda.  I'm not sure.  I could have

2  misspoke.

3          Did I talk about the Karali 93, 5, 0

4  just a second ago?  Sarah, is that what you were

5  confused with us about?

6          MS. SCHULTZ:  Yes.

7          MR. DOOLEY:  I'm going to put this back

8  together one more time.

9          MS. SCHULTZ:  Okay.

10          MR. DOOLEY:  Because this is even

11  confusing to us.  I'll admit this.  This is

12  complicated, all right?

13          So let's go back to potentially the

14  two bids, put them together.  In round numbers,

15  total price, $11,057,000.  The net value for the

16  estate is $2,310,000.  The bid we had from Karali,

17  just as a standalone bid, not adding anything else

18  up, for 34 stores, within the non-Virginia area,

19  was nine million, 350; that's correct, isn't it,

20  Cindi?

21          MS. GIGLIO:  Yes.

22          MR. DOOLEY:  Okay.  The cures we had for

23  just that bid was $7,054,000, 34 stores.  That

24  created a net value to the estate of $2,295,000

1  and change.  I believe we communicated 40 minutes

2  ago, 30 minutes ago, that, that was superior to

3  the 2188, the 13th Floor net value.  I believe

4  that's what we did.

5             I explained that a second ago.  It was

6  mine.  I was looking at the wrong column.  My

7  error.

8             So with that incredible complexity, so

9  I think where we left off -- and I recognize that

10 we are bidding for the non-Virginia stores.  We

11 started that about an hour ago.  And we had Karali

12 bid, again, the number 9, 3, 5, 0 for 34 stores.

13 They added an option -- Burger King added a

14 complementary option.

15            We talked about that.  We put that on

16 the side.  We just need to find if anyone wants to

17 bid top Karali bid of nine million, 350 of 34

18 stores.  So we are going to start again at the

19 last sequence.  Go to 13th Floor.  Would you like

20 to top that bid?

21     MR. YOUNG:  Pass.

22     MR. DOOLEY:  John?

23     MR. NORTHERN:  Sorry.  Pass.

24     MR. DOOLEY:  Sarah?  Perhaps you want to

1  add a complementary bid, since that seems to be in

2  fashion.

3          MS. SCHULTZ:  I think we do.

4          MR. DOOLEY:  Surprise, surprise.

5          MS. SCHULTZ:  Surprise, surprise, right?

6          MR. DOOLEY:  That's okay.  Do you need

7  time?

8          MS. SCHULTZ:  So we have three -- we have

9  three leases in play.  The leases that I believe

10 we have in play are Store-12789, Store-5535, and

11 Store-4192.

12         MR. DOOLEY:  One more time, those three,

13 please.

14         MS. SCHULTZ:  12789, 5535, and 4192.

15         MR. DOOLEY:  What markets are each of

16 those in, please?

17         MS. SCHULTZ:  We have two in Pennsylvania

18 and one in Youngstown.

19         MR. DOOLEY:  Two in Pittsburgh, one in

20 Youngstown?  Okay.

21         MS. SCHULTZ:  I believe that our current

22 bid total for those stores is 350.  And that nets

23 $11,000 to the estate for your previous.

24         MR. DOOLEY:  So you want to bid --

1          MS. SCHULTZ:  No.  I'm just reviewing what

2   I think our current bid is.  That's our current

3   bid.  That's our current net to the estate.  We'll

4   bid $400,000 for those four leases.

5          MR. DOOLEY:  Four or three?

6          MS. SCHULTZ:  Three leases.  Sorry.  Which

7   I believe should make the net to the estate

8   $61,000.

9          MR. DOOLEY:  So those three stores.

10          MS. SCHULTZ:  And it's complementary to --

11          MR. DOOLEY:  We can verify that.  We can

12   move on.  Let's see.  Where were we?  Emmett, do

13   you guys have a bid on this?

14          MR. MCNULTY:  So depending on how you guys

15   consult on this, I think that we would be willing

16   to entertain, A, picking on some of the debtor's

17   rights to one closed location.

18              And potentially, if you take the

19   Karali bid of nine point three five million

20   dollars, we would take the other three locations.

21   I think at a minimum, we would put in $100,000

22   just to have -- we would assume the contracts

23   number.

24          MR. DOOLEY:  $100,000.  You assume the

1  lease --

2          MR. MCNULTY:  Yes.

3          MR. DOOLEY:  Do you need to assume the

4  Burger King franchise agreements or not?

5          MR. MCNULTY:  Yes, yes.  I think so.  It

6  would just be in addition to it.  We are not

7  handling the cures.

8          MR. DOOLEY:  Just to be clear, can we

9  figure out what the three store numbers are, guys?

10          MR. MCNULTY:  Yes.  I think we have those.

11  I need to find the rights to --

12          MR. DOOLEY:  Sure.  No problem.  I'll give

13  you a second.

14          MR. MCNULTY:  So I think it's -- the total

15  store numbers are 2135, 12090, 5126, yes.

16          MR. DOOLEY:  One more time, please.

17          MR. MCNULTY:  2135, 12090, 5126.

18          MR. DOOLEY:  Okay.

19          MR. MCNULTY:  Now, that's under the

20  assumption that, that's the direction you went.

21  However, if you are taking on -- there is an 11

22  million dollar one.  We wouldn't compete with

23  that.  We would have no bid in that scenario.

24          MR. DOOLEY:  So complementary to Karali's

1  nine point three five bid, which excluded these

2  three stores in Illinois; is that right?

3          MR. MCNULTY:  Yes.

4          MR. DOOLEY:  Which you bid $100,000, and

5  you covered the cures on the leases, but not the

6  cures on the franchise agreement?

7          MR. MCNULTY:  No.  $100,000.  It would

8  just be aligned with the current APA.  So that

9  would be assuming all of that.  It would be

10  assuming we are not paying anything in addition to

11  the $100,000.

12          MR. DOOLEY:  Not assuming the Burger

13  King --

14          MR. MCNULTY:  Right.  Nobody is bidding on

15  it.

16          MR. DOOLEY:  I got you.  Fair enough.  So

17  noted.  Burger King, anything you would like to

18  throw in the mix here?

19          MR. BATTISTA:  One second.  We are just

20  talking about at this point --

21          MR. DOOLEY:  Any grouping of non-Virginia

22  stores?

23          MR. BATTISTA:  Not complementary to the

24  nine point three five million bid?

1          MR. DOOLEY:  You can do whatever you want

2    at this point in time.  We have moved into free

3    form bidding.

4          MR. BATTISTA:  One second.  So Dan, in

5    connection with the combined bid that we had with

6    Karali, we will increase -- we will increase our

7    offer from one million, 257 to one million, 357,

8    additional $100,000.

9          MR. DOOLEY:  That was for the seven stores

10   that are kind of orphans if you will?

11         MR. BATTISTA:  Yes, sir.

12         MR. DOOLEY:  Not in a derogatory sense.

13         MR. BATTISTA:  That's the right phrase.

14         MR. WARD:  To clarify though, that's only

15   for the seven point six million dollar offer for

16   the 27 stores?

17         MR. BATTISTA:  This is the combined bid.

18   That's correct.

19         MR. DOOLEY:  Got you.  Thank you.  Karali,

20   do you want to outbid yourself?  I didn't think

21   so.  Josh?

22         MR. YOUNG:  Pass.

23         MR. DOOLEY:  Passing out.  Sarah, anything

24   to offer other than the stores you put out a

1    second ago?

2            MS. SCHULTZ:  Let me start by stating for

3    the record we still disagree.  We think that it

4    was inappropriate to go back and revisit.  But we

5    will --

6            MR. DOOLEY:  So noted.

7            MS. SCHULTZ:  -- increase our bid with

8    respect to the three stores previously noted,

9    which for the record, are Store-12789, Store-5535,

10    and Store-4192 to $450,000.

11            MR. DOOLEY:  The prior bid was 400?

12            MS. SCHULTZ:  Correct.  I think that puts

13    us 50 ahead.

14            MR. DOOLEY:  Thank you.  Got it.  Emmett,

15    anything you guys want to do at the General

16    Management?

17            MR. MCNULTY:  I think we are just staying

18    where we are, right?

19            MR. DOOLEY:  Got you.  Understood.  Paul,

20    anything Burger King wants to do?

21            MR. BATTISTA:  Dan, we will increase our

22    combined -- in connection with the combined bid

23    with Karali -- that's what we are talking about.

24    We will increase from 1,3,5,7 to 1,4,5,7.

1             MR. DOOLEY:  1,4,5,7, the same.

2             MR. BATTISTA:  Yes, sir.  And just to be

3     clear for the record, the three stores that

4     Restaurant Concepts bid on, we are only talking

5     about two of those as a part of our bid.  Store-

6     12789 is not part of our bid.

7             MR. DOOLEY:  12789.

8             MR. FINIZIO:  Paul, the two stores that

9     are part of your bid, what geographic locations?

10             MR. BATTISTA:  Pennsylvania and Cleveland.

11             MR. FINIZIO:  Thank you.

12             MR. DOOLEY:  Thank you, Paul.  Cindi,

13     anything else to offer with Karali?

14             MS. GIGLIO:  I'm partners with this

15     gentleman.

16             MR. DOOLEY:  Let's just say you bid

17     independently and he supplemented your bid.

18             MS. GIGLIO:  Okay.  I reaffirm my bid as

19     being supplemented by Burger King.

20             MR. DOOLEY: All right.  I believe Josh is

21     out.  John is out.  Sarah, anything you want to

22     do?

23             MS. SCHULTZ:  Can we take a short break,

24     please?

1            MR. DOOLEY:  Can you talk there or do you

2   need to leave the room?

3            MS. SCHULTZ:  We can talk here.

4            MR. DOOLEY:  Thank you.  Everyone, please

5   stay in place.

6                      - - -

7                 (Whereupon, a short break was

8   taken.)

9                      - - -

10            MR. DOOLEY:  Back on the record.  We are

11   ready to go.  Sarah, for Restaurant Concepts, you

12   were considering whether you wanted to revise the

13   bid you had for running three restaurants, right?

14            MS. SCHULTZ:  We were.  And we will revise

15   that bid with bidding only on Store Number-12789.

16   And we'll bid $120,000.  And that's complementary

17   to the other bids.

18            MR. DOOLEY:  $120,000 for that one store?

19            MS. SCHULTZ:  On that one store.

20            MR. DOOLEY:  And that was again --

21            MS. SCHULTZ: 12789.

22            MR. DOOLEY:  Okay, $120,000.

23            MS. SCHULTZ:  Unless you go back --

24            MR. DOOLEY:  $120,000 for 12789, no bid

1  for anything else?

2       MS. SCHULTZ:  Right.  Unless you go back

3  to a different construct.

4       MR. DOOLEY:  Emmett is out.  Paul, do you

5  guys want to do anything on Burger King at this

6  point?

7       MR. BATTISTA:  Based on that bid, no.

8  We'll stick to our original answer.

9       MR. DOOLEY:  So I'm confused who has been

10 out twice.  Does any one of the six bidders want

11 to make an additional bid for this group of

12 restaurants before we close the bidding on this

13 and move to the last group?

14      MS. GIGLIO:  Can you confirm what the

15 highest bid is?.

16      MR. DOOLEY:  Right now, I believe what we

17 have here is you have two different bids, Karali

18 Group, 93504, and seven point six million, 420,

19 27; is that correct?

20      MS. GIGLIO:  Yes.  And is my consortium

21 bid the highest and best?

22      MR. DOOLEY:  Burger King has, I believe, a

23 bid for seven orphan restaurants, at -- what is

24 the current number?  1457, one million, 457, and

1  Restaurant Concepts has a bid for one restaurant,

2  which is number 12789, for $120,000.

3            All right.  Let's move on to the last

4  thing.  And just so everyone is clear, what we are

5  going to do here, we are going to conclude with

6  this last section, which is basically everything.

7  Start with the stalking-horse bid to see if anyone

8  wants to make an overbid.

9            We still have an issue to resolve at

10  Karali, which is dependant upon whether or not

11  their bids will be put in the next.  And then we

12  have to huddle with the consultation paries,

13  decide what is the highest and otherwise best, and

14  come back and tell everyone, winning bidders, and

15  back-up bidder or bidders, okay?

16            Anyone have any questions on that?

17  All right.  So we are now on the final group that

18  we want to auction.  And that is the -- all

19  locations, up to 90 locations or actually 88

20  locations.

21            The adjusted purchase price for the

22  stalking-horse, 13th Floor, will you take into

23  consideration the 28, 90, takes into consideration

24  lease adjustment, doesn't it, Pat?  28, 9, 90

1 takes into the account the lost money from the

2 lease adjustment, does it not?

3                28, 9, 90.  And I believe this is the

4 top bid.  Actually, it's the only bid.  Cures were

5 15 million, 636.  If we would take that bid, that

6 would be $13,353,000.  So we are just going to go

7 around the room a couple of times to see if anyone

8 wants to top that bid.

9                So we'll obviously start with DC

10 Burger and see if they want to top that bid.  All

11 restaurants?

12           MR. NORTHERN:  We'll pass.

13           MR. DOOLEY:  Sarah, would you like to make

14 a bid for all restaurants?

15           MS. SCHULTZ:  Pass.

16           MR. DOOLEY:  Paul, Burger King?

17           MR. BATTISTA:  Pass.

18           MR. DOOLEY:  Sarah?  Or excuse me.  Cindi?

19           MS. GIGLIO:  Pass.

20           MR. DOOLEY:  One more time around the

21 room.  Sarah?

22           MS. SCHULTZ:  Pass.

23           MR. DOOLEY:  Emmett?

24           MR. YOUNG:  Pass.

1            MR. DOOLEY:  Paul?

2            MR. NORTHERN:  Pass.

3            MR. DOOLEY:  Cindi?

4            MS. GIGLIO:  Pass.

5            MR. DOOLEY:  Okay.  We only have one bid.

6  All right.  We are going to take a break.  I don't

7  know how long that is going to take.  I believe

8  dinner comes at 6:30.  I'm being serious.  I don't

9  know if it will take 15 minutes or three hours.

10           It's going to take a while.  It's

11  beyond consulting with the consultation parties.

12  We have got to take time to see if we can resolve

13  an issue with Karali.  I'm not sure how long that

14  will take.

15           I'm told by my counsel that it won't

16  take long.  So if this takes a long time, it ain't

17  my fault.  Anyway, dinner at 6:30.  Everyone, come

18  back at 6:30 to 7:00.  We will take at least an

19  hour.

20                    - - -

21           (Whereupon, a dinner break was

22  taken.)

23                    - - -

24           MR. DOOLEY:  All right.  Let's go back on

1  the record here.  So first off, my apologies to

2  everyone.  I'm sorry to make everyone wait four

3  hours, but we work out some complicated issue.

4              So let me start off by saying that the

5  debtor, in conjunction with the consultation

6  parties, approved by the independent manager, is

7  going to announce what we are determining to be

8  the highest and otherwise best offer -- or best

9  deals which we are going to accept in buying

10  bidders, winning bidders, and back-up bidders.

11              Before I do that, there is a couple of

12  things that I want to just quickly mention.  There

13  are three things that I want to just put.

14              First off, Restaurant Concepts, Sarah,

15  brought up a point earlier, probably four or five

16  hours ago now, that she thought it was incorrect

17  under the auction rules that I created at the

18  beginning that we talked about earlier to let two

19  bidders basically take pieces and come up with a

20  component.

21              We have talked to the consultation

22  parties, the debtors, et cetera.  Unfortunately,

23  disagreed.  And we are going to do that.

24              Relative to the issue of equity, which

1 folks of DC Burger have asked about in terms of
2 buying equity, we believe we are willing to do
3 that, but we want to separate that from the
4 auction.

5             Call me tomorrow.  We'll deal with it,
6 okay?  Relative to the issue that the folks at
7 General Management have, which is if there is
8 anything left, we might be interested in buying
9 it.  Same thing.  Call me tomorrow.  We will deal
10 with it.  We are interested.

11            You are going to find out we have, I
12 believe, six restaurants that are not part of the
13 relative bid packages.  And maybe there is a deal
14 that can be worked out that you can buy those
15 restaurants.  Maybe.  I don't know.

16            All right.  Does anyone have questions
17 on that before we move forward and declare the
18 winning bidders?

19            Let's see.  All right.  So we have got
20 somewhat of a complicated situation on the
21 non-Virginia.  First off, on the Virginia stores,
22 we determined DC Burger is, in fact, the winning
23 bidder.  The offer they made, which I believe was
24 22 million dollars.

1                    And again, on the equity side, we are

2   open to that notion.  Just call me tomorrow, and

3   we'll deal with it.  I think we can probably

4   figure that out.  But that's not part of what we

5   are doing here.

6                    Back-up bidder in that situation is

7   our stalking-horse, 13th Floor Capital.  And I'm

8   going to walk around.  When we get done here, I'll

9   walk around and ask everyone to confirm their bid

10  and ask everyone to confirm several things at the

11  end.

12                   Relative to the non-Virginia stores,

13  which is a hell of a lot more complicated.  That's

14  why we spent a long time with various bids here,

15  back at 4:00, 3:00, whatever time.

16                   We have a combination of three

17  different parties that are going to get

18  restaurants.  First off, the folks at Karali

19  group, their offer, which I believe to be -- I

20  recall to be 22 restaurants in

21  Cleveland/Youngstown, three restaurants in Dayton,

22  Ohio, and two restaurants in Pittsburgh.  A total

23  of 27 restaurants.  Their bid was seven point six

24  million dollars; is that correct?

1          MS. GIGLIO:  That's correct.

2          MR. DOOLEY:  That's correct, Cindi? Okay.

3   Thank you.  They will be the winning bidder for

4   that group of restaurants.

5          MR. DOOLEY:  -- burger King Corporation,

6   which bid three million -- is it 202, guys?  Help

7   me, Pat, someone?  $3,202,000, plus the waiver of

8   $450,000 in cures.  They would be the winning

9   bidder for one restaurant in Cleveland, five

10  restaurants in Dayton, Ohio, ten restaurants in

11  Illinois, and one restaurant in Pittsburgh.

12          Paul, could you confirm that's what

13  you guys bid?

14          MR. BATTISTA:  Give me a moment.

15          MR. DOOLEY:  Of course.

16          MR. BATTISTA:  That's right.

17          MR. DOOLEY:  Three point two zero, two

18  million dollars, plus 450 -- plus the 450 waiver

19  of cures, right?

20          MR. BATTISTA:  That's right.

21          MR. DOOLEY:  All right.  Finally we have

22  folks at Restaurant Concepts would be the winning

23  bidder for one restaurant in Pittsburgh.  And the

24  bid on that was $120,000.  Do you confirm that?

1          MS. SCHULTZ:  Confirmed.

2          MR. DOOLEY:  Sarah confirms that.  That

3   leaves six restaurants that are stranded -- by

4   stranded, orphan restaurants.  And I believe they

5   are -- let's see.  Three in Virginia.  Three in

6   Virginia, one in Pittsburgh, and that would leave

7   the last two in Cleveland, Cleveland/Youngstown,

8   okay.

9               All right.  All right.  So now, we are

10  going to confirm a couple of things.  The back-up

11  bidder on this is a bundle.  And I understand that

12  you may disagree with this, the folks at 13th

13  Floor Capital.  But the back-up bidder for us is

14  all the non-Virginia restaurants for 13th Floor

15  Capital.

16              There is a couple of things that we

17  are going to want people to confirm.  The first

18  thing we are going to want to confirm is --

19          MR. YOUNG:  Are you confirming that,

20  because you are eliminating the other combinations

21  as back-up bidders?

22          MR. DOOLEY:  That is correct.  Under the

23  concept of higher and best.

24          MR. YOUNG:  Are you also eliminating

1  Burger King's bid with a bid for all the

2  portfolios?

3          MR. DOOLEY:  All of the portfolios?

4          MR. YOUNG:  They bid for Cleveland,

5  Dayton, and Chicago individually.

6          MR. DOOLEY:  Right now your firm is the

7  back-up bidder for all -- that's what we decided

8  to do.  Again, I understand that you may disagree

9  with that, but that is the position that we are

10  taking right now.

11          MR. BATTISTA:  For the record, I think we

12  may disagree as well.  I think we do have a bid on

13  Illinois.

14          MR. DOOLEY:  Nevertheless, that's where we

15  are at.

16              Again, you are all free to disagree

17  with whatever the backup bidder is.  But that is

18  the position the debtor and the consultation

19  parties are taking.

20              We are going to ask everyone -- and

21  the "everyone" is all four of the winning bidders,

22  because there is four, right?  There is DC Burger,

23  there is Karali, there is Burger King, and then

24  there is Restaurant Concepts.

1            We are going ask them to confirm a

2  number of things, one that there is no collusion,

3  two, that they bid in good faith, three they are

4  not affiliated with the debtors.  So that's the

5  first thing we are going to do.

6            So again, three things.  One, there is

7  no collusion.  Two, your bid was done in good

8  faith.  And three, you have no affiliation with

9  the debtor and the owner.

10            So I'm going to ask each of the four

11  willing bidders as well as the backup bidders to

12  confirm that.  So DC Burger?

13            MR. NORTHERN:  Yes.

14            MR. DOOLEY:  Okay.  Karali, would you

15  confirm that?

16            MS. GIGLIO:  Confirm.

17            MR. DOOLEY:  Burger King, would you

18  confirm that?

19            MR. BATTISTA:  Confirm other than we are

20  the franchise owner.  That's our affiliation.

21            MR. DOOLEY:  I understand.  I realize you

22  have a relationship.  That's different.  And then

23  lastly, Restaurant Concepts, would you confirm

24  that?

1          MS. SCHULTZ:  Yes, we confirm that.

2          MR. DOOLEY:  And back-up bidder, would you

3    confirm, 13th Floor Capital?

4          MR. YOUNG:  Confirm.

5          MR. DOOLEY:  Okay.  Super.  Last thing I

6    want to confirm here is that we are -- we have

7    made a lot of changes to the Karali APA, as they

8    submitted it to us over the weekend.

9              One critical, critical thing from the

10   debtor's point of view, absolutely critical, is we

11   have assigned an APA by Friday at noon.  This

12   Friday at noon, which is what date, guys?

13             24th, okay.  If we do not have a

14   signed APA with Karali by Friday at noon, we are

15   going to pivot to the back-up bidder.  We need to

16   put this on a timeline.  We are not going to keep

17   this open.

18             So that's where we are at.  I think

19   that covers everything.  Does anyone have any

20   comments?  I realize -- again, I'm going to state

21   for the record, I believe 13th Floor Capital does

22   not believe that the back-up bidders are

23   non-Virginia.  I know that's your position; is

24   that correct?

1          MR. YOUNG:  I believe so.

2          MR. DOOLEY:  Okay.  Fair enough.  Does

3  anyone have any questions or comments?  Yes.

4          MS. GIGLIO:  I do.  Who has the pen on the

5  various agreements that are being determined?  And

6  if we are going to pivot to you guys, can you give

7  us a shout by tomorrow?

8          MR. DOOLEY:  I believe the debtor will

9  take the pen on that.

10         MS. GIGLIO:  Okay.  Well, we'll need time

11  to respond if we are committing to a Friday

12  deadline.  So I would commit that you need to get

13  it to us by tomorrow at noon as well.

14         MR. DOOLEY:  Ericka and the folks are

15  incredibly responsible.  That won't be a problem.

16         MS. JOHNSON:  I will get it to you

17  tomorrow as soon as I can.

18         MR. DOOLEY:  Get it to you as soon as we

19  can.  Anyone with anything else they want to --

20         MR. WARD:  Are you ending --

21         MR. DOOLEY:  Forgot one additional thing.

22  This has obviously been approved, not only by the

23  debtor, but by the independent manager, director

24  as well.

1           MR. WARD:  That wasn't the thing.

2           MR. DOOLEY:  What was the thing?

3           MR. WARD:  I think you want Burger King to

4     confirm --

5           MR. DOOLEY:  Oh, yes, yes, yes.  I'm

6     sorry.  Thank you, Matthew.  Burger King, I would

7     just like to confirm that the winning bidders are

8     acceptable Burger King and all the territories

9     described.  Is that --

10          MR. BATTISTA:  Other than 13th Floor

11    Capital, that is correct.

12          MR. DOOLEY:  All the winning bidders are

13    confirmed?.

14          MR. BATTISTA:  The winning bidders, yes.

15          MR. DOOLEY:  I didn't say the back-up

16    bidders.  I said the winning bidders.

17          MR. BATTISTA:  Winning bidders have been

18    confirmed.

19          MR. DOOLEY:  Thank you very much.  Does

20    anyone have anything else before we conclude the

21    auction?  Thank you for putting up with a very

22    long day.  I appreciate it.  The auction is now

23    concluded.  We are off the record, Amanda.  You

24    can go home.  Thank you.

1                          - - -

2                    (Whereupon, the auction concluded

3    at 9:22 p.m.)

4                          - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                    - - -

 2          C E R T I F I C A T I O N

 3                    - - -

 4          I, Amanda Brooks, a court reporter and

 5   commissioner of deeds, do hereby certify that the

 6   proceedings and evidence are contained fully and

 7   accurately in the stenographic notes taken by me

 8   on Tuesday, March 21st, 2023, and that the

 9   foregoing testimony was taken in shorthand by

10   myself and reduced to typing under my direction

11   and control and that this is a correct transcript

12   of the same.

13                     Amanda Brooks

14                     -------------

15                     AMANDA BROOKS

16                     Court Reporter

17                     Commissioner of Deeds

18

19

20          (The foregoing certification of this

21   transcript does not apply to any reproduction of

22   the same by any means, unless under the direct

23   control and/or supervision of the certifying

24   shorthand reporter.)
```

*Reliable Court Reporting*

## $

**$1,173,000** 15:10

**$1,207,000** 111:24

**$1,257,000** 111:15

**$1,314,000** 51:12 52:12

**$1,745,000** 59:2

**$100,000** 14:8 16:8 20:15 36:9 61:18 64:7 70:18,24 71:21 72:6 90:14 91:1,14,16,22 97:15 102:15,18 112:2 113:22 117:14, 20 118:8 120:7,17 124:21,24 126:4,7,11 127:8

**$103,000** 19:11,12

**$107,000** 93:10

**$108,000** 14:8

**$109,000** 15:11

**$11,000** 123:23

**$11,057,000** 118:23 121:15

**$120,000** 130:16,18,22,24 132:2 138:24

**$13,353,000** 133:6

**$130,000** 81:19 82:4 83:10

**$135,000** 92:23 93:4

**$150,000** 104:20,23 105:10

**$182,000** 120:2

**$183,000** 111:16,24

**$2,194,000** 119:13

**$2,295,000** 113:21 121:24

**$2,310,000** 121:16

**$200,000** 36:7 45:6

**$216,000** 14:5

**$217,000** 54:10

**$220,000** 53:16,18,19 58:13

**$223,000** 10:14,23

**$250,000** 46:19 48:6

**$29,000,000** 23:19

**$3,000** 54:12 58:14 93:22

**$3,202,000** 138:7

**$300,000** 36:8

**$4,288,000** 80:6 103:4 113:15

**$4,475,000** 119:20

**$4,914,000** 80:9

**$400,000** 124:4

**$450,000** 59:6 60:1,3 128:10 138:8

**$5,000** 93:1,12,18,23

**$5,000-and-hour** 94:22

**$5,466,000** 103:6

**$50,000** 20:22 95:19,20

**$500,000** 14:21 15:2,10 86:14 87:1

**$55,000** 103:10

**$551,000** 102:24 113:14

**$6,000** 113:22

**$61,000** 12:15,16 124:8

**$61,000,000** 12:13

**$620,000** 79:15

**$626,000** 80:5

**$7,054,000** 121:23

**$700,000** 52:18

**$780,000** 119:15,17

**$8,000** 83:11

**$8,746,000** 119:23

**$9,350,000** 113:1

**$9,490,000** 97:9,24 98:17

**$91,000** 12:10

## 0

**0** 108:10 121:3 122:12

**057** 119:6

## 1

**1,3,5,7** 128:24

**1,4,5,7** 128:24 129:1

**1,588,000** 113:19

**1.2** 67:24

**1.3** 44:13,23

**1.314** 17:1

**1.5** 14:19

**1.6** 46:10,14

**1.64** 50:24

**1.7** 24:15 51:2,3

**1.745** 16:24

**10** 14:12

**100** 36:12,15 94:6 103:12 106:15, 16,17

**100,000** 108:5

**103** 19:9

**107** 93:12

**108** 15:1

**10847** 111:14,21 114:21

**11** 119:6 125:21

**11058** 73:17

**11135** 73:17

**112** 46:5,12,13 50:23

**11505** 110:2

**11:15** 41:15

**11:25** 41:16

**12** 14:11 48:20 108:18

**12090** 125:15,17

**122** 82:13

**12701** 111:14,21 114:21

**12789** 53:20 56:9 75:18 77:5 123:14 129:6,7 130:21,24 132:2

**12:30** 22:1

**13** 23:20 24:10 67:1

**13-4** 50:19

**130** 93:4 94:2

**133** 103:9

**135** 94:2

**13th** 12:19 15:5 23:17 24:10 38:14,17 40:6 42:20 44:11,15 49:14 51:19 52:7,21 57:5 61:4 66:13 67:13,15 68:3 69:11 74:21

81:13,15 97:8,22 103:10 107:9,10 113:23 117:14 122:3,19 132:22 137:7 139:12,14 142:3,21

**140** 67:1

**1457** 131:24

**15** 133:5 134:9

**150** 103:13 105:23

**150,000** 106:19

**16** 68:21 69:1 74:14

**17** 67:2 116:1

**17007** 73:17

**183,000** 116:22

**185** 82:8

**187** 82:8

**19** 15:12

**194** 59:4

**195** 49:10

**1:10** 83:20

---

**2**

**2** 108:10

**2.1** 24:13 80:11 81:8 83:9

**20** 4:11 13:18 77:12 104:4

**200** 36:12,15

**202** 138:6

**2022** 87:9

**21** 14:12,18 15:12 70:3

**2135** 125:15,17

**2179** 110:1

**2188** 122:3

**22** 17:4 69:13 77:16 79:10,11,12 80:6,24 81:9 83:8 86:11 91:19,22 100:15,16,17 101:21 113:6 114:13 136:24 137:20

**220** 58:20

**228** 81:2

**23** 119:19

**23534** 43:20 45:19

---

**24** 77:15

**24th** 142:13

**250** 49:9

**257** 114:24 127:7

**25936** 110:2

**26** 47:11,12,14,15,17 48:4 76:5 77:13

**27** 47:19 100:23 101:19 106:13 107:18 109:24 110:6 111:3,8 114:12,22 115:17 119:2,5 127:16 131:19 137:23

**28** 16:15,23 47:7,8 77:12 132:23, 24 133:3

**284** 14:7

**288** 81:3,4

**295** 119:10,11 120:16

**2:15** 84:1,2

---

**3**

**3** 122:12

**30** 17:9 104:5 108:22 122:2

**300** 36:11,14

**30th** 87:9

**3298** 12:9

**336** 45:5

**34** 109:21 111:4 113:7 114:22 121:18,23 122:12,17

**35** 17:19 18:1

**350** 121:19 122:17 123:22

**353** 23:20

**357** 127:7

**363** 6:16

**37** 73:15 89:11 97:9,24 98:17 99:20

**3:00** 137:15

---

**4**

**40** 17:5 69:4 73:15 89:12 122:1

**400** 128:11

---

**41** 13:18

**4192** 53:20 75:18 93:8,9,13,20 111:13,19 114:18 123:14

**420** 131:18

**44** 79:8 119:21,22

**4435** 81:20

**450** 138:18

**457** 131:24

**4:00** 137:15

---

**5**

**5** 7:6 108:10 121:3 122:12

**5,000** 93:20

**5-25** 43:7,11,12 45:17

**5.2** 44:12,20

**50** 17:7 84:11 97:6,7,16 99:12,19 128:13

**5126** 125:15,17

**5204** 77:23 78:3

**5226** 111:14,21 114:20

**525** 45:3

**535** 43:23

**551** 103:3

**5535** 43:18,19 45:19 77:6,23 81:21,23 92:10,23 94:1 95:1 111:13,18 114:16 123:14

**5589** 100:22

**58** 48:20

---

**6**

**6** 108:16

**6.5** 16:22 44:10,16 45:23 47:6

**6051** 45:19

**6074** 100:19,22

**6252** 110:2

**626** 80:22 103:3 113:15

**636** 133:5

**6611** 77:7,23

---

**6623** 111:14,21 114:21

**6:30** 134:8,17,18

---

**7**

**7** 108:16 111:3

**7,054,000** 113:21

**7.6** 111:8

**700,000** 17:2

**7269** 110:2

**7322** 77:7,23

**745** 59:1 60:1

**750** 46:17 48:8

**7562** 111:14,21 114:21

**77** 23:17

**79** 70:2

**7923** 70:23 71:7

**7:00** 134:18

---

**8**

**8,000** 82:13

**80** 48:20

**8206** 100:19,22

**8240** 110:2

**8597** 12:11 48:2

**88** 132:19

---

**9**

**9** 108:10 122:12 132:24 133:3

**9.95** 108:12

**90** 13:6 97:15 132:19,23,24 133:3

**914** 81:5

**93** 121:3

**930** 43:16

**93504** 131:18

**95** 17:7 97:15

**9830** 43:17 45:19

**9926** 110:2

---

**A**

**A&g** 13:2

**ability** 85:19

**absolutely** 29:13,22 34:1,4,5 142:10

**accept** 98:7 107:2 135:9

**acceptable** 107:1

**accepted** 107:4,7

**accepting** 120:4

**accommodate** 21:19,23

**accomplished** 34:19

**accomplishes** 34:17

**account** 133:1

**Accretive** 111:9

**accrued** 6:5 8:19 23:9 54:7 113:11

**accumulative** 63:17

**acknowledge** 100:8

**acknowledges** 7:15

**acquire** 79:14 85:8,19,24 86:15

**acquired** 67:20

**action** 90:16

**actual** 14:23 24:15 31:24 116:16

**Adam** 38:16

**add** 8:14 100:18 103:5 108:5 110:16 114:9,23 118:15 119:3 123:1

**added** 8:16 46:19 63:12 75:4 113:18 116:22 122:13

**adding** 58:15 61:18 107:22 108:8 111:12 114:15 115:19,21 121:17

**addition** 77:21 125:6 126:10

**additional** 8:4 10:17 14:13 17:16 61:18 63:9 77:14,16 85:8,9,14,17 86:10 116:22,23 127:8 131:11

**address** 117:5

**adds** 8:11

**adjust** 28:23

**adjusted** 23:19 132:21

**adjustment** 15:3,20 35:16 70:4 132:24 133:2

**adjustments** 8:8,17 13:1 28:8

**admin** 37:16

**administrative** 64:23 105:10

**admit** 121:11

**advertising** 5:19 64:24 65:13

**advice** 80:17

**advise** 8:11 10:2 96:14 105:15

**advisement** 117:24 120:8

**advisor** 39:15,19

**affiliated** 141:4

**affiliates** 4:15

**affiliation** 22:14 141:8,20

**affirm** 110:19

**affirming** 115:20 116:14

**age** 19:7

**aggregate** 14:11 22:22 23:13

**aggress** 98:13

**agree** 11:8 13:9 44:8,13 45:1,8,9 65:5 72:4 79:16 87:2,3 90:11 101:13 104:16,17 105:5 110:11

**agreed** 13:17 91:21 110:4

**agreement** 28:22 36:11 55:22 63:12 64:10 77:9 78:11 95:24 106:24 108:15 110:5,9 126:6

**agreements** 35:16 37:8 63:8,15 64:12,16 65:6 125:4

**agrees** 16:4 79:3

**ahead** 77:1 128:13

**Akin** 30:10 38:21

**aligned** 126:8

**alike** 45:7

**allocated** 18:23

**allocating** 18:11

**allowed** 90:8

**alternate** 23:24 24:5,6

**alternative** 113:23

**alternatively** 13:10 16:19

**Amanda** 4:4 5:5 21:4 25:10 32:14 44:6 46:23 48:23 49:4 53:12 55:3 69:15 72:21 76:19 84:8 87:20 109:16 112:22 117:11 121:1

**amendment** 12:15,18 13:9

**America** 7:13 39:14 75:5 90:13, 17

**amount** 21:6 36:23 54:13 82:9 94:21

**amounts** 72:16

**and-a-half-million** 17:9

**Anderson** 4:6,19 5:4

**announce** 25:18,20,23 135:7

**announced** 85:2

**annual** 15:20

**AP** 88:14

**APA** 8:9,10 15:4 16:2,7 28:8 34:11 42:14 84:20,23 86:10,13 96:11 97:20 99:23 100:2 101:3, 10,12 105:8 110:8,12 126:8 142:7,11,14

**apologies** 4:7 135:1

**apologize** 72:14

**Apology** 34:7

**apparently** 4:9

**appears** 117:20

**apples** 93:3 102:20 103:22,23

**applied** 102:19

**applies** 16:1

**approach** 85:16

**approached** 13:5 92:1

**approval** 106:23 107:12

**approve** 96:17

**approved** 96:17 100:24 101:1 135:6

**approving** 108:14

**approximate** 90:14

**arbitrarily** 16:19 52:17

**area** 11:17 18:9 23:10 55:18 121:18

**argument** 48:7

**arguments** 12:1

**ascribe** 19:8

**ascribes** 19:6

**ascribing** 16:7

**asset** 20:11

**assets** 7:10,17,19 17:17 85:8,9 89:7,14 90:14 94:9 96:16

**assigned** 142:11

**assume** 28:21,22 29:5 34:20,23 36:11,13 42:17,18 48:8 76:4,10 87:3 95:18 96:12,13 124:22,24 125:3

**assumed** 14:20,22 28:9

**assumes** 42:13

**assuming** 11:15 45:4 92:8 98:11 99:22 101:15 126:9,10,12

**assumption** 36:21 63:11 88:2 96:9,10 125:20

**assumptions** 95:17

**at-minimum** 61:15

**attached** 18:2 19:1 55:21

**attachment** 18:3

**attorneys** 31:17

**attractive** 86:21

**auction** 4:14 5:10,13 6:16,23 7:8 8:2 9:24 16:10,11 19:13,15 20:1 22:3,17 27:23 29:1,4 30:15,23 31:24 33:1,8 40:7 71:21,23 72:6, 7,13 77:22 80:15 84:14 85:1,4,18 91:10 95:14,19 96:11,16,22 97:1 100:6 102:14 105:17 109:1 119:10 132:18 135:17 136:4

**auctioned** 7:17

**awarded** 28:15

**aware** 7:4 11:3

---

**B**

---

**back** 4:10 26:22 27:7 30:8,19 31:18,22 33:20 41:22 44:6 47:4,5 49:4,14 51:1,18 53:12,14 54:3 55:8 57:5 58:7 59:14 61:23 67:10, 11 69:21 71:12 72:12 73:2,19,20 74:1 76:8,24 79:1 80:17 82:15 83:22,24 84:8 87:20 90:3 91:12, 19 93:5 94:16,24 95:3,9 96:18 102:10 104:14 106:7 109:15,16 112:8,9,21 116:11 117:10 120:12, 24 121:7,13 128:4 130:10,23 131:2 132:14 134:18,24 137:15

**back-up** 19:18,22 22:11 25:23 26:21 45:15,16,20 50:18 51:5 52:13 61:15 63:22 68:24 69:7 70:1 74:17,20 85:2 132:15 135:10 137:6 139:10,13,21 140:7 142:2, 15,22

**backup** 140:17 141:11

**balance** 115:22

**Bank** 7:13 39:14 75:5 90:13,17

**banker** 5:1

**bankruptcy** 4:16 5:21,24 6:1 17:21 19:16 23:4

**based** 16:17,20,24 17:3 18:23 19:6,7 23:22 27:8 52:18 95:1 131:7

**basically** 5:17 10:11 12:6,19 13:13 14:3 16:4 17:24 19:23 22:22 35:15 60:7 63:19 97:13 132:6 135:19

**basis** 5:16 6:6 10:23 60:12 117:21 118:15,17

**Battista** 26:14,15,22 27:6,11 31:20,21 37:6,13,19 39:8 41:2,7, 12 46:2,4,8,12,14,22 47:19,23 48:2,4,13 49:16 50:22 51:3,13 54:22 58:6 59:11,16,23 60:5 62:14 64:2,5 65:5,9 66:11 68:14 72:14,20 73:7 74:12 79:10 80:20, 24 81:4,7 82:19 83:5,13 91:17 92:5,6,15 93:20 94:1,24 95:6,9 99:7 110:16,24 111:5,12,18 112:5,10,14 114:11,18 115:7,11 116:2,18 117:2 126:19,23 127:4, 11,13,17 128:21 129:2,10 131:7 133:17 138:14,16,20 140:11 141:19

**Bear** 76:14

**beat** 80:18

**begin** 62:19

**beginning** 49:14 51:18 80:14
119:9 135:18

**behalf** 30:11 38:22 39:6,8,13
59:23

**Ben** 39:21

**beneficial** 64:14,17 87:13

**Bernstein** 38:17

**bid** 7:8 8:7,13 9:1 10:21 12:18,20
14:14,19 15:5,12,22 16:16 17:5,9,
10 19:11,21 20:4,7,9,10,13,14,21
21:2,6,12 23:16,23 24:1,6 26:20
28:10 29:17,21 30:20 31:2,5
32:19,21,22,23,24 33:5,8,11,17,
21,23 34:3 35:17,18 36:8,17,18,
20 37:14 42:21,22 43:7 44:10,15
45:2,10,11,14,15,16,20,22 46:16,
20 47:6 48:19 49:8,15,24 50:8,11,
19,20 51:11,16,19,23 52:17,22
53:2 54:15,18,21,24 55:19 56:4,8,
16,18,19,20,21,22 57:6,8,14,24
58:12,22 59:1,6,9,24 60:8,10,11,
15 61:14,17 62:18 63:19 64:5,6,7
65:14,19,24 66:4,5,8 67:1,16
68:4,7,21 69:6,7,12,22,24 70:1,2,
3 71:1,19 72:15,17 73:15,17
74:16,17 75:2,13,14,24 77:2 78:5,
15 79:6,19 80:3,11,13 81:8,12
82:24 83:9 85:2 86:11 89:8,11
90:7 91:4,6,13,19,23 92:2,10,13,
16,22 93:4,11,13,14,17,19,21
94:18,19 95:1,6,19 96:6 97:8,14
98:3,16,21,24 99:3,6,10,13 100:9,
11,12 101:11 103:8,10,12,13,17,
20,21 104:19,23 106:9,14,16,21,
22 107:1,2,4,8,10,11,19 108:2,3,
4,7,11 109:21 110:3,7,18,19,20
111:6,10,14,23 112:2 113:1,4,18,
23 114:6,8,12,15,16,20,23 115:2,
4,5,8,11,14,20,23,24 116:12
117:13,19,21,23 118:4,8,17,18,
20,22 119:1,2,5 120:15 121:16,
17,23 122:12,17,20 123:1,22,24
124:2,3,4,13,19 125:23 126:1,4,
24 127:5,17 128:7,11,22 129:4,5,
6,9,16,17,18 130:13,15,16,24
131:7,11,15,21,23 132:1,7 133:4,
5,8,10,14 134:5 136:13 137:9,23
138:6,13,24 140:1,4,12 141:3,7

**bidder** 9:9 15:21 19:17,18,21,22
20:5 21:5,18 22:7,11 24:5 25:14,
20,23,24 26:2,10,21 27:2 28:11
31:9 33:5,15 35:12,14 39:24 40:4
42:8 43:1 50:14,15,18 51:5,10
52:12,13,16 58:11 61:15 63:22
68:2 70:9 74:19,20 83:6 85:2
92:7,9,18,20 96:18 101:6 132:15
136:23 137:6 138:3,9,23 139:11,
13 140:7,17 142:2,15

**bidders** 7:3,4,14 9:1,2 11:2 15:15
19:17,19 20:3 21:10 22:7,8,11
23:24 24:6 25:7 27:13 30:18 31:2
40:1 131:10 132:14,15 135:10,19
136:18 139:21 140:21 141:11
142:22

**bidding** 9:6 15:6 21:5,7 25:18
26:9 35:12 45:14 56:11 57:11
58:10 62:1 73:20 94:2 99:11
107:18 122:10 126:14 127:3
130:15 131:12

**bids** 7:9,21 10:12 16:17 23:14,15,
22 24:12 27:9 28:14 29:12 33:12,
16 37:18 42:7 53:15 62:22 67:14
83:14 91:6 111:8 112:2 119:22
120:5 121:14 130:17 131:17
132:11 137:14

**Big** 42:1

**binding** 16:10

**bit** 15:16 17:24 44:21 48:6 76:12
83:17 85:5 97:15 110:15

**BK** 44:18

**bless** 11:17

**Blue** 19:7

**Bond** 5:2 34:9

**Book** 19:7

**bottom** 13:16

**bought** 6:5

**bound** 19:20,23 33:11,20

**break** 10:18 21:16,18,20 22:7
31:23 41:13,18,24 42:1 47:1
59:20 60:6,17 67:6,9 70:12,14
72:21,23 83:19 84:4 85:17 89:24
92:1 103:2 105:24 106:4 108:19,
21 109:4,10 117:7 129:23 130:7
134:6,21

**breaks** 21:15

**bring** 46:16

**bringing** 33:19

**brings** 58:17

**broke** 115:5

**broken** 14:6

**brought** 38:7 135:15

**bucket** 25:20

**buckets** 25:19

**build** 101:15

**bulk** 7:20

**bulks** 7:20

**bundle** 139:11

**burger** 5:18,20 7:13,14,15 8:18
23:4,24 24:13 26:15 32:6 35:13,
15,18 36:9,10,21 37:8,17 38:19
39:9,10 40:14 41:2 43:1 44:18
45:4,6 46:4,21 47:18 49:7 50:16,
17 51:7,11,22 52:4,11 54:9,20
55:13 57:21 58:15,23 59:3,8,23
60:8 61:6,11 62:9,12,14 63:2,16
64:11,16,23 65:12,19 66:14 67:16
68:1,12 70:24 71:4,13 72:15 73:6,
15 74:10,20 81:16 82:14,18,21
83:4 84:14 85:19 90:7,8 92:1,3,6
93:1 94:19 95:23 98:21 99:5
101:8 105:4 106:20,21,23 107:12
108:4,7,14 110:10,17 114:4 115:1
116:11 117:18 118:18,20 119:2,8,
11,12,14,16 122:13 125:4 126:12,
17 128:20 129:19 131:5,22
133:10,16 136:1,22 138:5 140:1,
22,23 141:12,17

**business** 32:12 63:1 90:4

**businesses** 90:24

**buy** 18:14 29:7 80:21 102:16
136:14

**buyer** 16:3 19:4 88:10

**buyers** 8:9

**buying** 36:6 81:1 90:21 91:1,3
92:19 135:9 136:2,8

**buys** 16:3 18:9

---

**C**

**calculate** 45:3 46:18 54:9 78:18
80:4 81:5,11 101:19 111:16
113:10,18

calculated 15:10 54:10 79:13

calculating 48:18

calculation 14:15 112:4

call 5:10 9:12 11:7,8 79:9 136:5,9 137:2

called 13:2 17:18 19:2 80:5,9

calling 6:16 7:7 9:11 22:24

calls 21:22

capacities 63:13

Capex 110:4

capital 4:23 5:1 12:19 15:5 23:17 38:15 44:11 74:21 97:9,22 113:23 117:14 137:7 139:13,15 142:3,21

card 32:13

care 21:11 105:20

Carolina 9:21,22,23 17:4,6 20:17,18 32:8

Carpenter 11:8 13:4 38:10

carry 76:11

carved 89:15

case 4:16 35:14 101:18

cash 8:7 12:10,12 15:24 46:12 50:22 79:19 86:15 87:1 88:1,3,24

category 52:15

causes-of-action 16:3 71:17 91:2,8

causes-of-auction 90:10

caveat 65:11

caveats 88:4

cents 64:18

CEO 13:3 38:11

certainty 101:14

certify 48:5

cetera 13:15 18:17 135:22

Chairperson 39:20

chances 94:19

change 24:2 28:10 29:6,8 42:17 59:5,9 74:22 78:10,14 79:15 80:5,9 82:24 98:6 122:1

changed 91:11,20

changing 37:2

chapter 71:16 72:4 90:10,16 91:7

Chapter-11 37:9

charges 37:8

chart 13:13

charts 18:2 32:7

chat 31:9

check 56:10

Chicago 140:5

chief 4:19

choice 30:19

choose 20:4 33:6 36:12

Chris 39:21

Cindi 25:8 32:14,16 33:4 35:1 39:5 40:22 50:1 51:15 52:5 54:23 55:9 56:7 58:7 60:9 65:19 68:15, 19 73:8 74:13 77:10 99:8 104:6 106:7 109:17 112:22 115:6 121:20 129:12 133:18 134:3 138:2

circles 52:21

claims 16:5

clarification 32:20 35:9 47:6 48:1 65:21 66:8

clarify 35:2 50:19 55:10 73:14 88:9 89:7 112:22 114:8 120:14 127:14

clarifying 56:6

clarity 32:2 73:10 109:17

clean-up 95:13 96:24

cleaned 104:3

clear 31:1 71:2 77:10 80:19 83:15 88:15 99:11 107:17 125:8 129:3 132:4

Cleveland 9:14 10:24 14:6 16:14,15,22 42:4,13,19 43:6 44:11,15 50:16 75:2 78:16 79:9, 12 83:12 92:7,11,12 93:17 94:2 100:12,13,14,17 101:22 103:4 107:20 113:6 114:18 129:10 138:9 139:7 140:4

Cleveland/pittsburgh 56:23

Cleveland/youngstown 13:15, 19 20:16 24:18,21 26:19,20,23 27:8 44:19 46:5 47:8 49:11 56:12 75:17 76:3,5 77:4,19 82:1 83:8,14 95:1,7 97:4 98:18 111:19 113:16 114:14 119:18 137:21 139:7

Cleveland/youngstown's 80:7

client 32:18 55:13

close 18:21 19:22 21:9,24 32:24 62:2 108:16 131:12

closed 15:4 19:23 112:9 124:17

closes 19:21

closing 23:8 105:7

coexist 103:23

colleague 5:3

collusion 22:12,13 31:13 62:3 141:2,7

collusive 31:15

colored-coded 32:7

column 14:3 18:6 122:6

combination 57:12 75:2,13 117:15,19,23 119:22 120:5 137:16

combinations 104:21 139:20

combine 31:2 46:17 56:16 103:20 112:1

combined 31:6 56:24 88:6 118:8 127:5,17 128:22

comments 90:9 142:20

committed 13:10

committee 7:13 27:19,21,23 39:18,20,21 72:10 75:8 86:23 90:6

communicate 8:5

communicated 122:1

companies 85:23

company 18:20 26:16 39:9,10 41:3 44:18 46:4 47:18 49:8 50:17 51:11 58:23 59:3,8,24 68:13 92:6

Company's 119:2

compare 103:7

IN RE: TOMS KING (OHIO) LLC Debtor

**compete** 125:22

**complementary** 114:5,12
115:2,13 122:14 123:1 124:10
125:24 126:23 130:16

**completed** 85:1

**complexity** 122:8

**complicated** 7:19 17:15 24:19
31:19 48:7,11 68:19 121:12 135:3
136:20 137:13

**complication** 25:3

**compliment** 84:12

**component** 135:20

**components** 48:14 82:10

**concept** 43:5 106:13 139:23

**concepts** 38:23 39:1,4 40:21
49:18 53:14,15 54:5 55:11 58:12
61:7 66:17 68:6 70:10 71:3 74:3
92:14,16 93:8 94:4,17 98:24
129:4 130:11 132:1 135:14
138:22 140:24 141:23

**Concepts'** 92:22 93:19

**concerned** 20:6

**concessions** 13:18 14:2

**conclude** 132:5

**concluded** 25:22 117:12

**conclusion** 22:3

**condition** 105:8

**conditionality** 101:9 110:9,12

**conditions** 85:11

**confer** 34:8 61:11

**confirm** 88:21 90:17 97:21
102:23 104:15 131:14 137:9,10
138:12,24 139:10,17,18 141:1,12,
15,16,18,19,23 142:1,3,4,6

**confirmations** 22:9

**confirmed** 90:12 139:1

**confirming** 111:6 139:19

**confirms** 139:2

**conforming** 78:13

**confused** 19:14 90:24 107:16
121:5 131:9

**confuses** 17:14

**confusing** 17:11 121:11

**conjunction** 110:18 135:5

**connection** 127:5 128:22

**consent** 96:7

**consideration** 132:23

**considered** 9:15,16,17,19 63:22

**consist** 5:17

**consists** 7:12

**consortium** 131:20

**constitute** 7:9

**construct** 131:3

**constructed** 29:16

**consult** 22:6 26:1 60:18 61:20
67:9 80:16 120:11 124:15

**Consultants** 30:12

**consultation** 7:11,12,16 8:1
21:17 22:5 34:8 60:19 67:9 74:23
84:18 90:12,20 91:21 118:6 120:8
132:12 134:11 135:5,21 140:18

**consultations** 80:17

**consulted** 27:22 72:10

**consulting** 94:22 134:11

**contact** 96:19

**contemplated** 60:16 91:7

**contends** 11:23

**contested** 105:12

**context** 118:3

**contingent** 96:6 107:2,5,6,8,11

**continue** 84:1

**contract** 28:9 36:14

**contracts** 124:22

**convenience** 10:6,13

**conversation** 62:1 65:2

**conversations** 107:15,16
108:18

**convey** 88:7

**copies** 4:8,10 5:9

**copy** 22:21

**Corp** 73:4

**Corporate** 39:3

**Corporation** 52:11 63:16 64:11
138:5

**correct** 27:10 34:4,5 35:5 37:1
45:14,21 48:3 51:12,13 52:13
55:15,16 56:5 57:24 65:8 81:10
84:13 85:21 86:14 97:3 101:20,24
102:2 106:22 113:1,24 116:18,19
120:16 121:19 127:18 128:12
131:19 137:24 138:1,2 139:22
142:24

**correction** 49:5

**correctly** 90:17

**cost** 34:16 36:8 97:17

**costs** 5:14,15,17 15:24 16:20
23:19 24:22 29:11,12,20 32:8
34:11,12 35:3,19 36:4,7 37:17
44:11,18 45:4 54:9 60:2,3 61:16
62:22 63:5 64:7,8,20,23 65:7,13
67:21 82:13,15 83:11 95:21
97:10,12 99:19,20 104:2

**counsel** 4:21 27:18 30:4 38:17,
18 39:17 61:20 90:6 134:15

**counted** 29:20

**couple** 10:2 17:16 22:9 25:9,12
39:24 44:22 59:11,16 84:15 85:16
88:3 119:20 133:7 135:11 139:10,
16

**court** 5:6 7:12 9:4 21:1,3 25:11
29:18

**covenant** 90:15 91:8

**cover** 36:3

**covered** 115:20 126:5

**covering** 104:1

**covers** 142:19

**create** 80:11 86:17 103:22

**created** 121:24 135:17

**creates** 31:16 44:22 80:8 96:20
97:12 113:21 119:21

**credit** 62:22

**creditor's** 39:17

**creditors'** 27:19

**critical** 142:9,10

**Crow** 38:24

**crunching** 106:10

**curables** 111:16 112:1

**cure** 5:14,15,17 16:20 23:19 24:22 29:11,19 32:7 34:10,12,15 35:3,19 36:3,7,8 44:11,17 45:3 46:9,15 48:9 52:18 60:2,3 61:16 62:22 63:5 64:7,8,19,20 65:7 67:21 72:16 79:13 80:21 81:2 82:9 83:11 95:21 97:10,12,16 99:19,20

**cured** 15:24 54:8 82:13

**cures** 8:18,19,23 22:22,23,24 23:1,2,4 24:3 31:18 34:24 37:10 45:4,6 46:21 49:7 50:24 58:15 59:4 80:4,8 92:24 93:1,11 101:14 102:24 113:11,20 116:23 119:7, 10,13,23 121:22 125:7 126:5,6 133:4 138:8,19

**currency** 35:3

**current** 6:5 11:12 123:21 124:2,3 126:8 131:24

**cut** 96:19

---

                    **D**

**Dan** 4:5,18 35:10 37:24 110:16 112:1,7 127:4 128:21

**data** 8:4 10:15

**date** 111:23 142:12

**David** 4:24 39:18

**day** 21:16,21 37:24 41:6 57:3,12 98:20

**days** 96:11

**Dayton** 9:16 13:19 17:1 18:15,16 20:8,9,21 24:24 33:17,18 51:6,9, 10,11,20,23 52:11 97:4 98:19 100:18 101:22 102:24 103:3 107:20 111:20,22 113:5,14 114:13,19 119:7,8,10 137:21 138:10 140:5

**DC** 23:24 32:5 38:19 40:14 51:22 57:21 61:6 66:14 67:15,16 68:1 70:24 71:4,13 72:15 73:15 74:20

81:16 82:21 85:19 90:7,8 98:21 133:9 136:1,22 140:22 141:12

**deal** 19:24 24:16 93:2 136:5,9,13 137:3

**dealing** 105:7

**deals** 96:19,20 135:9

**Deborde** 39:13 75:7 90:18 93:2

**debtor** 4:15 7:6,10 13:1,3 16:7,20 17:19 19:5 20:6 22:15 34:11,22 35:19 36:3,4,13,24 37:3 52:17 71:14 72:5 85:10,12 86:22 94:21 99:24 135:5 140:18 141:9

**debtor's** 4:21 7:17 22:4,15 29:19 87:21 124:16 142:10

**debtors** 12:14,17 77:22 101:13 135:22 141:4

**December** 87:9

**decide** 20:8 22:5 33:17 60:19 104:8 120:12 132:13

**decided** 24:21 52:17 84:24 140:7

**deciding** 22:6

**declare** 22:16 26:2 117:22 136:17

**declared** 19:17

**decline** 71:16

**decouple** 10:10

**deduct** 76:1,16 80:4

**deductions** 33:21

**deem** 98:8

**defer** 5:21

**deferred** 23:5

**define** 11:17

**delay** 34:7 84:9 117:11

**delays** 74:7

**delete** 15:19 16:6,8 42:17

**deleted** 8:14,15

**delinquency** 54:8

**delinquent** 5:18,22 87:10

**dependant** 132:10

**depending** 14:12 23:12 124:14

**derogatory** 127:12

**describe** 6:12 97:23

**describes** 72:5

**describing** 80:3

**destroyed** 11:6

**detail** 5:13 24:21,22,23 32:12

**determine** 7:8

**determined** 12:4 136:22

**determining** 135:7

**detracts** 8:12

**Dickinson** 34:9

**difference** 21:10 44:9 103:12

**differential** 24:8

**differently** 107:13

**difficult** 4:9 10:10

**digest** 73:18

**dinner** 22:2 134:8,17,21

**direction** 125:20

**director** 38:6

**disagree** 104:6 128:3 139:12 140:8,12,16

**disagreed** 135:23

**Disclosed** 88:18

**discrepancies** 79:22

**discuss** 65:3 101:7 114:7 118:5 120:8

**discussed** 33:22 85:18

**discussion** 44:3 49:2 53:10 54:1 55:6 60:18 61:12 62:5,13 69:19 73:22 76:22 78:23 84:19,23,24 85:3 86:21 87:18 94:14 102:8 104:12 109:13 112:19 120:22

**discussions** 84:18

**dispute** 11:22 37:16

**disqualifying** 57:17 60:21

**District** 4:16

**DKC** 93:11

**document** 5:11 6:17 13:8 22:19 88:7

**documenting** 13:12

**documents** 5:8 6:7,12 97:11

**dollar** 67:24 81:8 91:22 115:14
125:22 127:15

**dollar-for-dollar** 29:20

**dollars** 8:13 14:19 19:9 24:15
44:10,12,13,16,22,23 45:7 46:10
47:7 51:2 64:18 67:19 70:4 78:5,
7,8,15 79:7 80:11 81:6 83:7 86:7
87:6 88:3,24 97:13 101:12,18
118:18,19,22 124:20 136:24
137:24 138:18

**Dooley** 4:4,6,18 25:10,15,21
26:6,10,13,21,24 27:10,14 28:1,
12,17,24 29:6,13,22 30:1,14,16
31:4,12 32:4,9,11,14 33:4,14
34:1,4,17 35:7,10,22 36:2,20
37:1,5,11,22 38:9,13,20 39:22
40:9,12,15,18,22 41:1,5,9,14,21
42:24 43:4,9,12,16,18,21,24 44:6
45:2,11,16,22 46:3,6,11,13,18
47:4,12,16,21,24 48:3,5,15,20
49:4,13,17,20,22 50:1,4,7,10,13
51:1,4,14,18,22 52:1,3,7,10,24
53:2,6,12,17,19,21 54:3,12,17,20,
23 55:2,8,17,23 56:3,6,13,17,22
57:2,5,10,16,21,23 58:2,5,7,11,21
59:13,18 60:3,6,11,14,21 61:3,6,
9,20,23 62:8,12,16 64:22 65:3,11,
18,22 66:2,5,7,13,17,20,22,24
68:10,15,19 69:1,4,6,10,15,21
70:3,8,12 71:2,7,10,12,20 72:5,
12,18,21 73:2,6,8,12 74:1,5,10,
13,16 75:8,11,19,22 76:4,13,15,
17,24 77:10,18,24 78:2,4,8,10,14
79:1,6,12,21 80:2,23 81:3,10,15,
20,22,24 82:3,5,8,12,18,20,24
83:3,6,16 84:7 85:24 86:12,18
87:8,14,20 88:18,23 89:5,11,18,
21 90:3,19 91:20 92:11,14 93:15,
24 94:3,11,16 95:5,8,11,20,23
96:5,14 98:2,7,11,13,16,23 99:2,
5,8,14,16,18,22 100:14,16,20
101:17,21 102:1,4,10 103:24
104:14,17,19 105:14,17,19 106:1,
7,17,19,21 107:1,6,14,21 108:1,7,
11,17,20,24 109:3,9,15,20,23
110:14,22 111:2,11,17 112:3,6,
13,15,21 113:4,10 114:2,17
115:1,10,24 116:4 117:1,3,10
118:12,14 120:18,24 121:7,10,22
122:22,24 123:4,6,12,15,19,24
124:5,9,11,24 125:3,8,12,16,18,
24 126:4,12,16,21 127:1,9,12,19,
23 128:6,11,14,19 129:1,7,12,16,
20 130:1,4,10,18,20,22,24 131:4,
9,16,22 133:13,16,18,20,23
134:1,3,5,24 138:2,5,15,17,21
139:2,22 140:3,6,14 141:14,17,21
142:2,5

**Dourney** 38:5

**drill** 21:8 29:15

**drive** 31:3

**driven** 24:1

**due** 87:4,6,8

**duper** 51:14

**Dupont** 4:8

---

**E**

**e-mail** 25:1 30:24

**earlier** 22:23 44:17 72:19 102:13
135:15,18

**earning** 94:22

**EBITDA** 10:13,16,22

**effect** 16:10

**effectively** 15:4

**efficiently** 109:1

**effort** 63:4

**elect6** 95:18

**election** 96:12

**Elgin** 18:13

**eliminated** 67:23

**eliminating** 8:23 37:2 139:20,24

**Emmett** 28:4 39:11 45:24 49:20
50:10 54:17 58:3 61:9,24 66:20
68:10 74:8 99:2 124:12 128:14
131:4 133:23

**Emporia** 10:4,12

**encourage** 31:13

**end** 6:9,21 8:2 26:3,23 28:18
29:3,7 42:9,10 103:8 104:22
115:15 137:11

**endeavor** 109:7

**ended** 27:8

**engage** 22:12

**engaged** 13:1

**enter** 62:24 89:1

**entering** 63:7 64:11

**enters** 9:7

**entertain** 124:16

**entire** 111:23

**entities** 86:1 87:23

**entity** 86:17 87:2

**enumerated** 55:21

**environment** 11:13

**EPA** 34:22

**equipment** 17:19,22,24 18:1,4,7,
8,10,11,15,16 55:21,23 56:1
89:17,19

**equity** 85:20 86:1,15 87:2,23
135:24 136:2 137:1

**ERC** 88:13

**Ericka** 5:2 34:9

**error** 122:7

**essentially** 36:13 65:18

**establish** 7:7

**estate** 6:3 8:11,24 10:9 13:2
31:16 44:23 48:18 51:2 54:13
58:14 59:7 61:19 64:8,10 65:24
66:3 67:4 71:14 78:20 96:20
97:18 103:9 105:11 116:12,17,20
121:16,24 123:23 124:3,7

**estimate** 23:6 50:24

**estimated** 14:4,15

**evaluate** 23:21

**evaluation** 36:16

**eventually** 19:17

**everyone's** 47:24 58:24

**exact** 37:6

**exceed** 112:2

**exception** 35:11

**excess** 98:5,10

**excessive** 83:11

**exchange** 29:11

**exclude** 28:20 70:19,24 115:18

**excluded** 45:17 77:21 81:18 89:9 92:10,13 103:18 126:1

**excluding** 47:19,20 77:4,6,11, 20,23 81:1 82:14 83:10

**exclusion** 28:7

**excuse** 35:9 67:2 133:18

**executed** 12:15,18

**existing** 63:11

**exists** 63:10

**expect** 17:12

**expenses** 37:9 58:16

**explain** 17:12 68:4 84:16 92:4

**explained** 122:5

**exposed** 88:12,13

**exposes** 88:10

**extent** 33:10 96:16

**external** 64:9

**extra** 33:24 63:13

**extract** 14:1

**eyes** 89:2

---

**F**

**fact** 29:2 74:21 103:24 114:2 117:13 136:22

**fair** 32:4 51:4 65:16 69:10,23 70:8 72:12 95:11 118:14 126:16

**fairly** 84:22

**faith** 141:3,8

**Fans** 19:2

**fashion** 123:2

**fault** 134:17

**favor** 88:23

**favorable** 8:10

**federal** 87:5

**fees** 5:18 94:22,23

**Feld** 30:11 38:22

**felt** 64:13,15

**figure** 37:13 107:23 125:9 137:4

**final** 27:4 28:7 96:12,17 132:17

**Finally** 119:18 138:21

**Finance** 39:3

**financial** 39:14,19

**find** 96:5 122:16 125:11 136:11

**fine** 56:19 79:23

**Finizio** 27:17,18 39:16 57:8 71:24 72:9,10 75:10 90:5 91:5 107:10 129:8,11

**fire** 11:3,7 12:9 47:13,20 77:13

**firm** 13:2 21:5 140:6

**five-minute** 106:12

**fixed-purchase** 29:4

**Flemming** 39:7

**flexibility** 101:16

**floor** 12:19 23:17 24:10 38:14,17 40:6 42:20 44:15 49:14 51:19 52:7,22 57:6 61:4 66:13 67:13,15 68:3 69:11 74:21 81:13,15 97:8, 22 103:10 107:9,10 113:23 117:14 122:3,19 132:22 137:7 139:13,14 142:3,21

**flow** 12:10,12

**focused** 111:9 114:11 115:15

**folks** 136:1,6 137:18 138:22 139:12

**food** 83:20

**forget** 117:4

**forgetting** 81:6

**form** 91:12 127:3

**format** 20:2 22:22

**forward** 23:7 33:21 91:24 136:17

**franchise** 28:22 35:15 36:9,10, 22 63:7,11,15 64:10,16 65:6 95:24 100:24 106:24 108:15 110:5,9 125:4 126:6 141:20

**franchisee** 63:1 101:1

**Franco** 27:16

**Frank** 39:13

**frankly** 85:11 105:20

**free** 25:16 127:2 140:16

**free-for-all** 40:5

**Friday** 142:11,12,14

**friend** 93:2

**front** 62:6 65:4

**full** 21:13

**function** 14:20

**furnishings** 55:18

**future** 23:6

---

**G**

**gave** 113:13 115:6,8 116:21

**general** 25:15 27:2 28:4 39:11 68:11 73:4 82:16 99:2 128:15 136:7

**gentleman** 129:15

**geographic** 9:13 11:17 18:24 19:5 23:10 129:9

**geography** 23:12

**Gianfranco** 27:17 39:16 72:9 90:5

**Giglio** 25:8,12,17 26:3,8,12 32:16 33:13,19 34:2,6 35:1,6 39:5 40:23 49:12 50:3 51:17 52:6 55:1 56:8, 15,20,24 57:4,14,19 58:9,20 60:10,12,20 61:1 65:21,23 66:3,6, 10,23 68:17,21 69:3,5,9 70:21 73:9 74:14 75:16,23 76:7,14,16 77:2,16,20 78:3,7,9,12 79:5,11, 17,23 90:23 99:9,15,17,21 100:1, 15,17,22 101:20,24 102:3 103:15 104:16,18 105:2,16,18,24 106:9, 18,20,22 107:4,7,18,22 108:2,10, 13,19,23 109:2,7,19,21,24 113:3, 9 114:1 121:21 129:14,18 131:14, 20 133:19 134:4 138:1 141:16

**give** 6:8 15:16 25:1 27:3,12 28:12 29:23 30:2 32:6,11,12 42:1 43:24 44:14 46:22 47:23 48:22 53:13,21 59:16 65:6 73:18 87:14 96:15 103:2,14 107:24 108:13 109:4,5 112:3 116:4 117:3 125:12 138:14

**giving** 32:3 68:23

**God** 11:17

**good** 4:5 45:22 60:20 61:1 89:5 141:3,7

**grand** 100:23

**grant** 31:10

**granting** 106:23

**great** 32:7 47:16 60:20,24 61:1 66:10 96:20

**greater** 14:24 15:1

**greatest** 14:7

**gross** 46:20 50:20 92:23 93:10 102:23 118:15,17

**grossly** 84:10

**ground** 7:7

**group** 18:12,15 21:13 22:21 24:4, 6 25:9 28:5 32:22 39:6,12 42:9 49:10 50:15,17 51:16 54:23 56:7 58:8 60:9,17 61:11 62:6 63:1 83:7 84:12,19 92:8,18,21 97:14 99:24 131:11,13,18 132:17 137:19 138:4

**Group's** 84:20

**grouping** 10:4 11:1 13:14 15:14, 19 16:2 17:17 19:4,5,12 20:11 21:13 26:7 30:13,16,21 33:7 42:12 60:16 67:6 79:9 80:13 89:13 118:4,5 126:21

**groupings** 9:11,13,14 18:10 20:15,16 25:19 32:19 42:5,6

**groups** 104:20

**guess** 51:7 75:11 87:21 90:23 92:7 96:14

**Gump** 30:10 38:21

**guys** 40:7,15 41:21 50:7 51:15 70:8 74:2 75:21 84:7 85:21 100:20 102:10 107:14 108:17 109:15 113:24 117:11 124:13,14 125:9 128:15 131:5 138:6,13 142:12

**H**

**half** 21:14 46:20 87:10 88:2,24 93:11

**hall** 110:10

**hand** 5:7 6:8,14 26:13 31:14

**hand-out** 8:6 67:14

**handed** 44:17 97:11

**handle** 30:2 84:16 108:20

**handling** 125:7

**hands** 64:19

**happening** 91:17,18

**happy** 95:16

**hard** 80:3 96:5

**hassle** 11:15

**Haur** 38:22

**head** 88:19

**hear** 25:10 57:8 66:2 116:5 118:1 120:9

**heard** 71:3

**hearing** 105:13

**heavily** 24:1

**held** 44:4 49:2 53:10 54:1 55:6 63:20 69:19 73:23 76:22 78:23 87:18 94:14 102:8 104:12 109:13 112:19 120:22

**hell** 137:13

**helpful** 112:5 116:9

**hey** 29:17

**high** 79:24

**higher** 24:2 48:6 67:17 68:22 69:12 75:3 93:13 97:15,17 117:19 120:6 139:23

**highest** 7:9,22 8:20,21 9:8 80:18 96:18 98:8 104:24 131:15,21 132:13 135:8

**Highly** 10:10

**Hilco** 39:2

**hold** 6:20 110:6

**Hotel** 4:8

**hour** 83:22 84:11 122:11 134:19

**hour-and-a-half** 22:1

**hours** 83:22 134:9 135:3,16

**huddle** 21:16 132:12

**hundred** 120:1

**hypothetical** 30:17

**I**

**idea** 37:21

**identified** 18:2

**identify** 9:4 27:12 40:2

**illinois** 9:15 13:20 16:24 18:13 20:20 24:14,24 51:7 58:18,22 59:1,3,4 60:11 61:7 63:23 66:9 67:1,2 86:3 97:5 98:19 102:1,3,4 103:18,19,21 104:1 106:15,21 107:22 108:5 110:1,5 113:5,17 115:9,12,18,20 116:1,11,19 118:19 119:2,12 126:2 138:11 140:13

**immediately** 103:1

**important** 8:5 9:1 21:2

**impossible** 10:9,10

**improvement** 15:23

**inappropriate** 128:4

**include** 20:20 34:13 47:8,14 82:14 97:4

**included** 10:15 17:18 21:12 45:13 55:19 75:15 79:7 115:9

**includes** 9:20 10:11 92:24 119:7

**including** 20:17 22:11 47:21 113:11 116:1

**inclusion** 28:19

**incorrect** 135:16

**increase** 8:23 34:15 71:18 104:23 105:22 127:6 128:7,21,24

**increases** 36:24 71:20

**incredible** 122:8

**increments** 20:14,21

**incurred** 44:18

**independent** 38:6 135:6

**independently** 129:17

**individual** 42:5

**individually** 31:5 140:5

**individuals** 98:5

**information** 88:16

**initial** 99:13

**inside** 55:23

**insignificant** 65:14

**instruction** 4:19

**intend** 9:10

**intending** 12:5 16:12

**interest** 86:15,24 87:3

**interested** 15:18 24:20 45:13 136:8,10

**interests** 88:7

**intermediate** 8:3

**interpret** 93:18

**interrupt** 31:21

**intro** 22:18

**introduce** 7:3 25:6 27:16 38:3

**introduction** 4:14

**introductions** 7:1 37:23

**Invest** 5:1

**investment** 5:1

**invited** 20:4

**involved** 87:24

**involves** 6:3

**IRS** 86:7

**issue** 30:1 36:16,17 45:5 84:20 97:20 114:6 132:9 134:13 135:3, 24 136:6

**issues** 36:17 85:7 97:21 105:15 118:2

**item** 86:10

**items** 96:24

**J**

**Jarratt** 39:21

**JC** 43:1

**jigsaw** 83:18

**John** 32:4,5 38:18 39:15 40:13 52:24 57:21 68:5 81:15 122:22 129:21

**Johnson** 5:2 34:7,9,19 35:5

**joined** 39:20

**jointed** 39:18

**jointly** 22:5

**Jones** 39:21

**Jose** 39:10

**Josh** 38:13,14 40:12 42:20 47:5 50:5 97:23 127:21 129:20

**judge** 104:19

**K**

**Karali** 24:6 25:9 32:17 39:6 40:24 49:10 54:23 56:7 57:19 58:8 60:9, 15,18 65:19 66:7 68:15 73:8 75:12 82:20 83:7 84:12,19,20 97:14 99:8 102:16,23 104:15 106:7 109:17 111:7 115:4,6 117:17 118:8,17,21 119:8,11,14, 16,19 120:3,15 121:3,16 122:11, 17 124:19 127:6,19 128:23 129:13 131:17 132:10 134:13 137:18 140:23 141:14 142:7,14

**Karali's** 97:20 110:18 114:12 117:12 119:1,5 125:24

**Katrina** 4:22

**Katten** 32:17 39:5

**Kelley** 19:6

**kidding** 105:20

**Kilpatrick** 27:18 39:17 90:6

**kind** 5:20 10:17 11:1 28:3 29:14 31:19 62:21 114:9 118:1 127:10

**King** 4:15 5:18,20 7:13,14,15 8:19 23:4 24:13 26:16 35:13,15, 18 36:9,10,22 37:8,17 38:6,11,12 39:9,10 41:3 44:18 45:4,6 46:4,21 47:18 49:8 50:16,17 51:7,11 52:4, 11 54:9,20 55:14 58:15,23 59:3,8, 23 60:8 61:11 62:9,13,14 63:2,16 64:11,16 65:12,19 68:12 73:6 74:10 82:14,18 83:4 84:14 85:20, 21 86:2,3,5,16 92:1,3,6 93:1 94:19 95:24 99:5 101:7,8 105:4 106:20,21 107:12 108:4,7,14 110:10,17 114:4 116:12 117:18 118:18,20 119:2,8,11,12,14,16 122:13 125:4 126:13,17 128:20

129:19 131:5,22 133:16 138:5 140:23 141:17

**King's** 64:23 106:23 115:1 140:1

**kitchen** 17:24

**L**

**landlord** 8:19 11:16,22,23 12:6 92:24 93:11

**landlords** 5:23 13:6,11

**large** 42:5

**larger** 100:8

**largest** 20:15

**lastly** 5:3 6:2 9:23 12:24 24:12 50:10 58:7 66:22 83:3 141:23

**late** 4:7

**lawyer** 105:19

**lead** 5:1 92:8

**lead-up** 25:5

**leader** 45:13

**leading** 25:20,23 26:2 32:22 33:15 50:14 51:4,10 52:12 54:15 58:11 60:7 68:2 70:9 74:19 83:6

**lease** 10:9,19 11:18 12:7 13:4,7, 8,18 14:2,15,20 15:20 28:21 47:22 64:12 67:23 77:14 125:1 132:24 133:2

**leases** 64:14 70:5 96:1 123:9 124:4,6 126:5

**leave** 73:3 106:2 110:12 130:2 139:6

**leaves** 7:16 139:3

**leaving** 91:3

**Lee** 39:19

**left** 5:2,5 39:9,10 73:4 119:15 122:9 136:8

**legal** 94:22 105:15

**level** 10:16,22 12:10,12 102:21

**leverage** 14:1

**liabilities** 8:24 34:14,23 85:9 87:4,5

**liability** 34:20 37:3 88:2,10,11

**lines** 29:10

**list** 18:24 28:19 55:21

**listed** 18:4

**listen** 62:10

**lists** 18:4

**literally** 64:6

**litigate** 105:12

**litigation** 89:2

**LLC** 4:15 38:11

**located** 10:6 18:5,8,13

**location** 18:24 92:9,17 93:5
124:17

**locations** 17:20 35:13 55:14
101:6 110:6 111:8 114:20 115:9,
12,17,22,23 116:24 118:21 119:4
124:20 129:9 132:19,20

**long** 5:9 11:11 22:18 25:4,5 42:1
84:10,17 134:7,13,16 137:14

**long-term** 64:15

**longer** 7:15

**lost** 47:22 133:1

**lot** 137:13 142:7

**lots** 80:15 97:21 107:5

**love** 63:1

**lower** 13:22 24:7

**lunch** 21:24 67:10 83:20 84:2,4,
10,17

**lunchtime** 67:7

_____

**M**

_____

**made** 4:10 8:9 28:7,8 63:4 89:11
92:13 93:8,9 103:20,22 136:23
142:7

**Madison** 11:3 12:9

**maintain** 55:13

**maintenance** 80:1

**make** 8:16 21:22 30:24 35:16
40:2 42:17 48:10 59:8 60:15
61:17 63:21,24 68:21 72:15
74:22,23 76:18 78:13 79:3,21
81:17 82:6 88:14 89:1,3,13 90:8,

21 92:2,16 96:12 98:14 99:9
101:2 103:11 107:17 110:17
114:5 120:11 124:7 131:11 132:8
133:13 135:2

**makes** 31:7

**management** 22:15 28:5 39:12
45:23 68:11 73:4 82:16 99:3
128:16 136:7

**manager** 135:6

**market** 14:12 22:23 24:18,19
47:8 75:19 81:22,24 82:2 83:12
102:24 113:11 114:17

**markets** 123:15

**match** 108:4

**math** 56:10 98:9,15 111:2 116:10
118:11

**Matt** 11:8 13:4 38:9,10,13

**Matthew** 4:21

**Mcdiffie** 39:15

**Mcnulty** 28:3,4,14,18 29:3,9,14,
24 35:20,24 36:18,23 37:4 39:11
46:1 49:21 50:12 54:19 58:4
61:10,22 62:7,11,17 64:4,6 65:1,
8,10,16 66:21 74:9 95:16,22 96:2,
9 99:4 124:14 125:2,5,10,14,17,
19 126:3,7,14 128:17

**means** 10:8 15:4 20:2 35:2 91:13
103:13

**measurement** 41:6

**mechanically** 30:2

**mechanism** 62:24

**meet** 7:24 22:4 88:20

**member** 38:11

**memorize** 17:13

**memory** 58:24

**mention** 135:12

**mentioned** 114:5

**Mike** 39:14

**miles** 19:8

**million** 12:21 14:18,20 15:12
16:17 17:5 19:9 24:13,15 42:23
43:5 44:10,12,13,16,20,23 45:7
46:5,10,12,15,16 47:6 48:8 49:7,9

50:23,24 51:2 59:1,4 60:1 67:19,
24 68:22 69:1,13 70:4 78:7,8,15
79:7 80:10,11 81:2,5,7,8 83:7
86:6,11 87:6 88:2,24 91:19,22
97:13 98:5,10 101:12,18 103:8,9
108:8,9 110:4 111:8 114:15,23,24
115:14,17 118:18,19,22 119:4,6,
10,11,24 120:1,16,18 121:19
122:17 124:19 125:22 126:24
127:7,15 131:18,24 133:5 136:24
137:24 138:6,18

**millions** 78:5

**mind** 25:3

**mine** 122:6

**minimum** 16:16,23,24 17:7
52:17 86:4 106:18 108:6 124:21

**minimus** 54:13 94:21

**minus** 36:12,14 56:9 81:8 100:15

**minute** 53:4 55:1 68:17 70:11

**minutes** 4:11,12 9:3 41:15 59:11,
17 61:10 84:11 106:1 108:22
109:5,6,8 122:1,2 134:9

**missed** 43:21

**mission** 104:1

**misspoke** 121:2

**mistake** 76:18 82:12

**misunderstood** 89:3

**mix** 9:7 126:18

**modification** 63:21 72:11 77:8
78:12 90:7

**modifications** 101:2

**modify** 101:12

**moment** 138:14

**money** 54:13 63:5,14 94:21
133:1

**month** 5:23 17:20

**months** 5:19 17:20

**morning** 4:5,8,20 6:10,13 97:11

**Morris** 4:6,18 5:4

**move** 49:10 51:5 57:9 91:24
96:24 124:12 131:13 132:3
136:17

**moved** 10:23 127:2

**Moving** 52:14

**Muchin** 39:6

**multiple** 19:18

---

**N**

**Nathan's** 19:2

**natural** 80:11

**naturally** 93:5

**necessarily** 8:21 76:2 115:13

**needed** 78:13

**negate** 86:6

**negative** 59:7 97:18

**negotiate** 11:16 13:4

**net** 8:20 15:23 23:20 36:11,14,15 44:23 48:18 58:14 66:8 67:3 78:19 81:8 97:12 102:19 103:8 113:21 116:12,14,16,20 117:20 119:24 120:15 121:15,24 122:3 124:3,7

**nets** 123:22

**neutral** 79:20

**night** 83:23 85:6

**nine-and-a-half** 12:21

**nominally** 60:7

**non-bid-for** 118:21

**non-illinois** 115:4

**non-insider** 90:10 91:7

**non-virginia** 12:20 14:17 24:4 98:18 110:21,22,24 111:6,8,13 112:10,11,13,24 115:21,23 118:20 121:18 122:10 126:21 136:21 137:12 139:14 142:23

**nonbinding** 71:22

**noon** 142:11,12,14

**North** 9:21,22,23 17:4,6 20:17,18 32:8

**Northern** 4:16 32:5,10 38:18 40:13,17 43:3 49:23 51:24 52:8 53:1 57:22 66:16 70:19,22 71:8, 18 72:3,7 81:16 82:23 85:22 86:2, 9,14,19 87:11 89:16,20 91:13,15,

18 92:12 98:22 122:23 133:12 134:2 141:13

**note** 94:20 97:19 118:7

**noted** 72:12 126:17 128:6,8

**notification** 12:3

**noting** 120:5

**notion** 87:22 137:2

**nudges** 15:17

**number** 5:8,19 8:13 13:17 14:10 18:19 21:6 23:22 24:14,15 26:5,7 47:9 60:5 67:3 71:5 84:21 106:16, 17,20 113:8 117:16 119:19 120:2 122:12 124:23 131:24 132:2 141:2

**Number-** 7:5

**number-1** 67:18

**Number-12789** 130:15

**number-2** 67:19

**Number-3** 67:21

**numbers** 17:14 44:8,24 65:15 78:1 79:2,4,16 80:10,12 102:22 103:5 104:7,15 106:10 112:23 113:12,24 121:14 125:9,15

**numbers-23-50001** 4:17

**numerous** 84:17 85:10

**Nunez** 4:22

---

**O**

**object** 61:24 71:23 72:11

**objected** 71:24

**objection** 75:6,9 90:19,22 118:1 120:9

**obligated** 7:24 32:24

**occurred** 5:24

**off-site** 55:20

**offer** 7:10,23 27:4 29:17 80:18,19 81:18 82:6 86:9 93:8,9,10 104:24 105:1,22 127:7,15,24 129:13 135:8 136:23 137:19

**offered** 86:12 95:3 102:16 117:18

**offering** 9:7 92:21

**offers** 94:23

**office** 4:10

**officer** 4:19

**offset** 63:18

**offsets** 61:16

**Ohio** 4:16 9:17 11:3,20,21 12:9, 11 18:15,16 20:8,9,21 77:6 86:3 98:19 101:23 137:22 138:10

**one-half** 46:9 50:23 92:24

**open** 20:1 26:9 62:6 87:22 137:2 142:17

**opened** 89:2

**operated** 64:13

**operates** 18:20

**operating** 6:23 85:23

**operations** 35:13 55:14

**opportunity** 100:5 101:4

**opposed** 17:12 31:6 63:10 88:8

**opposite** 11:1

**option** 31:6 57:17 69:8,9 86:12 96:2 105:1 122:13,14

**options** 94:18

**order** 7:12 9:10 45:18

**original** 14:19 91:12 131:8

**originally** 91:6

**originating** 61:17

**orphan** 131:23 139:4

**orphans** 127:10

**ostensibly** 97:15

**outbid** 127:20

**overbid** 16:19 34:2 45:20 70:6,7 102:15,18 106:18 108:6 112:24 114:3 132:8

**overlap** 115:14

**overstated** 100:3

**owed** 86:7

**owner** 141:9,20

**ownership** 22:16

**P**

**p.m.** 83:20

**package** 11:19 17:8 28:15 112:12

**packages** 136:13

**packet** 6:14

**Padilla** 39:10

**Page-2** 23:14 67:14

**Page-3** 15:15

**paid** 5:23 23:11 37:9 87:6,9 116:19

**Pardon** 12:15 82:12

**paries** 80:17 90:12 132:12

**part** 7:18 10:16 19:10 29:9,16 34:12 56:4 71:17 73:17 74:7 83:14 86:10 89:8 96:15,21 112:11 129:5,6,9 136:12 137:4

**parties** 7:11,12 8:1 19:20 21:17 22:5,6 34:8 60:19 67:9 74:23 84:18 86:22 91:22 118:6 120:9,11 134:11 135:6,22 137:17 140:19

**partner** 39:18

**partners** 129:14

**parts** 32:23 33:3 100:8

**party** 7:16

**pass** 20:13 25:13,16 30:12,15,16, 18,19,20 43:3 49:12,13,16,19,21 50:6,8,9,11,12 51:17,21,24 52:2, 4,6,7,8,9,10,23 53:1 54:19,22 57:4,5,7,22 58:4,6 59:14 61:5,8,9 65:18 66:10,14,16,19,21,23,24 68:9,10,14,17 69:22 71:11 73:5,7, 9 74:9,12 81:14 82:17,19,23 83:5 94:19 98:22 99:1,4,7 122:21,23 127:22 133:12,15,17,19,22,24 134:2,4

**passed** 50:7,13 52:4 72:19 74:4, 5,6 94:8 119:9

**passes** 25:13 61:6 63:23 81:16

**passing** 46:1 50:3 57:19 81:15 127:23

**Pat** 5:3,7 6:7,14 18:22 32:13 48:21 132:24 138:7

**Paul** 26:13,15 31:19,21 37:5 39:8 41:1,6,16 46:11 47:16 49:22 51:12 54:20 58:5 59:10 60:8 68:11 73:6 82:18 83:3 92:3,5 99:5 104:4 114:4,17 128:19 129:8,12 131:4 133:16 134:1 138:12

**pay** 29:23 34:11 35:24 64:19,21 87:3

**paying** 5:24 64:8 67:18 126:10

**payment** 34:23 65:7

**payments** 23:5,6

**peel** 71:4,16 72:4

**peeling** 70:18

**Pennsylvania** 9:18 52:15,16 123:17 129:10

**Pennsylvania/pittsburgh** 13:20

**people** 6:18 8:11 21:21 25:18 27:3 31:5 42:1 71:2 75:12 85:5,16 96:6 139:17

**people's** 96:7

**percent** 14:11 94:6

**percentage** 14:10

**Perdue** 39:9

**period** 11:11

**person** 18:9

**personal** 33:20

**Peter** 39:9

**petition** 11:24 37:7 58:15 65:13

**phone** 21:22

**phrase** 127:13

**physically** 18:5

**pick** 115:22

**pick-up** 67:24

**picking** 124:16

**piece** 111:9 116:1

**pieces** 28:6 31:14 33:3 34:3 46:17 75:4 80:15 116:15 135:19

**Pittsburgh** 9:18 17:2 20:21 24:24 51:6 52:15,16,22 53:3 54:18,21,24 55:18 56:9,17 57:11, 13 58:12 75:3,17,22,23 76:6 77:3,

5,12 78:16 79:8,15 80:6,21 83:8 93:7,17,21 97:5 98:19 100:10,11 101:21 103:3 107:19 111:20 113:6,15 114:14,19 119:13,17 123:19 137:22 138:11,23 139:6

**Pittsburghs** 93:9

**pivot** 142:15

**place** 68:3 130:5

**play** 123:9,10

**plenty** 6:18

**pods** 18:12

**point** 6:4,9 7:5 8:22 14:14 15:12 26:2,10 27:4 43:9 49:7,9 59:14 68:2 69:7 70:5 80:10 83:8 90:13 91:10 94:17 97:13 101:11,18 103:7 105:1 108:7,8 110:3 114:15,23 115:3,13,17 116:5,6 117:4,16 118:18,19,22 119:1,3,5 120:10 124:19 126:1,20,24 127:2, 15 131:6,18 135:15 137:23 138:17 142:10

**Point-5** 6:24

**points** 8:3

**police** 47:13

**politically** 84:13

**portfolio** 69:3

**portfolios** 140:2,3

**portion** 21:14 50:23 115:21

**posited** 115:4

**position** 87:21 140:9,18 142:23

**positive** 54:14

**Posner** 39:19

**possibility** 68:23

**Possibly** 57:2

**post** 37:7 58:15

**post-** 65:12

**post-petition** 54:9 82:15 93:1,12

**potential** 101:8

**potentially** 97:7 121:13 124:18

**pre-bankruptcy** 23:3

**pre-petition** 88:14

**pre-petitioned** 64:21

**preference** 88:1

**preferences** 16:4

**prepared** 65:17 109:3,4 110:20

**prepetition** 38:7

**Prescott** 38:16

**present** 21:1 92:9

**presented** 62:19

**pretty** 11:6,10 15:7 21:24 96:5

**previous** 123:23

**previously** 77:21 107:19 109:24 110:7,20 128:8

**price** 8:21 9:6 23:18,20 24:2 28:9,10,23 29:4,7 34:13,15 35:4 36:4,11,14 37:2 76:1 77:9 97:12 102:19 121:15 132:21

**pricing** 67:22

**primarily** 13:3 16:4 24:7 89:19

**primary** 23:14 86:23

**prior** 30:23 38:7 128:11

**problem** 25:1 62:1 74:24 108:21 125:12

**problems** 99:23 100:2

**procedure** 94:18

**proceeding** 5:7

**PROCEEDINGS** 4:2

**proceeds** 15:23

**process** 5:11,21 6:1,9,13,16 13:11 22:13 38:8 110:17

**profitable** 13:23

**pronounce** 22:13

**property** 6:3,4 8:20 22:24 23:9, 11 44:19 54:7 113:11

**proposal** 87:12 115:16

**proposed** 115:2

**proposing** 80:21 115:24

**prosecute** 16:5

**proven** 41:23

**provided** 102:13

**provision** 8:15,16 16:2,7

**pull** 62:18

**pulled** 11:19 17:23

**pulling** 11:14 12:5

**purchase** 23:18 28:8,10,23 34:13,15 35:4 76:1 77:9 91:7 97:12 102:19 132:21

**purchasing** 55:22 71:16 90:9

**purpose** 72:6,7

**purposes** 19:13,24 55:15 71:21, 22 86:16

**pursue** 90:15 91:9

**push** 84:24 85:10

**put** 7:22 33:21 63:5 65:24 80:16 93:5 96:19 111:1,23 116:2,15 121:7,14 122:15 124:21 127:24 132:11 135:13 142:16

**puts** 128:12

**putting** 10:20 83:17 88:8

**puzzle** 83:18

---

**Q**

**qualified** 7:4,14 9:2 20:3,5,10 25:6 27:12 30:18 33:5,7,15 40:1 112:24 114:3

**qualify** 45:17 54:15

**qualifying** 33:6 114:7 117:13,23

**question** 27:20 28:2,3 29:10 31:18 32:18 34:10 48:16 61:21 68:20 71:13 72:1 103:14 105:3 115:8 118:14

**questions** 6:19,20 20:24 22:20 25:5,9,12 26:15,17 27:15 30:7 35:8 37:23 41:4 132:16 136:16

**quick** 41:13

**quickly** 38:4 102:23 135:12

---

**R**

**R.j** 38:3

**R.J.** 38:5

**raise** 120:10

**re-affirmed** 115:11

**re-bid** 58:3 82:21

**read** 77:18

**ready** 31:22 41:22 74:1 84:8 130:11

**reaffirm** 129:18

**real** 6:3 8:5 10:8 13:2 102:23

**realize** 141:21 142:20

**realtime** 106:11

**reap** 105:11

**reason** 13:22 31:8 67:18,19,21 94:24

**reasonable** 7:7

**reasons** 67:17

**rebuild** 11:9,10

**recall** 18:21 74:8 102:14 137:20

**recess** 31:8

**recite** 90:16

**recognize** 19:15 122:9

**reconcile** 79:17

**record** 4:4 22:9 27:17,21 32:15 41:22 44:1,4,6 46:23 47:4 48:23 49:2,4 53:6,10,12,22 54:1,4 55:2, 6,8 59:18 60:15 61:23 62:14 69:16,19,21 72:9 73:3,13,23 74:2 76:18,22,24 77:18 78:20,23 79:2 84:8 87:15,18,20 88:9 94:11,14, 16 102:5,8,11 104:9,12,14 109:13,16 112:16,19,21 117:11 118:7 120:6,19,22 121:1 128:3,9 129:3 130:10 135:1 140:11 142:21

**recording** 5:6

**recount** 110:15

**redo** 110:15

**reduced** 91:14

**reduces** 12:19 15:11 35:19

**reduction** 14:16 15:7,9,13

**Referral** 88:13

**referrals** 36:9

**referring** 55:24

**reflect** 101:3

**refresh** 58:24

**region** 77:3

**Rego** 4:24 32:1

**regular** 70:4

**reimburse** 36:1

**Reinvest** 4:22

**reject** 11:18 35:18 36:14

**related** 90:24

**relation** 115:5

**relationship** 141:22

**relative** 12:2 14:9 74:13 84:21 85:7 104:1 135:24 136:6,13 137:12

**remained** 11:2

**remaining** 114:19

**remains** 36:18,20

**remodel** 101:8 105:5 107:8

**remove** 101:9 105:7 110:8,11

**removed** 29:18 33:22

**rent** 23:2,3 54:7

**rents** 5:22,24 44:18

**reopens** 118:2

**repeat** 50:22 77:24 78:2 111:17

**reporter** 5:6 9:4 21:1,3 25:11

**represent** 9:5

**representative** 38:24

**representing** 25:9 26:15 32:17 39:3

**request** 31:23 32:6 74:22

**reserve** 26:24 27:1 60:13 63:23

**reserves** 27:23

**resolve** 85:13 132:9 134:12

**resolved** 99:23

**respect** 69:11 87:5 128:8

**respectful** 106:11

**respectfully** 100:2

**responsibility** 29:19

**rest** 41:6 101:6

**restaurant** 10:7,16,22 11:3,6,11, 21,24 12:5,10,11,12 13:14 17:17 30:11 36:6 38:22 39:1,3 40:21 43:5 45:23 47:13 49:17 53:13,15 54:5 55:10,17 58:12 61:6 64:2 66:17 68:6 70:9 71:3 74:3 80:14 83:12 92:14,15,21,22 93:8,18 94:4,17 98:23 119:15 129:4 130:11 132:1 135:14 138:9,11,22, 23 140:24 141:23

**Restaurant-3298** 11:4

**Restaurant-6600** 10:5

**Restaurant-8597** 11:21

**restaurant-by-restaurant** 5:16

**restaurants** 9:16,17,18,21,22,24 12:8,20 13:5,6,17,24 14:5,11 16:15,23 17:1,2,3,7,8,23 18:1 20:17,19 21:6,9,11,12 23:17 24:4 28:16,19 45:12,18 46:6,8 47:7,9, 10,17 50:15 64:4 67:20 72:16 75:14 79:8,12,14 80:6,7,20 81:1,9 82:5 83:10 102:17 111:13,15,20, 22 116:22 119:8,17,21,22 130:13 131:12,23 133:11,14 136:12,15 137:18,20,21,22,23 138:4,10 139:3,4,14

**review** 6:10

**reviewing** 124:1

**revise** 130:12,14

**revised** 49:8

**revision** 113:18

**revisit** 128:4

**rights** 27:24 60:13 124:17 125:11

**risk** 12:4 88:15,17,20

**road** 27:23 31:1

**room** 10:15 26:19 39:23 42:2 130:2 133:7,21

**Rooney** 39:19

**Rosenman** 39:6

**roughly** 44:12,19 48:6 58:14 70:5

**round** 44:24 57:20 74:11 80:10, 12 120:2 121:14

**rounded** 12:22 15:11

**royalties** 64:24 65:13

**royalty** 5:18

**rule** 35:11 106:12

**rules** 7:8 27:22 30:24 32:3 40:7, 16,20,23 41:3,8 102:14 135:17

**run** 6:21 112:23

**running** 130:13

**rush** 108:23,24

**rushed** 109:2

---

**S**

**sake** 48:7

**sale** 6:4 105:12,13

**sales** 23:7

**Sara** 45:2

**Sarah** 30:10 31:10 38:20,21,24 40:18,19 43:4,13 45:19 48:15 49:17 50:8 52:1 53:2,13 54:5 55:12 56:11 57:23 70:9 74:3 94:4 98:23 103:22 116:5,6 117:4 118:9 120:13 121:4 122:24 127:23 129:21 130:11 133:13,18,21 135:14 139:2

**Sarah's** 94:17 118:1 120:9

**satisfy** 65:12

**savings** 13:4,7,8 14:4,10,15,16, 20,22,23 15:20 67:23 105:10

**scenario** 125:23

**schedule** 101:8 105:6 107:9 110:11

**schedules** 88:18

**Schuetz** 5:4

**Schultz** 30:10,15,22 31:11 38:21 40:19 43:7,11,15,17,19,23 45:1,9, 15,21 48:17 49:19 50:9 52:2,9 53:4,15,18,20 54:11,16 55:16,20 56:2,5 58:1 61:8 66:19 68:9 70:11,17,23 71:6,9,11 73:10 74:4 75:20 81:17,21,23 82:1,4,7,10 83:2 94:6 99:1 112:7 116:8 118:10,13 120:14 121:6,9 123:3, 5,8,14,17,21 124:1,6,10 128:2,7, 12 129:23 130:3,14,19,21,23 131:2 133:15,22 139:1 142:1

scrape 11:9

Secondarily 5:22 11:20

section 25:22,24 56:18 132:6

sections 97:1

selected 96:17

selling 87:22 104:20,21

sense 31:7 63:24 89:3 127:12

separate 86:10 88:5,7 93:14,16 136:3

separately 10:19

sequence 16:12,14 42:6 51:15 52:21 122:19

sequentially 20:12

services 38:12 101:5,7

set 61:11 100:10,12

settle 29:17

settled 64:8,9

shakes 23:13

sheet 35:23 44:17 45:19 72:18 119:9

sheets 97:10

short 41:18 47:1 59:20 70:14 72:23 89:24 103:14 106:4 117:7 129:23 130:7

show 102:23

Shur 38:17

shut 17:19

side 83:9 122:16 137:1

sign 36:11,13

signed 13:9 142:14

significant 5:15 15:7,23 67:24 79:22 84:22 85:9 91:5 102:16,17 105:7

significantly 24:1 67:16

similar 15:13 23:1

simple 48:10

SINGH 86:6 88:16,22 89:4,10

single 42:12

sir 28:2 46:22 127:11 129:2

sit 96:3

situation 10:4 11:2,23 33:20 50:18 74:20 92:17,23 102:15 136:20 137:6

situations 85:17

six-and-a-half 16:17 42:22 43:5

Six-and-a-half-million 42:24

slash 9:22 10:24 17:4 75:2 91:3 101:22

small 18:19

sold 7:20

solely 79:18

sorts 84:13

Sounds 60:20 61:1

spare 17:18 18:4

speak 8:6 32:1 40:11,12,14,20,24 41:2 72:1

speaker 41:8

specific 21:9 33:7

spend 63:14

spent 63:3 137:14

spokesperson 40:4,10

spot 63:24

spreadsheet 102:13

stalking-horse 12:18 14:14,19 15:5 16:18 23:16 97:8 107:11 132:7,22 137:7

stand 61:14

standalone 60:12 118:8 121:17

standpoint 63:7

stands 63:20 95:12

start 4:13 5:13 16:14 26:6 30:5 31:23 38:2,7 40:6 41:11,16 42:3, 12,19 52:20 59:7 68:4 75:12 81:13 98:3 102:12 122:18 128:2 132:7 133:9 135:4

started 122:11

starting 4:7,20 26:4,18

state 21:3 27:21 32:15 142:20

stated 110:1

stating 128:2

stay 130:5

stayed 93:22

staying 74:14 128:17

step 29:15 105:5

Steven 39:7

stick 34:22 111:7 115:16 131:8

Stockton 27:18

stop 7:2 87:14

store 10:6,13 24:8 70:20,23 71:4 76:3 77:14 95:2 101:13 112:11 125:9,15 130:15,18,19

Store- 43:19 129:5

Store-12789 53:16 123:10 128:9

Store-4192 53:16 123:11 128:10

Store-5535 43:17 81:18 123:10 128:9

Store-6051 43:19

Store-7923 70:24 71:6

Store-8597 48:1

Store-9830 43:15

store-by-store 24:22

stores 9:5 24:9,11 32:8,22 33:22 34:3 43:8,10,12,14 49:6 53:19 55:24 56:11,12,18 58:13 59:2 64:12,13 69:2,4 70:2,22 73:11,14, 16 75:17,20 76:5,6,11 77:11,13, 17,19 78:16 89:8,12,14,17,19 93:16,19 97:3,6,7,9,16,24 98:17 99:12,19,20 100:10,11,12,13,14, 16,17,18,23 101:19 105:6 106:14 107:18,23 109:22 110:5,21,22 111:1,3 112:9,11,13 113:1,4,5,6, 7,17 114:10,12,16 116:1 117:1 121:18,23 122:10,12,18 123:22 124:9 126:2,22 127:9,16,24 128:8 129:3,8 136:21 137:12

Stores-4192 56:9 77:5

Stores-5204 77:6

Stores-5589 100:18

Stores-7923 70:18

straightforward 30:6

**stranded** 139:3,4

**Stratton** 39:2

**Strauss** 30:11 38:22

**stretched** 14:21

**strike** 36:21

**stronger** 88:1

**struck** 16:20

**structure** 5:11 6:16 34:21

**structured** 60:23 61:13

**subject** 65:2 90:8 92:21 106:23 108:14 110:4

**submit** 33:11

**submitted** 32:19 33:1,11 42:14 75:24 99:13 142:8

**subsequentially** 42:8

**substantially** 97:17 99:18

**successful** 28:11

**sufficient** 109:6,8

**suggest** 83:24

**suggesting** 114:8

**suggestive** 26:7

**sum** 98:4

**summarized** 13:7

**summarizes** 13:13

**Super** 39:22 40:18 41:1,9 51:14 54:17 57:23 142:5

**superior** 120:2 122:2

**supplemented** 129:17,19

**supposedly** 81:1

**surprise** 42:2 123:4,5

**T**

**table** 5:8 6:8 20:13 38:2 40:5 45:23 66:1,4 69:23 81:12 108:21

**takes** 87:2 132:23 133:1 134:16

**taking** 24:9,10 88:15 103:19 125:21 140:10,19

**talk** 30:4 57:16 65:1 96:3 112:15 116:6 121:3 130:1,3

**talked** 16:13 30:23 122:15 135:18,21

**talking** 31:1 47:17 64:3 73:11 94:20 105:9 111:5 126:20 128:23 129:4

**tax** 87:3,5

**taxes** 6:3,4 8:20 22:24 23:10,11 37:9 44:19 54:7 113:11

**team** 22:4 79:3 104:15

**technically** 37:10

**ten** 12:20,21 17:1 41:15 59:2 64:4 109:5,6,7 115:12 119:3,12 120:1, 2 138:10

**term** 16:9

**terminate** 12:7

**terminated** 11:23

**termination** 12:3

**terms** 9:8 12:24 21:15 24:2 36:2, 3 37:17 42:14,18 64:18 78:10,11 85:11 117:24 136:1

**Terri** 39:2

**territory** 18:11 19:3 27:3 89:12

**theoretically** 36:5,6

**thing** 14:13 20:23 22:19 34:18,20 40:2 41:23 62:2 84:13 89:6 91:4 105:21 132:4 136:9 139:18 141:5 142:5,9

**things** 10:2 15:17,18 39:24 84:15,21 85:14 135:12,13 137:10 139:10,16 141:2,6

**thinking** 93:22 103:16

**Thomas** 38:6 85:20,21 86:2,3,5 87:22 101:7

**thought** 10:18 63:6,12,18 94:8 112:9 116:11,14 120:15 135:16

**thousand** 12:21 44:22 67:1 103:6

**throw** 126:18

**tied** 72:17

**time** 5:9 6:4,9,18 11:11 26:2 30:20 41:10 46:11 50:1,4 52:5 58:3,5 59:14 63:4 66:14,18 67:11 68:2 69:7 70:10 74:6 80:3 82:22 85:5 88:21 100:21 105:1 107:24

110:12,15 121:8 123:7,12 125:16 127:2 133:20 134:12,16 137:14, 15

**timeline** 142:16

**times** 14:21 15:11 21:21 41:24 67:22 119:20 133:7

**title** 16:3

**today** 9:11 14:24 15:5 20:8 86:22 96:22 98:9 101:7,13 110:13

**told** 32:21 134:15

**tomorrow** 136:5,9 137:2

**Toms** 4:15 38:11,12 86:15

**top** 63:5 64:7 65:19 88:19 122:17, 20 133:4,8,10

**topping** 74:16

**total** 13:17 44:17 46:16 59:3 65:23 66:3 80:8 81:4 100:23 101:19 108:3,11 111:14 113:7,20 118:23 119:6,21 121:15 123:22 125:14 137:22

**totaled** 11:6 14:5

**Tough** 22:12

**Townsend** 27:18 39:17 90:6

**trailing** 10:13,16,23 12:8,10,12

**transaction** 6:2 88:6

**transition** 86:16,20 101:5

**treating** 62:21 107:13

**true** 12:2 69:24 103:12

**two-part** 28:3

**typically** 27:5

**U**

**Uh-huh** 76:13

**ultimately** 63:3

**unacceptable** 85:11

**unclear** 33:2

**uncontested** 12:6

**underestimating** 84:10

**understand** 10:12,22 16:9 18:18 28:12 31:14 40:7,15,20,23 41:3,7 42:7 44:8 46:15 48:15 55:12

64:22 68:22 69:10 71:23 72:15
76:17,18 78:14 83:16 87:4 89:1
91:5 93:15,24 94:3,4,7 95:5,8
99:21 100:23 101:17 112:14
116:16 139:11 140:8 141:21

**understanding** 65:5 115:7

**understands** 6:22

**understood** 60:14 79:6 128:19

**unfavorable** 8:10

**units** 41:5

**Unknown** 88:19

**unpaid** 23:3

**unusual** 12:24

**up-to** 76:1

---

### V

**valid** 116:6 120:10

**valuation** 16:9 19:13 35:17,20,
22 36:16

**valuing** 37:18 79:19 116:10

**variable** 67:22

**vary** 23:10

**vehicle** 19:8

**vehicles** 18:20,22 19:4,9

**Verdisco** 39:14

**verify** 104:7 124:11

**versus** 15:1 88:2

**viable** 45:12

**view** 142:10

**Virginia** 9:20,21,23 10:3,5,11,12,
21 13:21,23 14:1,7,16 15:13,19
16:1 17:4,6 20:7,16,18 23:23
24:24 32:8 33:16,17 67:8,12,15
68:8,13,16 69:3,12,23 73:16 74:2,
11,13 85:20,21 86:3,5,16 87:23
89:9,12 97:3 136:21 139:5,6

---

### W

**wait** 30:8 135:2

**waited** 5:9

**waive** 46:9,14 60:1,3 65:6

**waiver** 46:20 48:9 138:7,18

**waiving** 50:23

**walk** 6:15 116:9 118:10,24 137:8,
9

**walked** 4:10

**wanted** 27:7 33:23 48:13 65:1
114:5 130:12

**Ward** 4:21 37:16,21 69:24 98:4,9,
12,14 127:14

**Warren** 11:21 12:11

**water** 62:18

**ways** 61:16

**weekend** 142:8

**weeks** 11:5

**wether** 31:10

**whooping** 66:12

**whopping** 66:9

**winner** 22:16

**winning** 19:17,21 22:7 25:24
27:2 50:15 85:2 92:18,20 101:6
103:21 132:14 135:10 136:18,22
138:3,8,22 140:21

**Womble** 4:21 5:2 34:9

**word** 22:13 66:11

**work** 10:19 60:24 63:6 96:8
100:4,6 108:17 135:3

**worked** 136:14

**working** 13:3 33:3 117:15

**works** 19:16 67:13 118:6

**worth** 12:4 108:12

**writing** 13:10

**wrong** 67:3 122:6

---

### Y

**year** 11:12 14:4 19:7

**Young** 38:14 40:8,11 42:22
47:11,15 50:6 51:21 52:23 57:7
58:20 61:5 69:14,22 70:2,7 73:5
81:14 82:17 98:1 122:21 127:22
133:24 139:19,24 140:4 142:4

**Youngstown** 9:15 11:1 42:4,13,
19 43:6 44:12,16 50:16 75:2
78:16 79:9,13 83:12 92:8 101:22
103:4 113:7 123:18,20